## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIHAD A. HACHEM, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>   v.<br><br>GENERAL ELECTRIC, INC., JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, and JOHN L. FLANNERY,<br><br>       Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

Plaintiff Jihad A. Hachem ("Plaintiff"), by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by General Electric Company, ("General Electric" or the "Company"), with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by General Electric; and (c) review of other publicly available information concerning General Electric.

## NATURE OF THE ACTION AND OVERVIEW

1.  This is a class action on behalf of persons and entities that acquired General Electric's securities between July 21, 2017, and October 20, 2017, inclusive (the "Class Period"), against the Defendants,[1] seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.  General Electric is a globally diversified technology and financial services company. The Company offers a wide variety of products and services including aircraft engines, power generation, water processing and household appliances. General Electric operates along several segments, including: Capital, Healthcare, Aviation, Power, Oil & Gas, Renewable Energy, Energy Collections & Lighting, and Transportation. Throughout the Class Period defendants allegedly failed to disclose the underperformance of several of the Company's operating segments.

3.  On October 20, 2017, the Company disclosed quarterly results for the third quarter 2017, disclosing earnings per share ("EPS") of $0.29, falling below earnings estimates of $0.49 per share. The Company also lowered 2017 earnings expectations, lowering EPS to $1.05-$1.10 from $1.60-$1.70.

4.  On that same day, October 20, 2017, the Company held a conference call to

---

[1] "Defendants" refers to General Electric Company, Jeffrey R. Immelt, Jeffrey S. Bornstein, and John Flannery, collectively.

discuss its financial results.  On the call, Defendant Flannery stated that the Company had been completing a review of its operations and that, "While the company has many areas of strength, it's also clear from our current results that we need to make some major changes with urgency and a depth of purpose. Our results are unacceptable, to say the least."

5. On this news, during the following two days of trading, the Company's stock price fell nearly 7% or $1.51 per share on October 23, 2017, on unusually heavy trading volume.

6. Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose: (1) that the Company's various operating segments, including its Power segment, were underperforming Company projections, with order drops, excess inventories and increased costs; (2) as a result the Company overstated GE's full year 2017 guidance; and, (3) that, as a result of the foregoing, Defendants' statements about General Electric's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

7. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

8. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

9. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

10. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)).  Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information,

occurred in substantial part in this Judicial District.

11. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

12. Plaintiff, as set forth in the accompanying certification, incorporated by reference herein, purchased General Electric securities during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

13. Defendant General Electric Communications Corporation is incorporated in Delaware and its headquarters are in Norwalk, Connecticut. General Electric's common stock trades on the New York Stock Exchange ("NYSE") under the symbol "GE."

14. Defendant Jeffrey R. Immelt ("Immelt") was the Chairman and Chief Executive officer ("CEO") of General Electric from September 2001 through August 1, 2017.

15. Defendant Jeffrey S. Bornstein ("Bornstein") was the Chief Financial officer ("CFO") of General Electric during the Class Period.

16. Defendant John Flannery ("Flannery") was the CEO of General Electric from August 1, 2017 through the end of the Class Period.

17. Defendants Immelt, Bornstein, and Flannery (collectively the "Individual Defendants"), because of their positions with the Company, possessed the power and authority to control the contents of General Electric's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. The Individual Defendants were provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, the Individual

Defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein.

## SUBSTANTIVE ALLEGATIONS

### Background

18.     General Electric is a globally diversified technology and financial services company. The Company offers a wide variety of products and services including aircraft engines, power generation, water processing and household appliances. General Electric operates along several segments, including: Capital, Healthcare, Aviation, Power, Oil & Gas, Renewable Energy, Energy Collections & Lighting, and Transportation.  Throughout the Class Period defendants allegedly failed to disclose the underperformance of several of the Company's operating segments.

### Materially False and Misleading Statements Issued During the Class Period

19.     The Class Period begins on July 21, 2017.  On that day, the Company issued a press release announcing Second Quarter 2017 earnings, including net earnings of $1.2 billion or $0.13 per share, on total revenues of $29.6 billion, and the Company also provided 2017 guidance of $1.60-$1.70 per share. In the press release, the Company provided an overview of major transactions by segment:

>   **INDUSTRIAL DEAL HIGHLIGHTS**
>
>   **POWER:**
>   9 HA gas turbine orders in 2Q with 33 units in backlog
>   Won largest Power Services agreement in history - more than $3 billion - to support a large volume of power in Algeria with Sonelgaz, including 68 Advanced Gas Path upgrades (AGPs)
>   Won $200+ million fast power and digital services contracts to supply power for up to 15% of the population of Angola

**RENEWABLE ENERGY:**
Won contract to supply Invenergy's 300MW wind farm in Texas with 120 GE2.5-116 turbines
First large-scale pilot of Digital Hydro Plant with Fortum in Sweden

**OIL & GAS:**
Combined Baker Hughes and GE Oil & Gas to create BHGE in 3Q; world's first fullstream oil and gas company
Deal for subsea production systems, equipment, and service for Mozambique offshore development project, making us the first subsea supplier in Mozambique and East Africa

**HEALTHCARE:**
Announced 10-year collaboration with Partners Healthcare to develop Artificial Intelligence medical platforms and solutions
Signed agreement with Humber River Hospital in Canada to install a digital Command Center, using predictive analytics to target improved clinical, operational and financial outcomes
Announced deal to install India's first-ever FlexFactory to expand biologics production in Hyderabad, India

**TRANSPORTATION:**
Signed letter of intent with Ministry of Transportation and Egyptian National Railways worth $575 million for locomotives and 15-year agreement for parts and technical support

**ENERGY CONNECTIONS:**
Introduced world's first battery-gas turbine hybrid system with Southern California Edison
India's first-ever LV5 solar inverter solution deployment with 25-year long-term service agreement; largest executed order to date in the country

**AVIATION:**
Announced more than $31 billion-a) in orders and commitments at the Paris Air Show
Signed $3 billion long-term CFM LEAP-1B engine-b) support agreement with VietJet Air
Awarded $1 billion contract from U.S. Army for 2,500 T700 engines

**GLOBAL GROWTH:**
Signed $15 billion of MoUs and agreements for industrial project development and capacity building in Saudi Arabia

**CURRENT, POWERED BY GE:**
Announced second phase of JPMorgan Chase collaboration to reduce their global energy consumption by 15% across 4,500 branches
Signed UK's largest LED deal with Sainsbury's to switch to 100% LED lighting in its stores

**DIGITAL:**
Signed Predix digital solutions agreement with Saudi Ministry of Health to enable digital hospitals
IDC MarketScape recognized GE Digital as a leader in IoT solutions in its IDC MarketScape: IoT Platform 2017 Vendor Assessment

20. On July 28, 2017, the Company filed its quarterly report with the SEC on Form 10-Q, reiterating the results previously disclosed in the July 21, 2017 press release referenced above.

21. The above statements identified in ¶¶19-20 were materially false and/or misleading, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose: (1) that the Company's various operating segments, including its Power segment, were underperforming Company projections, with order drops, excess inventories and increased costs; (2) as a result the Company overstated GE's full year 2017 guidance; and, (3) that, as a result of the foregoing, Defendants' statements about General Electric's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis.

**Disclosures at the End of the Class Period**

22. On October 20, 2017, the Company disclosed quarterly results for the third quarter 2017, disclosing earnings per share ("EPS") of $0.29, falling below earnings estimates of $0.49 per share. The Company also lowered 2017 earnings expectations, lowering EPS to $1.05-$1.10 from $1.60-$1.70.

23. On that same day, October 20, 2017, the Company held a conference call to discuss its financial results. On the call, Defendant Flannery stated that the Company had been completing a review of its operations and that, "While the company has many areas of strength, it's also clear from our current results that we need to make some major changes with urgency and a depth of purpose. Our results are unacceptable, to say the least."

24. On this news, over the next two days of trading, the Company's stock price fell nearly 7% or $1.51 per share on October 23, 2017, on unusually heavy trading volume.

## CLASS ACTION ALLEGATIONS

25.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that acquired General Electric's securities between July 21, 2017, and October 20, 2017, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

26.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, General Electric's common stock actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or thousands of members in the proposed Class. Millions of General Electric shares were traded publicly during the Class Period on the NYSE. As of June 30, 2017, General Electric had 8,657,946,000 shares of common stock outstanding. Record owners and other members of the Class may be identified from records maintained by General Electric or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

27.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

28.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

29.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a)     whether the federal securities laws were violated by Defendants' acts as alleged

herein;

(b) whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of General Electric; and

(c) to what extent the members of the Class have sustained damages and the proper measure of damages.

30. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

31. The market for General Electric's securities was open, well-developed and efficient at all relevant times. As a result of these materially false and/or misleading statements, and/or failures to disclose, General Electric's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired General Electric's securities relying upon the integrity of the market price of the Company's securities and market information relating to General Electric, and have been damaged thereby.

32. During the Class Period, Defendants materially misled the investing public, thereby inflating the price of General Electric's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about General Electric's business, operations, and prospects as alleged herein.

33. At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about General Electric's financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

## LOSS CAUSATION

34. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

35. During the Class Period, Plaintiff and the Class purchased General Electric's securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

36. As alleged herein, Defendants acted with scienter since Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, the Individual Defendants, by

virtue of their receipt of information reflecting the true facts regarding General Electric, their control over, and/or receipt and/or modification of General Electric's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning General Electric, participated in the fraudulent scheme alleged herein.

### APPLICABILITY OF PRESUMPTION OF RELIANCE
### (FRAUD-ON-THE-MARKET DOCTRINE)

37.     The market for General Electric's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, General Electric's securities traded at artificially inflated prices during the Class Period.  On August 4, 2017, the Company's stock price closed at a Class Period high of $25.78 per share.  Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of General Electric's securities and market information relating to General Electric, and have been damaged thereby.

38.     During the Class Period, the artificial inflation of General Electric's stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about General Electric's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of General Electric and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company stock.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

39. At all relevant times, the market for General Electric's securities was an efficient market for the following reasons, among others:

(a) General Electric stock met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b) As a regulated issuer, General Electric filed periodic public reports with the SEC and/or the NYSE;

(c) General Electric regularly communicated with public investors via established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d) General Electric was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

40. As a result of the foregoing, the market for General Electric's securities promptly digested current information regarding General Electric from all publicly available sources and reflected such information in General Electric's stock price. Under these circumstances, all purchasers of General Electric's securities during the Class Period suffered similar injury through their purchase of General Electric's securities at artificially inflated prices and a presumption of reliance applies.

41. A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions. Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is

not a prerequisite to recovery. All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions. Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## NO SAFE HARBOR

42. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of General Electric who knew that the statement was false when made.

## FIRST CLAIM
### Violation of Section 10(b) of The Exchange Act and Rule 10b-5 Promulgated Thereunder
### Against All Defendants

43. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

44. During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase General Electric's securities at artificially inflated prices.

In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant, took the actions set forth herein.

45. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for General Electric's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

46. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about General Electric's financial well-being and prospects, as specified herein.

47. Defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of General Electric's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about General Electric and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

48. Each of the Individual Defendants' primary liability and controlling person liability arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's

management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

49. Defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing General Electric's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

50. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of General Electric's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public

statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired General Electric's securities during the Class Period at artificially high prices and were damaged thereby.

51. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that General Electric was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their General Electric securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

52. By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

53. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM
### Violation of Section 20(a) of The Exchange Act
### Against the Individual Defendants

54. Plaintiff repeats and re-alleges each and every allegation contained above as if fully set forth herein.

55. Individual Defendants acted as controlling persons of General Electric within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or

had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

56.     In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

57.     As set forth above, General Electric and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c)     Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d)     Such other and further relief as the Court may deem just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

Dated: November 1, 2017

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Lesley F. Portnoy (LP-1941)
230 Park Ave, Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Email: lportnoy@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**KIRBY McINERNEY LLP**
Ira M. Press
Thomas Elrod
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Counsel for Plaintiff*

## SWORN CERTIFICATION OF PLAINTIFF
## GENERAL ELECTRIC COMPANY SECURITIES LITIGATION

I, Jihad Hachem individually, and/or in my capacity as trustee and/or principal for accounts listed on Schedule A, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase General Electric Company the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in General Electric Company during the Class Period set forth in the Complaint are as follows:

    (See attached transactions)

5. I have not served as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

10/26/2017
_____
Date

DocuSigned by:
*Jihad Hachem*
0D03DA2AF42E474...
_____
Jihad Hachem

341986.1

**Jihad Hachem's Transactions in General Electric Company (GE)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 10/09/2017 | Bought | 1,000 | $23.6661 |
| 10/19/2017 | Bought | 2,000 | $23.6261 |
| 10/19/2017 | Bought | 2,000 | $23.6061 |
| 10/20/2017 | Bought | 2,000 | $22.7782 |
| 10/20/2017 | Bought | 1,000 | $22.8764 |
| 10/20/2017 | Bought | 1,000 | $23.5959 |