UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIHAD A. HACHEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br>v.<br><br>GENERAL ELECTRIC, INC., JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, and JOHN L. FLANNERY,<br><br>                              Defendants. | Consol. Case No. 1:17-cv-08457-JMF<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF DAVID TANNENBAUM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF COUNSEL**<br><br>Hon. Judge Jesse M. Furman<br><br>Hon. Magistrate Judge Gabriel W. Gorenstein |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that Movant David Tannenbaum ("Former Movant"), respectfully withdraws his motion for appointment as Lead Plaintiff and approval of selection of Lead Counsel. On January 2, 2018, Former Movant timely filed a motion for appointment as Lead Plaintiff and approval of his selection of counsel, stating that he suffered losses of approximately $140,749.00 in financial losses in connection with his transactions in General Electric, Inc.'s securities between December 15, 2016 and November 10, 2017, inclusive. Collectively, six similar motions were filed by other putative class members in the above-captioned action. Having reviewed the competing Lead Plaintiff motions filed in the action, Former Movant does not appear to have the largest financial interest.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides a presumption that the "most adequate plaintiff" to represent the interests of class members is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Based upon a review of the competing motions and supporting papers provided by the other movants seeking appointment as Lead Plaintiff, it appears that, while Former Movant is well-qualified to serve as Lead Plaintiff in the action, he does not possesses the "largest financial

interest in the relief sought by the class" as required by the PSLRA.  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).

This withdrawal shall have no impact on Former Movant's membership in the proposed class and his right to share in any recovery obtained for the benefit of the class.

Dated: January 11, 2018    Respectfully submitted,

**LEVI & KORSINSKY, LLP**

/s/ Adam M. Apton
Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Counsel for Movant David Tannenbaum and Proposed Lead Counsel for the Class*