**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JIHAD A. HACHEM, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC, INC., JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, and JOHN L. FLANNERY,<br><br>          Defendants. | No.: 1:17-cv-08457<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF GE INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

On January 2, 2018, Bhanu Iyer, John Lim, Seamus Gilchrist, Richard G. Pustari and Richard D. Haynie (collectively, the "GE Investor Group" or "Movants") by and through their counsel, filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) appointing the GE Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of General Electric Company ("General Electric") between December 15, 2016 and November 10, 2017, both dates inclusive (the "Class Period"); (2) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class; and (3) granting such other and further relief as the Court may deem just and proper. (Dkt. No. 34.)

Movants, having reviewed the competing lead plaintiff motions, do not appear to have the largest financial interest in this action within the meaning of the PSLRA. Accordingly, the GE Investor Group hereby withdraws its motion. This notice of withdrawal shall have no impact on the membership of Movants in the proposed Class or their right to share in any recovery obtained for the benefit of Class members.

Dated: January 12, 2018

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
           ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Movants*