**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X
JIHAD A. HACHEM, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

        vs.

GENERAL ELECTRIC, INC., JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, and JOHN L. FLANNERY,

        Defendants.
---------------------------------------------------------------------------X

CASE No.: 1:17-cv-08457-JMF

**NOTICE OF NON-OPPOSITION OF JEFFREY KLOTZ TO COMPETING LEAD PLAINTIFF MOTIONS**

**CLASS ACTION**

      Plaintiff Jeffrey Klotz ("Movant"), having reviewed the competing lead plaintiff motions, does not appear to have the largest financial interest as required by the PSLRA. Thus, Movant does not oppose the competing lead plaintiff motions. This non-opposition shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of class members, and his ability to serve as a representative party should the need arise. Movant reserves all rights in so far as the other movants lack standing, have conflicts of interest, or are otherwise inadequate.

1

Dated: January 12, 2018              Respectfully submitted,

                                               **THE ROSEN LAW FIRM, P.A.**

                                               /s/ Phillip Kim
                                               Phillip Kim, Esq. (PK 9384)
                                               Laurence M. Rosen, Esq. (LR 5733)
                                               275 Madison Avenue, 34th Floor
                                               New York, New York 10016
                                               Telephone: (212) 686-1060
                                               Fax: (212) 202-3827
                                               Email: pkim@rosenlegal.com
                                               Email: lrosen@rosenlegal.com

                                               Counsel for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of January 2018, a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION OF JEFFREY KLOTZ TO COMPETING LEAD PLAINTIFF MOTIONS** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                /s/ Phillip Kim
                _____