UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIHAD A. HACHEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> - v. – <br><br> GENERAL ELECTRIC, INC., JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, and JOHN L. FLANNERY, <br><br> Defendants. | No. 1:17-cv-08457-JMF |
| GOPAL MIRANI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> - v. – <br><br> GENERAL ELECTRIC COMPANY, JEFFREY R. IMMELT, and JEFFREY S. BORNSTEIN, <br><br> Defendants. | No. 1:17-cv-08473-JMF |
| TAMPA MARITIME ASSOCIATION INTERNATIONAL LONGSHOREMEN'S ASSOCIATION PENSION PLAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> - v. – <br><br> GENERAL ELECTRIC COMPANY, JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, JOHN L. FLANNERY, and JAMIE MILLER, <br><br> Defendants. | No. 1:17-cv-09888-JMF |

**SECOND DECLARATION OF JAVIER BLEICHMAR
IN SUPPORT OF THE CITY OF BOCA RATON POLICE AND FIREFIGHTERS'
RETIREMENT SYSTEM'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
<u>AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL</u>**

I, Javier Bleichmar, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA"), counsel for the City of Boca Raton Police and Firefighters' Retirement System ("Boca Raton"). I am a member in good standing of the bar of the State of New York and of this Court. I submit this declaration in support of Boca Raton's Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel.

2. Attached hereto as Exhibit A is a chart, prepared by BFA, listing Arkansas Teachers Retirement System's Lead Plaintiff Appointments in the last three years.

3. Attached hereto as Exhibit B is a chart, prepared by BFA, listing Arkansas Teachers Retirement System's Motions for Lead Plaintiff since 2010.

4. Attached hereto as Exhibit C is a true and correct copy of Defendants' Notice of Authorities and Information With Respect to Pending Motions for Lead Plaintiff Appointment, filed in *Knurr v. Orbital ATK et al.*, 16-cv-1031-TSE-MSN, ECF No. 25, (E.D. Va. Oct. 27, 2016).

5. Attached hereto as Exhibit D is a true and correct copy of the Notice of Critical Status for Pension Trust Fund for Operating Engineers.

6. Attached hereto as Exhibit E is a true and correct copy of the Hearing Transcript, in *Schaffer v. Horizon Pharma PLC*, No. 16-cv-1763, (S.D.N.Y. June 3, 2016), ECF No. 62.

7. Attached hereto as Exhibit F is a chart, prepared by BFA, listing the lead plaintiff appointments since 2010 of the Pension Trust Fund for Operating Engineers.

8. Attached hereto as Exhibit G is a true and correct copy of the Docket in *Bray v. Frontier Communications Corp.*, No. 3:17-cv-01617 (D. Conn.) as of January 15, 2018.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of January 2018.

*/s/ Javier Bleichmar*

Javier Bleichmar

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the registered participants.

                                                */s/ Javier Bleichmar*
                                                Javier Bleichmar