AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| JIHAD A. HACHEM, *Plaintiff* <br> v. <br> GENERAL ELECTRIC CO., et al., *Defendant* | Case No. 17-CV-8457 (JMF) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Arkansas Teacher Retirement System

Date: 01/31/2018

/s/ Jonathan Gardner
*Attorney's signature*

Jonathan Gardner (JG-8512)
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
*Address*

jgardner@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*