AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| JIHAD A. HACHEM, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-CV-8457 (JMF) |
| GENERAL ELECTRIC CO., et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Arkansas Teacher Retirement System.

Date:   02/01/2018

/s/ Christine M. Fox
*Attorney's signature*

Christine M. Fox (CF-2910)
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
*Address*

cfox@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*