# Labaton Sucharow

Christopher J. Keller
Partner
212 907 0853 direct
212 907 0700 main
212 883 7053 fax
ckeller@labaton.com

New York Office
140 Broadway
New York, NY 10005

February 22, 2018

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Hachem v. General Electric Company,* **No. 17-cv-08457 (S.D.N.Y.) (the "GE Securities Action")** -- and --
*The Cleveland Bakers and Teamsters Pension Fund v. General Electric Company,* **No. 18-cv-01404 (S.D.N.Y.) (the "Cleveland Action")**

Dear Judge Furman:

    We write on behalf of Arkansas Teacher Retirement System ("ATRS"), the Court-appointed Lead Plaintiff in the GE Securities Action, to provide the Court notice of our opposition to the Cleveland Bakers and Teamsters Pension Fund's motion to intervene under Rule 24 of the Federal Rules of Civil Procedure (ECF No. 56), in accordance with Your Honor's February 21, 2018 Order (the "Order") (ECF No. 59). Pursuant to the Order, ATRS intends to file an opposition memorandum of law on February 28, 2018.

Respectfully submitted,

*/s/ Christopher J. Keller*
Christopher J. Keller

cc:    All Counsel of Record (via ECF)