USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
:
:
JIHAD A. HACHEM,                                        :
:
Plaintiff,            :            17-CV-8457 (JMF)
:
-v-                                             :
:
GENERAL ELECTRIC INC., et al.,                          :
:
Defendants.           :
:
--------------------------------------------------------------------   :
:
THE CLEVELAND BAKERS AND TEAMSTERS PENSION              :
FUND,                                                   :
:
Plaintiff,            :            18-CV-1404 (JMF)
:
-v-                                             :
:
GENERAL ELECTRIC COMPANY, et al.,                       :            CONSOLIDATION
:                ORDER
Defendants.           :
:
-------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On February 19, 2018, Labaton Sucharow LLP, previously appointed Lead Counsel in 17-CV-8457 (*see* 17-CV-8457, Docket No. 52), filed a letter motion seeking to consolidate 18-CV-1404 with 17-CV-8457 and certain other relief. (17-CV-8457 Docket No. 55). The next day, the Cleveland Bakers and Teamsters Pension Fund ("Cleveland B&T"), Plaintiff in 18-CV-1404, moved to intervene in 17-CV-8457 and to reopen the appointment of Lead Plaintiff and Lead Counsel. (17-CV-8457 Docket No. 55). On February 21, 2018, the Court entered an Order stating that if any party opposed consolidation of the two actions or intervention by Plaintiff in

18-CV-1404, it should file a letter to that effect by February 22, 2018, with formal opposition then due by February 28, 2018. (17-CV-8457 Docket No. 59). On February 22, 2018, Lead Counsel filed a letter indicating its opposition to the motion to intervene. (17-CV-8457 Docket No. 60). No party filed a letter opposing consolidation.

In light of the foregoing, Lead Counsel's motion to consolidate 18-CV-1404 with 17-CV-8457 is GRANTED and the two cases are consolidated. Per the Court's Order of February 21, 2018, the Court reserves judgment on the other relief sought by Lead Counsel in its letter motion of February 19, 2018, and on the relief sought by Cleveland B&T in its motion to intervene. Per that Order, Lead Plaintiff/Counsel shall file its opposition to the motion to intervene (addressing *both* intervention and the relief sought with respect to appointment of Lead Plaintiff and Lead Counsel) by February 28, 2018; Cleveland B&T shall file any reply by March 5, 2018.

The Clerk of the Court is directed to consolidate these cases under the lead case, Docket No. 17-CV-8457, and to close 18-CV-1404. All future filings shall be on the 17-CV-8457 docket. The Clerk of Court is directed to terminate Docket No. 55.

SO ORDERED.

Dated: February 26, 2018
       New York, New York

_____
JESSE M. FURMAN
United States District Judge