AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JIHAD A. HACHEM, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-CV-8457 (JMF) |
| GENERAL ELECTRIC CO., et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Arkansas Teacher Retirement System    .

Date:   03/20/2018

/s/ Alfred L. Fatale III
*Attorney's signature*

Alfred L. Fatale III (AF-4191)
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, NY 10005

*Address*

afatale@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*