AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JIHAD A. HACHEM, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-CV-8457 (JMF) |
| GENERAL ELECTRIC CO., et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Arkansas Teacher Retirement System.

Date: 03/20/2018

/s/ Louis Gottlieb
*Attorney's signature*

Louis Gottlieb (LG-9169)
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, NY 10005

*Address*

lgottlieb@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*