AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JIHAD A. HACHEM, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  17-CV-8457 (JMF) |
| GENERAL ELECTRIC CO., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Arkansas Teacher Retirement System.

Date:  03/20/2018

/s/ Ross M. Kamhi
*Attorney's signature*

Ross M. Kamhi (RK-1086)
*Printed name and bar number*

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
*Address*

rkamhi@labaton.com
*E-mail address*

(212) 907-0700
*Telephone number*

(212) 818-0477
*FAX number*