AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| JIHAD A. HACHEM, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-CV-8457 (JMF) |
| GENERAL ELECTRIC CO., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Arkansas Teacher Retirement System                                            .

Date:     03/20/2018                                      /s/ Thomas A. Dubbs
                                                                    *Attorney's signature*

                                                        Thomas A. Dubbs (TD-9858)
                                                          *Printed name and bar number*

                                                              Labaton Sucharow LLP
                                                                 140 Broadway
                                                              New York, NY 10005
                                                                      *Address*

                                                             tdubbs@labaton.com
                                                                  *E-mail address*

                                                                 (212) 907-0700
                                                                *Telephone number*

                                                                 (212) 818-0477
                                                                   *FAX number*