UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIHAD A. HACHEM,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL ELECTRIC COMPANY, JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, JOHN L. FLANNERY, JAMIE MILLER, AND KEITH S. SHERIN,<br><br>　　　　　　　Defendants. | LEAD CASE: No. 17-CV-8457 (JMF)<br>Hon. Jesse M. Furman<br><br>NOTICE OF APPEARANCE |

　　　　PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Jamie Miller and Keith S. Sherin in the above-captioned action:

>　Miles N. Ruthberg
>　Latham & Watkins LLP
>　885 Third Avenue
>　New York, NY 10022
>　Telephone: (212) 906-1200
>　Facsimile: (212) 751-4864
>　Email: miles.ruthberg@lw.com

Dated: March 22, 2018
　　　New York, New York

**LATHAM & WATKINS LLP**

 /s/ Miles N. Ruthberg
Miles N. Ruthberg
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864

*Attorneys for Defendants General Electric Company, Jeffrey R. Immelt, Jeffrey S. Bornstein, John L. Flannery, Jamie Miller, and Keith S. Sherin*