UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIHAD A. HACHEM,<br><br>                Plaintiff,<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY, JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, JOHN L. FLANNERY, JAMIE MILLER, AND KEITH S. SHERIN,<br><br>                Defendants. | LEAD CASE: No. 17-CV-8457 (JMF)<br>Hon. Jesse M. Furman<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Jamie Miller and Keith S. Sherin in the above-captioned action:

> Blake T. Denton
> Latham & Watkins LLP
> 885 Third Avenue
> New York, NY 10022
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864
> Email: blake.denton@lw.com

Dated: March 22, 2018
       New York, New York

LATHAM & WATKINS LLP

/s/ Blake T. Denton
Blake T. Denton
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-1200
Fax: (212) 751-4864

*Attorneys for Defendants General Electric Company, Jeffrey R. Immelt, Jeffrey S. Bornstein, John L. Flannery, Jamie Miller, and Keith S. Sherin*