UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIHAD A. HACHEM,<br><br>      Plaintiff,<br><br>  v.<br><br>GENERAL ELECTRIC COMPANY, JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, JOHN L. FLANNERY, JAMIE MILLER, AND KEITH S. SHERIN,<br><br>      Defendants. | LEAD CASE: No. 17-CV-8457 (JMF)<br>Hon. Jesse M. Furman<br><br>NOTICE OF APPEARANCE |

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Jamie Miller and Keith S. Sherin in the above-captioned action:

      William J. Trach
      Latham & Watkins LLP
      200 Clarendon Street
      Boston, MA 02116
      Telephone: (617) 880-4500
      Facsimile: (617) 948-6001
      Email: william.trach@lw.com

Dated: March 22, 2018
   Boston, Massachusetts      **LATHAM & WATKINS LLP**

              /s/ William J. Trach
              William J. Trach *(Pro Hac Vice)*
              LATHAM & WATKINS LLP
              200 Clarendon Street
              Boston, MA 02116
              Tel: (617) 880-4500
              Fax: (617) 948-6001

              *Attorneys for Defendants General Electric Company, Jeffrey R. Immelt, Jeffrey S. Bornstein, John L. Flannery, Jamie Miller, and Keith S. Sherin*