USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/10/2018

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JIHAD A. HACHEM,

                Plaintiff,

v.

GENERAL ELECTRIC COMPANY,
JEFFREY R. IMMELT, JEFFREY S.
BORNSTEIN, JOHN L. FLANNERY, JAMIE
MILLER, AND KEITH S. SHERIN,

                Defendants.

LEAD CASE: No. 17-CV-8457 (JMF)
Hon. Jesse M. Furman

CLASS ACTION

**JURY TRIAL DEMANDED**

---

**STIPULATION AND [PROPOSED] ORDER REGARDING
LEAD PLAINTIFF'S FILING OF A SECOND AMENDED CONSOLIDATED
CLASS ACTION COMPLAINT**

WHEREAS, on January 19, 2018, the Court appointed Arkansas Teacher Retirement System as Lead Plaintiff and Labaton Sucharow LLP as Lead Counsel for the Class (Dkt. No. 52);

WHEREAS, on March 20, 2018, Lead Plaintiff timely filed its Consolidated Amended Class Action Complaint (the "Complaint") (Dkt. No. 73);

WHEREAS, Former Employee 3 ("FE-3"), whose statements appear at ¶¶ 131-134 of the Complaint, has recently contacted Lead Counsel and requested to be removed from the Complaint;

WHEREAS, Lead Counsel accordingly intends to amend the Complaint by removing the allegations attributable to FE-3;

WHEREAS, Defendants reserve all rights to seek discovery from and related to FE-3 and FE-3's allegations in the Complaint;

WHEREAS, Exhibit A hereto is a blackline of the Complaint that reflects all instances in which allegations attributable to FE-3 have been removed;

WHEREAS, Lead Counsel informed counsel for Defendants of their intent to amend the Complaint and provided Defendants' counsel with Exhibit A, and counsel for Defendants do not object to the proposed amendment of the Complaint;

WHEREAS, this amendment to the Complaint should not impact the briefing schedule in effect;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to Court approval, as follows:

1.      Lead Plaintiff promptly will file a Second Amended Consolidated Class Action Complaint reflecting the changes in Exhibit A.

DATED: April 9, 2018

**LATHAM & WATKINS LLP**

*/s/ Miles N. Ruthberg*

Miles N. Ruthberg
Blake Denton
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
miles.ruthberg@lw.com
blake.denton@lw.com

*Counsel for Defendants*

Respectfully submitted,

**LABATON SUCHAROW LLP**

*/s/*

Jonathan Gardner
Thomas A. Dubbs
Louis Gottlieb
Christine M. Fox
Alfred L. Fatale III
Ross M. Kamhi
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jgardner@labaton.com
tdubbs@labaton.com
lgottlieb@labaton.com
cfox@labaton.com
afatale@labaton.com
rkamhi@labaton.com

*Counsel for Court-Appointed Lead Plaintiff Arkansas Teachers Retirement System*

**ROBBINS GELLER RUDMAN & DOWD LLP**

Samuel H. Rudman
David A. Rosenfeld
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
Facsimile: 631/367-1173
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**

Art Leahy
Douglas R. Britton
655 West Broadway
Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7243

2

aleahy@rgrdlaw.com
dbritton@rgrdlaw.com

*Additional Counsel for Lead Plaintiff and the Proposed Class*

SO ORDERED.

Dated: April 10, 2018
       New York, New York

_____
HON. JESSE M. FURMAN
United States District Judge