# Labaton Sucharow

Jonathan Gardner
Partner
212 907 0839 direct
212 907 0700 main
212 883 7039 fax
jgardner@labaton.com

New York Office
140 Broadway
New York, NY 10005

April 10, 2018

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:  *Hachem v. General Electric Company,* No. 17-cv-08457 (S.D.N.Y.) (the "GE Securities Action")   -- and --
> *The Cleveland Bakers and Teamsters Pension Fund v. General Electric Company,* No. 18-cv-01404 (S.D.N.Y.) (the "Cleveland Action")

Dear Judge Furman:

We write on behalf of Arkansas Teacher Retirement System ("ATRS"), the Court-appointed Lead Plaintiff in the above-captioned GE Securities Action. Without further direction from the Court, it is likely that certain investors will feel compelled to file lead plaintiff motions on the upcoming April 17, 2018 deadline associated with the Private Securities Litigation Reform Act notice published by plaintiff's counsel in the Cleveland Action.

ATRS respectfully requests clarity on the viability of the April 17, 2018 lead plaintiff motion deadline for the benefit of the parties and other investors given prior proceedings in the GE Securities Action, including: the Court's consolidation of the Cleveland Action with the GE Securities Action (ECF No. 61); the Court's prior Order appointing ATRS as Lead Plaintiff, which provides that all subsequently filed actions that are consolidated into the GE Securities Action are subject to the leadership structure established therein (ECF No. 52); the Cleveland Bakers and Teamsters Pension Fund's pending motion to intervene in the GE Securities Action and set aside the Court's Order appointing ATRS as Lead Plaintiff (ECF No. 56); and ATRS' pending Cross-Motion to strike the April 17, 2018 deadline (ECF No. 62).

We thank the Court for its consideration of this matter.

Respectfully submitted,

Jonathan Gardner

cc: All Counsel of Record (via ECF)