# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Stichting Pensioenfonds Metaal en Techniek, Stichting Bedrijfstakpensioenfonds voor de Metalektro and Stichting Mn Services Aandelendfonds Noord Amerika ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
| --- | --- | --- | --- |

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

GENERAL ELECTRIC

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of ~~April,~~ May, 2018.

Stichting Pensioenfonds Metaal En Techniek

Signed: _____

Print Name: drs. G.E.M. Cartigny

Title: Directeur

Martijn Scholten
Director Fiduciary Management

Stichting Bedrijfstakpensioenfonds Voor De Metalektro

Signed: _____

Print Name: drs. G.E.M. Cartigny

Title: Directeur

Martijn Scholten
Director Fiduciary Management

Stichting Mn Services Aandelendfonds Noord Amerika

Signed: _____

Print Name: drs. G.E.M. Cartigny

Title: Directeur

Martijn Scholten
Director Fiduciary Management

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stichting Pensioenfonds Metaal en Techniek**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/27/2014 | 68,010 | $25.25 |
| 03/28/2014 | 57,352 | $25.91 |
| 04/29/2014 | 53,072 | $26.79 |
| 05/29/2014 | 31,386 | $26.67 |
| 06/23/2015 | 4,091,004 | $27.55 |
| 08/31/2015 | 4,513 | $24.81 |
| 09/28/2015 | 34,388 | $24.31 |
| 11/30/2015 | 74,923 | $29.94 |
| 02/03/2016 | 36,508 | $28.67 |
| 02/29/2016 | 4,059 | $29.14 |
| 02/29/2016 | 4,301 | $29.14 |
| 04/27/2016 | 11,050 | $30.93 |
| 05/24/2016 | 921 | $29.85 |
| 05/31/2016 | 9,061 | $30.23 |
| 10/31/2016 | 4,611 | $29.10 |
| 10/31/2016 | 33,859 | $29.10 |
| 11/30/2016 | 741 | $30.76 |
| 11/30/2016 | 6,675 | $30.76 |
| 12/16/2016 | 1,913 | $31.75 |
| 05/31/2017 | 5,931 | $27.38 |
| 06/13/2017 | 1,637 | $28.45 |
| 06/13/2017 | 32,486 | $28.45 |
| 08/31/2017 | 705 | $24.55 |
| 08/31/2017 | 2,116 | $24.55 |
| 08/31/2017 | 3,257 | $24.55 |
| 08/31/2017 | 9,773 | $24.55 |
| 11/30/2017 | 18,367 | $18.29 |
| 12/07/2017 | 3,146 | $17.71 |
| 01/09/2018 | 2,561 | $18.56 |
| 01/09/2018 | 36,203 | $18.56 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 03/06/2014 | 68,010 | $26.22 |
| 04/03/2014 | 57,352 | $26.23 |
| 05/08/2014 | 53,072 | $26.44 |
| 06/05/2014 | 31,386 | $26.77 |
| 06/30/2015 | 690,896 | $26.56 |
| 11/19/2015 | 9,097 | $30.27 |
| 11/19/2015 | 251,367 | $30.27 |
| 11/30/2015 | 6,417 | $29.94 |
| 05/31/2016 | 11,972 | $30.23 |
| 08/31/2016 | 3,192 | $31.24 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 08/31/2016 | 17,775 | $31.24 |
| 08/31/2016 | 18,397 | $31.24 |
| 11/30/2016 | 4,580 | $30.76 |
| 11/30/2016 | 41,216 | $30.76 |
| 02/28/2017 | 272 | $29.81 |
| 02/28/2017 | 387 | $29.80 |
| 02/28/2017 | 3,485 | $29.81 |
| 05/31/2017 | 7,119 | $27.38 |
| 05/31/2017 | 28,477 | $27.38 |
| 05/31/2017 | 35,254 | $27.38 |
| 11/30/2017 | 30,521 | $18.29 |
| 11/30/2017 | 37,641 | $18.29 |
| 11/30/2017 | 91,563 | $18.29 |

**Bonds**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 05/20/2015 | 1.25% due 05/26/2023 | 6,800,000 | $99.71 |
| 07/17/2015 | 1.25% due 05/26/2023 | 6,000,000 | $99.18 |
| 06/29/2016 | 1.25% due 05/26/2023 | 2,000,000 | $105.70 |
| 05/10/2017 | 1.5% due 05/17/2029 | 10,200,000 | $99.24 |
| 06/02/2017 | 1.5% due 05/17/2029 | 4,700,000 | $100.45 |
| 05/20/2015 | 1.875% due 05/28/2027 | 6,200,000 | $99.70 |
| 06/24/2016 | 2.2% due 01/09/2020 | 2,350,000 | $104.14 |
| 02/09/2017 | 3.1% due 01/09/2023 | 1,000,000 | $103.48 |
| 04/12/2017 | 4.625% due 01/07/2021 | 3,030,000 | $110.26 |
| 03/31/2016 | 5.625% due 05/01/2018 | 1,575,000 | $112.09 |
| 06/24/2016 | 5.625% due 05/01/2018 | 2,300,000 | $109.54 |
| 06/24/2016 | 6.0% due 08/07/2019 | 274,000 | $117.02 |
| 06/24/2016 | 6.0% due 08/07/2019 | 984,000 | $116.90 |
| 06/24/2016 | 6.0% due 08/07/2019 | 1,529,000 | $117.01 |

| Date Sold | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 07/17/2015 | 1.875% due 05/28/2027 | 6,200,000 | $99.63 |
| 05/31/2017 | 2.2% due 01/09/2020 | 2,350,000 | $102.16 |
| 07/29/2016 | 5.625% due 05/01/2018 | 2,300,000 | $109.61 |
| 02/21/2017 | 5.625% due 05/01/2018 | 1,575,000 | $106.84 |
| 05/31/2017 | 6.0% due 08/07/2019 | 2,787,000 | $111.22 |
| 09/03/2013 | 0.85% due 10/09/2015 | 5,525,000 | $100.33 |
| 03/04/2015 | 0.85% due 10/09/2015 | 5,275,000 | $100.61 |
| 10/09/2015 | 0.85% due 10/09/2015 | 3,000,000 | $100.00 |
| 02/14/2014 | 2.7% due 10/09/2022 | 1,520,000 | $96.88 |
| 05/31/2017 | 2.7% due 10/09/2022 | 2,750,000 | $102.65 |
| 11/05/2015 | 5.25% due 12/06/2017 | 6,210,000 | $110.07 |
| 01/31/2017 | 5.25% due 12/06/2017 | 5,300,000 | $104.15 |
| 05/03/2017 | 5.25% due 12/06/2017 | 4,450,000 | $104.52 |

**Stichting Bedrijfstakpensioenfonds voor de Metalektro**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/28/2013 | 3,925 | $23.22 |
| 04/15/2013 | 5,600 | $23.12 |
| 05/03/2013 | 13,555 | $22.57 |
| 06/06/2013 | 5,600 | $23.38 |
| 06/28/2013 | 7,300 | $23.19 |
| 09/04/2013 | 2,900 | $23.06 |
| 10/28/2013 | 3,900 | $26.09 |
| 10/31/2013 | 11,240 | $26.14 |
| 11/27/2013 | 3,200 | $26.81 |
| 01/02/2014 | 58,800 | $27.50 |
| 01/08/2014 | 61,369 | $27.27 |
| 01/10/2014 | 29,500 | $27.22 |
| 01/10/2014 | 128,500 | $27.22 |
| 01/16/2014 | 60,000 | $27.20 |
| 01/17/2014 | 94,400 | $26.58 |
| 01/23/2014 | 41,800 | $25.82 |
| 01/23/2014 | 154,000 | $25.82 |
| 02/06/2014 | 11,800 | $24.98 |
| 02/27/2014 | 4,100 | $25.47 |
| 03/21/2014 | 5,800 | $25.40 |
| 04/30/2014 | 4,843 | $26.88 |
| 06/27/2014 | 4,200 | $26.28 |
| 06/27/2014 | 182,584 | $26.43 |
| 07/08/2014 | 14,704 | $26.37 |
| 10/24/2014 | 911 | $25.64 |
| 11/13/2014 | 4,800 | $26.60 |
| 01/29/2015 | 7,100 | $24.08 |
| 01/30/2015 | 6,100 | $23.89 |
| 02/11/2015 | 21,789 | $24.77 |
| 03/04/2015 | 7,900 | $25.66 |
| 03/20/2015 | 18,742 | $25.40 |
| 05/13/2015 | 5,009 | $27.09 |
| 05/29/2015 | 5,099 | $27.27 |
| 06/26/2015 | 4,429 | $27.09 |
| 06/26/2015 | 9,368 | $27.09 |
| 07/06/2015 | 7,057 | $26.31 |
| 07/08/2015 | 10,080 | $25.89 |
| 09/04/2015 | 4,300 | $24.00 |
| 09/18/2015 | 6,511 | $24.80 |
| 10/01/2015 | 79,943 | $25.19 |
| 10/30/2015 | 10,166 | $28.92 |
| 11/06/2015 | 3,596 | $29.92 |
| 12/10/2015 | 21,935 | $30.65 |
| 12/11/2015 | 12,509 | $30.26 |
| 01/19/2016 | 3,933 | $28.49 |
| 01/26/2016 | 6,225 | $28.35 |
| 01/27/2016 | 4,357 | $28.00 |
| 01/29/2016 | 955 | $29.10 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/16/2016 | 3,862 | $28.86 |
| 02/17/2016 | 3,693 | $29.34 |
| 02/29/2016 | 1,027 | $29.14 |
| 03/14/2016 | 706 | $30.23 |
| 03/31/2016 | 10,820 | $31.79 |
| 03/31/2016 | 12,630 | $31.79 |
| 04/08/2016 | 6,053 | $30.97 |
| 04/21/2016 | 797 | $31.19 |
| 05/13/2016 | 1,134 | $29.97 |
| 05/17/2016 | 6,755 | $29.71 |
| 05/18/2016 | 410 | $29.76 |
| 05/25/2016 | 6,001 | $30.09 |
| 06/02/2016 | 1,105 | $30.05 |
| 06/06/2016 | 3,903 | $30.12 |
| 06/24/2016 | 64,701 | $29.82 |
| 06/30/2016 | 195 | $31.48 |
| 07/29/2016 | 1,758 | $31.14 |
| 07/29/2016 | 14,500 | $31.14 |
| 08/03/2016 | 491 | $31.07 |
| 08/05/2016 | 3,379 | $31.28 |
| 08/23/2016 | 876 | $31.51 |
| 09/06/2016 | 3,422 | $31.05 |
| 09/15/2016 | 864 | $29.75 |
| 09/30/2016 | 1,484 | $29.62 |
| 09/30/2016 | 4,096 | $29.62 |
| 10/05/2016 | 4,388 | $29.50 |
| 11/21/2016 | 6,691 | $30.87 |
| 12/08/2016 | 3,648 | $31.53 |
| 12/09/2016 | 1,001 | $31.78 |
| 12/16/2016 | 16,089 | $31.75 |
| 01/13/2017 | 4,094 | $31.36 |
| 02/01/2017 | 231 | $29.71 |
| 02/03/2017 | 3,533 | $29.70 |
| 02/14/2017 | 886 | $29.94 |
| 03/01/2017 | 4,499 | $30.16 |
| 03/08/2017 | 435 | $29.86 |
| 03/17/2017 | 32,445 | $29.88 |
| 03/21/2017 | 4,800 | $29.47 |
| 03/27/2017 | 12,348 | $29.44 |
| 03/30/2017 | 306 | $29.64 |
| 03/31/2017 | 10,482 | $29.80 |
| 04/21/2017 | 360 | $30.00 |
| 05/10/2017 | 500 | $28.84 |
| 05/23/2017 | 4,639 | $28.19 |
| 05/31/2017 | 53,488 | $27.38 |
| 06/01/2017 | 4,747 | $27.54 |
| 06/13/2017 | 4,700 | $28.45 |
| 06/23/2017 | 250,988 | $27.57 |
| 07/06/2017 | 6,197 | $26.90 |
| 08/31/2017 | 9,063 | $24.55 |
| 09/06/2017 | 4,853 | $24.91 |
| 10/06/2017 | 3,090 | $24.39 |
| 12/29/2017 | 8,943 | $17.45 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 03/15/2013 | 78,700 | $23.44 |
| 06/25/2013 | 17,000 | $23.16 |
| 06/28/2013 | 2,663 | $23.19 |
| 06/28/2013 | 25,216 | $23.20 |
| 06/27/2014 | 1,154 | $26.43 |
| 06/27/2014 | 25,600 | $26.43 |
| 06/27/2014 | 34,017 | $26.44 |
| 03/31/2015 | 35,793 | $24.81 |
| 03/31/2015 | 143,798 | $24.81 |
| 04/01/2015 | 765 | $24.84 |
| 06/26/2015 | 2,144 | $27.09 |
| 06/26/2015 | 180,586 | $27.10 |
| 11/16/2015 | 36,624 | $30.36 |
| 11/16/2015 | 56,313 | $30.36 |
| 11/17/2015 | 288 | $30.32 |
| 11/17/2015 | 23,495 | $30.32 |
| 11/17/2015 | 26,801 | $30.32 |
| 11/19/2015 | 23,763 | $30.27 |
| 03/18/2016 | 200,484 | $30.92 |
| 05/31/2016 | 3,184 | $30.23 |
| 06/24/2016 | 1,124 | $29.82 |
| 06/24/2016 | 6,973 | $29.82 |
| 08/31/2016 | 2,839 | $31.24 |
| 11/30/2016 | 5,924 | $30.76 |
| 01/05/2017 | 434 | $31.73 |
| 01/13/2017 | 368 | $31.36 |
| 02/28/2017 | 2,389 | $29.81 |
| 03/31/2017 | 330 | $29.80 |
| 03/31/2017 | 2,968 | $29.80 |
| 03/31/2017 | 6,647 | $29.80 |
| 03/31/2017 | 25,718 | $29.80 |
| 03/31/2017 | 59,827 | $29.80 |
| 05/31/2017 | 4,597 | $27.38 |
| 10/20/2017 | 33,700 | $23.83 |
| 11/10/2017 | 47,400 | $20.49 |

*Opening position of 2,493,522 shares for common stock.

**Bonds**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 07/09/2013 | 0.85% due 10/09/2015 | 1,315,000 | $99.96 |
| 07/12/2013 | 0.85% due 10/09/2015 | 2,250,000 | $100.12 |
| 08/05/2013 | 0.85% due 10/09/2015 | 990,000 | $100.19 |
| 05/20/2015 | 1.25% due 05/26/2023 | 2,200,000 | $99.71 |
| 07/17/2015 | 1.25% due 05/26/2023 | 2,000,000 | $99.00 |
| 10/06/2015 | 1.25% due 05/26/2023 | 1,000,000 | $99.12 |
| 03/21/2016 | 1.25% due 05/26/2023 | 2,000,000 | $103.37 |
| 10/12/2016 | 1.25% due 05/26/2023 | 3,000,000 | $105.69 |
| 03/01/2017 | 1.25% due 05/26/2023 | 2,000,000 | $105.13 |
| 05/02/2017 | 1.25% due 05/26/2023 | 100,000 | $104.17 |
| 08/24/2017 | 1.25% due 05/26/2023 | 800,000 | $104.64 |
| 05/10/2017 | 1.5% due 05/17/2029 | 5,400,000 | $99.24 |
| 06/02/2017 | 1.5% due 05/17/2029 | 2,500,000 | $100.37 |
| 08/25/2017 | 1.5% due 05/17/2029 | 800,000 | $100.98 |
| 05/20/2015 | 1.875% due 05/28/2027 | 1,900,000 | $99.70 |
| 05/10/2017 | 2.125% due 05/17/2037 | 2,041,000 | $99.05 |
| 06/24/2016 | 2.2% due 01/09/2020 | 1,280,000 | $103.10 |
| 07/09/2013 | 2.7% due 10/09/2022 | 1,205,000 | $94.49 |
| 07/26/2013 | 2.7% due 10/09/2022 | 1,275,000 | $95.71 |
| 09/20/2017 | 2.7% due 10/09/2022 | 2,250,000 | $102.09 |
| 10/27/2017 | 2.7% due 10/09/2022 | 1,000,000 | $101.36 |
| 04/12/2017 | 4.625% due 01/07/2021 | 1,550,000 | $108.97 |
| 07/09/2013 | 5.25% due 12/06/2017 | 2,000,000 | $113.26 |
| 07/10/2013 | 5.25% due 12/06/2017 | 2,720,000 | $112.91 |
| 07/26/2013 | 5.25% due 12/06/2017 | 2,375,000 | $114.17 |
| 06/24/2016 | 5.625% due 05/01/2018 | 1,050,000 | $108.64 |
| 06/24/2016 | 6.0% due 08/07/2019 | 141,000 | $114.65 |
| 06/24/2016 | 6.0% due 08/07/2019 | 509,000 | $114.53 |
| 06/24/2016 | 6.0% due 08/07/2019 | 791,000 | $114.64 |

| Date Sold | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 11/22/2013 | 0.85% due 10/09/2015 | 990,000 | $100.55 |
| 04/28/2015 | 0.85% due 10/09/2015 | 2,250,000 | $100.22 |
| 10/09/2015 (Matured) | 0.85% due 10/09/2015 | 1,315,000 | $100.00 |
| 11/13/2017 | 1.25% due 05/26/2023 | 5,000,000 | $104.28 |
| 07/17/2015 | 1.875% due 05/28/2027 | 1,900,000 | $99.36 |
| 05/31/2017 | 2.2% due 01/09/2020 | 1,280,000 | $101.27 |
| 02/14/2014 | 2.7% due 10/09/2022 | 870,000 | $95.89 |
| 05/31/2017 | 2.7% due 10/09/2022 | 1,205,000 | $102.23 |
| 07/09/2015 | 5.25% due 12/06/2017 | 2,000,000 | $109.13 |
| 11/05/2015 | 5.25% due 12/06/2017 | 2,720,000 | $107.83 |
| 01/31/2017 | 5.25% due 12/06/2017 | 2,375,000 | $103.35 |
| 05/31/2017 | 5.625% due 05/01/2018 | 1,050,000 | $103.85 |
| 05/31/2017 | 6.0% due 08/07/2019 | 1,441,000 | $109.25 |

**Stichting Mn Services Aandelendfonds Noord Amerika**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/18/2015 | 39,021 | $30.28 |
| 12/18/2015 | 334,587 | $30.28 |
| 12/21/2015 | 5,799 | $30.41 |
| 01/11/2016 | 26,874 | $28.58 |
| 02/02/2016 | 3,445 | $28.24 |
| 06/29/2017 | 1,495 | $27.02 |
| 08/31/2017 | 110 | $24.55 |
| 08/31/2017 | 329 | $24.55 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 01/29/2016 | 4,011 | $29.10 |
| 02/29/2016 | 1,611 | $29.14 |
| 03/31/2016 | 86,321 | $31.79 |
| 04/18/2016 | 1,448 | $31.06 |
| 05/31/2016 | 8,184 | $30.23 |
| 08/31/2016 | 562 | $31.24 |
| 08/31/2016 | 582 | $31.24 |
| 11/30/2016 | 373 | $30.76 |
| 11/30/2016 | 3,353 | $30.76 |
| 12/16/2016 | 2,641 | $31.75 |
| 01/31/2017 | 1,361 | $29.70 |
| 01/31/2017 | 1,517 | $29.70 |
| 03/31/2017 | 1,510 | $29.80 |
| 03/31/2017 | 4,288 | $29.80 |
| 04/28/2017 | 6,435 | $28.99 |
| 04/28/2017 | 16,616 | $28.99 |
| 05/31/2017 | 944 | $27.38 |
| 05/31/2017 | 3,777 | $27.38 |
| 05/31/2017 | 4,675 | $27.38 |
| 11/30/2017 | 2,522 | $18.29 |
| 11/30/2017 | 3,110 | $18.29 |
| 11/30/2017 | 7,565 | $18.29 |
| 01/12/2018 | 4,796 | $18.76 |