UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>GENERAL ELECTRIC COMPANY, JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, JAMIE MILLER, KEITH S. SHERIN, JAN R. HAUSER, and RICHARD A. LAXER,<br><br>      Defendants. | Case No. 1:17-cv-08457-JMF<br><br>Hon. Jesse M. Furman<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

  PURSUANT TO Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Darren J. Check, hereby move for an Order for admission *Pro Hac Vice* to appear as counsel for Lead Plaintiff Sjunde AP-Fonden ("AP7") in the above-captioned action.

    Applicant's Name: Darren J. Check
    Firm Name: Kessler Topaz Meltzer & Check, LLP
    Address: 280 King of Prussia Road, Radnor, PA 19087
    Phone Number: (610) 667-7706
    Fax Number: (610) 667-7056
    Email: dcheck@ktmc.com

  I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the State of New York.  There are no pending disciplinary proceedings against me in any state or federal court.  Certificates of Good Standing from the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the State of New York are attached as Exhibits A, B, and C, respectively.

Dated: August 7, 2018	Respectfully submitted,

   *s/ Darren J. Check*
Darren J. Check
**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
dcheck@ktmc.com

*Counsel for Sjunde AP-Fonden (AP7) and Lead Counsel for the Class*