53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Seoul |
| Houston | Shanghai |
| London | Silicon Valley |
| Los Angeles | Singapore |
| Madrid | Tokyo |
| Milan | Washington, D.C. |

# LATHAM & WATKINS LLP

August 30, 2018

<u>VIA ECF</u>

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: <u>Sjunde AP-Fonden et al. v. General Electric Company et al.</u>, Case No. 17-cv-8457(JMF)

Dear Judge Furman:

We represent Defendants General Electric Company, Jeffrey R. Immelt, Jeffrey S. Bornstein, Jamie Miller, Keith S. Sherin, Jan R. Hauser, and Richard A. Laxer in the above-captioned action. We write, pursuant to Rule 3.A of Your Honor's Individual Rules and Practices, on behalf of all parties concerning Defendants' motion to dismiss plaintiffs' Third Amended Complaint ("TAC"), to be filed on September 12, 2018.

Due to the nature and complexity of the claims alleged in the 530-paragraph TAC, the parties respectfully request permission to file memoranda of law in support of and in opposition to Defendants' motion to dismiss of no more than 35 pages, and a reply memorandum of no more than 15 pages. This is the parties' first such request, and plaintiffs consent to the relief requested herein.

Respectfully submitted,

LATHAM & WATKINS LLP

*/s/* Miles N. Ruthberg

Miles N. Ruthberg
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200

LATHAM&WATKINS LLP

Fax: (212) 751-4864
miles.ruthberg@lw.com
*Attorneys for Defendants*

cc: All Counsel of Record (via ECF)