```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SJUNDE AP-FONDEN and THE CLEVELAND                                      :
BAKERS AND TEAMSTERS PENSION FUND,                                      :
individually and on behalf of all others similarly                      :
situated,                                                               :
                                                                        :
                                         Plaintiffs,                    :    17-CV-8457 (JMF)
                                                                        :
                         -v-                                            :         ORDER
                                                                        :
GENERAL ELECTRIC COMPANY, et al.,                                       :
                                                                        :
                                         Defendants.                    :
                                                                        :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2018

JESSE M. FURMAN, United States District Judge:

On September 12, 2018, Defendants filed a motion to dismiss the Third Amended Complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that Plaintiffs shall file any amended complaint by **October 3, 2018**. Plaintiffs will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiffs do amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying Plaintiff, stating that it relies on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot

It is further ORDERED that if no amended complaint is filed, the briefing schedule will remain as set forth in the Court's Order of August 7, 2018 (Docket No. 167). At the time any

reply is served, the moving party shall supply the Court with one courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

Finally, in light of the voluntary dismissal of Jihad A. Hachem's claims (Docket No. 152), the Clerk of Court is directed to conform the docket to the caption set forth above.

SO ORDERED.

Dated: September 13, 2018
      New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge