# EXHIBIT 46



# "The Pivot"

J. R. Immelt

December 16, 2014

Forward-Looking Statements:

This document contains "forward-looking statements" – that is, statements related to future, not past, events. In this context, forward-looking statements often address our expected future business and financial performance and financial condition, and often contain words such as "expect," "anticipate," "intend," "plan," "believe," "seek," "see," "will," "would," or "target." Forward-looking statements by their nature address matters that are, to different degrees, uncertain, such as statements about expected income; earnings per share; revenues; organic growth; margins; cost structure; restructuring charges; cash flows; return on capital; capital expenditures, capital allocation or capital structure; dividends; and the split between Industrial and GE Capital earnings. For us, particular uncertainties that could cause our actual results to be materially different than those expressed in our forward-looking statements include: current economic and financial conditions, including interest and exchange rate volatility, commodity and equity prices and the value of financial assets; the impact of conditions in the financial and credit markets on the availability and cost of General Electric Capital Corporation's (GECC) funding, GECC's exposure to counterparties and our ability to reduce GECC's asset levels as planned; the impact of conditions in the housing market and unemployment rates on the level of commercial and consumer credit defaults; pending and future mortgage securitization claims and litigation in connection with WMC, which may affect our estimates of liability, including possible loss estimates; our ability to maintain our current credit rating and the impact on our funding costs and competitive position if we do not do so; the adequacy of our cash flows and earnings and other conditions which may affect our ability to pay our quarterly dividend at the planned level or to repurchase shares at planned levels; GECC's ability to pay dividends to GE at the planned level, which may be affected by GECC's cash flows and earnings, financial services regulation and oversight, and other factors; our ability to convert pre-order commitments/wins into orders; the price we realize on orders since commitments/wins are stated at list prices; customer actions or developments such as early aircraft retirements or reduced energy demand and other factors that may affect the level of demand and financial performance of the major industries and customers we serve; the effectiveness of our risk management framework; the impact of regulation and regulatory, investigative and legal proceedings and legal compliance risks, including the impact of financial services regulation; adverse market conditions, timing of and ability to obtain required bank regulatory approvals, or other factors relating to us or Synchrony Financial that could prevent us from completing the Synchrony split-off as planned; our capital allocation plans, as such plans may change including with respect to the timing and size of share repurchases, acquisitions, joint ventures, dispositions and other strategic actions; our success in completing, including obtaining regulatory approvals for, announced transactions, such as the proposed transactions and alliances with Alstom, and our ability to realize anticipated earnings and savings; our success in integrating acquired businesses and operating joint ventures; the impact of potential information technology or data security breaches; and the other factors that are described in "Risk Factors" in our Annual Report on Form 10-K for the year ended December 31, 2013. These uncertainties may cause our actual future results to be materially different than those expressed in our forward-looking statements. We do not undertake to update our forward-looking statements.

"This document may also contain certain non-GAAP financial information. Management uses this information in its internal analysis of results and believes that this information may be informative to investors in gauging the quality of our financial performance, identifying trends in our results and providing meaningful period-to-period comparisons. For a reconciliation of non-GAAP measures presented in this document, see the accompanying supplemental information posted to the investor relations section of our website at www.ge.com."

In this document, "GE" refers to the Industrial businesses of the Company including GECC on an equity basis. "GE (ex-GECC)" and/or "Industrial" refer to GE excluding Financial Services."

GE's Investor Relations website at www.ge.com/investor and our corporate blog at www.gereports.com, as well as GE's Facebook page and Twitter accounts, contain a significant amount of information about GE, including financial and other information for investors. GE encourages investors to visit these websites from time to time, as information is updated and new information is posted.

**Imagination at work.**

# The Pivot

**Investor value: 2015 + 2016**

+ World's best Infrastructure company built on GE competitive advantage ... the "GE Store"

+ ~$40B returned to investors through dividends & Synchrony spin

+ Substantial Industrial EPS tailwind with Alstom, restructuring, buyback

+ Smaller GE Capital ... potential for reliable value creation

+ Culture of simplification & accountability

**Aggressive portfolio repositioning**

+

**Industrial execution**

+

**Simpler structure**

+

**GE Capital smaller**

+

**Returns focus**



① Strong Industrial EPS growth

② Earnings 75%+ Industrial

③ Expanding margins & returns



2

# Environment

| "Better" | "No change" | "Tougher" |
|----------|-------------|-----------|
| U.S. recovery | Emerging markets/China | Oil prices |
| Air, rail traffic | Natural gas prices | Russia |
| Global infrastructure demand | Power demand | FX volatility |
| U.S. healthcare | Mining | Military budget |
| Retail | Housing | Regulatory costs |
| Mexico reforms & exports | Europe | High-cost oil producers |
| New technologies stimulating growth | | |

A lot going on ... still fits path of slow growth and volatility + plenty of growth available



3

# Oil price decline

**Known:**
- Lower demand ... Europe
- Higher supply ... OPEC

**Planning GE Oil & Gas**

1. Lower cost ... base & variable
2. Complete operational upgrades
3. Segment customers/projects & support
4. Look for opportunity ... share, people

**Remainder of GE**

+ Sourcing & deflation opportunity

=/+ Good for customers in other segments

**Pragmatic outlook for 2015**

**Other thoughts/observations**

= China going through change ... micro vs. macro ... still ok

=/– Low-cost producers ok (Saudi); high cost will be impacted (Iraq)

=/+ U.S./Europe/Japan/China should improve with cheaper oil

=/+ Aviation & Transportation ... net positive ... usage ↑

=/+ Natural gas favored

**Micro vs. macro**



4

# 2014 operating framework

| Operating earnings | 2014F | Update |
|---|---|---|
| Industrial | ++ | ✓ Strong Industrial segment growth ... +10% 3Q YTD<br>✓ Margin expansion ... +50 bps. 3Q YTD |
| GE Capital | ~$6.7B | ✓ Delivering on 2014 framework ... TY ~$6.9B<br>✓ Phase 1 of Retail Finance transaction + Nordics sale |
| Corporate | – | ✓ Will outperform $500MM cost out target<br>✓ Restructuring > gains ... 2¢ higher restructuring & other charges ... TY ~(11)¢ |
| **Total operating earnings** | + | ✓ Positive impact of share reduction |
| CFOA | $14-17B | ✓ Total year tracking to framework; ~$3B GE Capital dividends |
| Total revenues | 0-5% | ✓ Industrial segment organic 4-7% ... +5% 3Q YTD; GE Capital 0-(5)% ... (5)% 3Q YTD |

## Total year framework on track





5

# A more valuable portfolio

**Financial Services 25%** ↘



**+**

**Infrastructure 75%+**



+ Great Infrastructure franchise ... every business embedded with & adds to GE capability ... capitalizing on the big economic themes

+ Outperforming competition while expanding margins & returns

+ Smaller Financial Services that has competitive advantage & is capital efficient



# Improving the portfolio

| Invest | | Strategy | Divest | | Strategy |
|--------|--|----------|--------|--|----------|
| **1** Rebuild & diversify power business post-bubble<br>✓ DP, Water, Wind | | + | **1** Reposition NBCU for value<br>+ Add Cable<br>✓ Divest @ good return | | + |
| **2** Build a competitive & diverse Oil & Gas franchise | | + | **2** Sell Industrials that don't fit Infrastructure platform<br>✓ Plastics/Silicones<br>✓ Appliances | | + |
| **3** Broaden Healthcare diagnostics franchise beyond U.S. DI<br>✓ Life Sciences, HCIT | | = | **3** Sell insurance "before the storm" … risk reduction | | + |
| **4** Expand profit pools for Aviation<br>✓ Systems, supply chain | | + | **4** Grow consumer finance & then exit … no competitive advantage | | – |
| **5** Execute on Alstom<br>✓ Fortify Power<br>✓ Scale for EM | | TBD | **5** Synchrony spin …focus on commercial finance | | TBD |

**Where we are**
✓ Every Industrial business improved + fits GE core capability
✓ Smaller and more focused GE Capital
✓ Lots of lessons learned





7

# 2014 portfolio actions

## ALSTOM

+ Acquire Power & Grid ... businesses we know ... for $13B
+ Strong synergies
+ Teams in place to manage
+ Targeting mid-2015 close

**Investor benefits**

✓ IRR in high-teens
✓ EPS accretion of $.06-.09 in 2016
✓ Enhances long-term growth

## synchrony FINANCIAL

+ Completed 15% IPO in July
+ Well received by the market ... up 20%+ since IPO
+ Strong leadership team & well funded
+ Split-off modeled for 1/1/16

**Investor benefits**

✓ At current price: gain of ~$2B ... buyback of ~700MM shares
✓ Focus on commercial finance

## GE Appliances

+ Legacy GE business ... to be sold to Electrolux for $3.3B
+ Good stewards for GE brand ... improved global position
+ Favorable cycle ... earnings impact minimal
+ Targeting mid-2015 close

**Investor benefits**

✓ Gain ~$.05-.07 EPS
✓ Unlock value in business that doesn't fit GE Infrastructure model

All transactions subject to regulatory approval

8



# Capital going forward

($ in billions)



**ENI[-b] evolution**

| | | | |
|---|---|---|---|
| Peak[-a] | 3Q'14 | | '15F |
| $637 | $365 | ~$(75) | <$300 |
| | ~135 | | |
| | ~$230 | | |

Core
• Verticals
• Commercial finance

ex. Synchrony

**Investor "guide post"**

Earnings (EPS)

| '15F | '16F |
|---|---|
| ~$.60 | ~$.40 |

## Focus

1. Execute portfolio transformation, including Synchrony, Australia, Hungary, RE equity

2. Focused on growing commercial finance & verticals where we are advantaged

3. Building regulatory capability … CCAR in 2017

4. Improve returns … liquidity, underwriting

+ Seek every opportunity to make smaller in an investor-friendly way

+ Drive a consistent dividend

+ Link with Industrial growth … verticals, CAPEX → OPEX

+ Keep safe & secure

(a- 3Q'08 + FAS 167 ex-cash, @ 1Q'10 FX, including disc. ops.
(b- ENI excluding liquidity





9

# Alstom update

| Better than expected | As expected | Worse than expected |
|---|---|---|
| + Synergy opportunities are robust | ✓ Technology and services are complementary | – Alstom 1H cash reserves were weak |
| + Strong technology and functional management | ✓ Compatible company culture | |
| + Expanded global operations | ✓ Government processes and compliance matters | |
| + Synergistic global footprint | ✓ Strong EPC fundamentals ... leveraging our experience in O&G and hired ex-Bechtel leaders to help with backlog execution | |

**Targeting mid-2015 close ... shareholder vote December 19**



10

# Alstom value creation

($ in millions)

| | Drivers | April synergy target | Status | Update |
|---|---|---|---|---|
| 1 | Optimize manufacturing/ services footprint | ~$400 | ↗ | ✓ ~10 pts. service margin delta<br>✓ 1,000 combined sites … 1/3 in same city<br>✓ Alstom has good manufacturing capability |
| 2 | Combine sourcing buy | ~$250 | ← | ✓ $12B combined buy<br>✓ $1B+ of internal sourcing<br>✓ Extensive low-cost country footprint |
| 3 | Optimize R&D | ~$300 | ↑ | ✓ Complementary skills … better system capability |
| 4 | Consolidate support functions | ~$250 | ↗ | ✓ GE SG&A benchmarks … shared services |
| 5 | Growth opportunities | | | + Global footprint … complementary<br>+ Value for service<br>+ Good engineering/systems |

| Financials | EPS targets |
|---|---|
| '15F | ~$.01 |
| '16F | $.06-.09 |
| '17F | ++ |

High teens return  +  Improved strategic position



11

# Valuable Industrial franchise

## "New GE"/year 1



**Revenue** — $130-140B

**Profit** — ++

**1** Market leadership

| | | |
|---|---|---|
| Power | #1 | Energy Mgmt. #3 |
| Aviation | #1 | Oil & Gas #1-#3 |
| Transp. | #1 | |
| Healthcare | #1 | |

*All businesses contribute*



**2** More scale for GE initiatives
- ✓ Extend technical lead (~$6B)
- ✓ Grow installed base … ~$200B
- ✓ Global capability … $60B in growth markets

**3** Incremental margins/returns
- ✓ Alstom synergies
- ✓ Broader focus on gross margins & returns
- ✓ More scale on a simpler foundation

**4** Winning in the big themes
- ✓ Energy transitions   ✓ Growth markets
- ✓ Analytics/services   ✓ Infrastructure
- ✓ Manufacturing        ✓ Efficiency
- ✓ Value healthcare     ✓ Environment



12



# Expanding value from the GE Store

1. **Gain share** at higher margins by launching products built on **technical and manufacturing innovation**

2. Capitalize on the **largest growth market footprint** ... fueled by best **localization** capability

3. Lead the intersection of **physical & analytical** ... software & IT ... create a new source of speed & competitiveness

4. **Grow our valuable service franchise** by extending our **business model** & driving **customer outcomes**

5. Intensify process improvement in **gross margins & returns**

6. Achieve a **culture of simplification** supported by GE Beliefs & FastWorks

# ❶ Gaining share

## H Turbine

**Why we win**



World's largest & most efficient gas turbine

- ✓ Performance leader
- ✓ 37 technical selections
- ✓ Global momentum

## Tier 4 locomotive

**Why we win**



Market-leading technology

- ✓ 70% reduction of NOx & PM
- ✓ Only qualified product
- ✓ Record orders

## LEAP engine

**Why we win**



Most efficient & reliable narrow-body engine

- ✓ 79% share[a] to date
- ✓ 15% more fuel efficient
- ✓ More content

## PET MR

**Why we win**



Differentiated product offering

- ✓ Lowest dose, highest sensitivity
- ✓ Proprietary detection… most efficient
- ✓ Clinical winner

## 20k BOP

**Why we win**

Reliable & durable in ultra-deep water

- ✓ Access to 20k PSI & 350°F reservoirs
- ✓ ↑ reliability & ↓ downtime
- ✓ Unique control system

## Power Conversion

**Why we win**

Focused technology leader

- ✓ $1B marine backlog
- ✓ Impact in wind and solar
- ✓ Differentiates GE (e.g. LNG)

LEAP is a trademark of CFM International, a 50-50 JV between Snecma and GE

(a- 55% on A320neo and 100% for 737MAX

# Product cost advantage

## Impact

### LEAP Engine launch



**First 3 years:**
✓ Leverage GEnx
✓ Steeper curve

Volume

Cost

Years in Production

### H Turbine launch



✓ 1st unit cost ↓ 10%
✓ $/kw ↓ 30%

Traditional Learning Curve

Start lower

Margin Opportunity

Ramp down faster

$/kW

Time

## Investments

### Materials & methods



✓ Material scale
✓ Advanced mfg.
✓ Service value

CMCs

3D Mfg.

### Design & testing



✓ Engineering cycle ↓
✓ Control IP
✓ Fewer parts

Greenville Test

### Vertical integration



✓ GE content ↑
✓ Sole source ↓
✓ Value gap

Tier 4

### Digitization



✓ "In factory" analytics
✓ Supply chain visibility
✓ FastWorks

Robotics



16

LEAP is a trademark of CFM International, a 50-50 JV between Snecma and GE

# 2 Best growth market footprint

($ in billions)

## 2014 orders



~$50

GE

~$10[-a)]

Alstom

✓ **Scale advantage** ... strong foundation in places that count

✓ **Expanding beyond the core** ... power conversion, life sciences, avionics

✓ **Scope of GE** ... ↓ cost through multi-modal sites & engineering centers

### China

✓ Partnering with state champions to deliver clean energy solutions

✓ Delivering localized affordable healthcare products & services

✓ Mass transportation expanding... C919

### India

✓ Significant demand for power gen & T&D... complementary tech with Alstom

✓ Providing clean power with Wind launches... new tech, local sourcing

✓ Alstom manufacturing footprint

### MENAT

✓ Leading with technology... GE9X, Aviation services, HDGT

✓ Partnering to increase localization... Sonelgaz power gen facility

✓ Executing amidst volatility

17



(a – Alstom Power & Grid orders outside of Western Europe & North America, fiscal year 2013/14

# Localization capability

**+**

## Seize the market

### Aviation in China
- 1,000 narrow bodies in 2015
- Local service & manufacturing



### Emergency power
- 5-10 active campaigns
- Local business model



### Global locomotives
- 1,000 locos 2015 – 2018
- High share



### Value Healthcare
- ~$1B in global sales
- Compete everywhere



### Africa Oil & Gas
- Big campaigns in Nigeria, Mozambique, Ghana, Angola





## Lower costs & localization

### Multi-modal sites
- $500MM+ output
- $100MM+ savings
- Nigeria next

Pune

Haiphong

### Engineering centers
- 3,000 engineers
- 20%+ ↓ OCPH
- Vietnam next

Poland

Mexico

### Shared services
- 5 global centers
- 30% ↓ cost
- 65% processes

Hungary

Shanghai




# ③ GE differentiation: physical & analytical

**For Service:**

## Physical



**+**

## Analytical



✓ Invest $300 - $400MM/year
- GE Predix™ capabilities
- 40+ GE Predictivity™ apps
- Productivity, margins and growth

---

**Value for investors**

| + $/IB ↑ | + Predictivity™ revenue |
| + Margins ↑ | + Product feedback |

**Delivering customer outcomes... Power of 1%**

| + Efficiency | + System cost |
| + Uptime | + Safety & quality |

---

## Driving GE's 1%

- Digital foundation ... 90% ↓ in ERPs

- Data-as-a-service ... sourcing, Alstom synergies, factory productivity

- New way to deliver services ... $1B CSA productivity over 3 years & 10% customer uptime improvements

- Configurator and quoting tools ... commercial productivity, win rates

## Enterprise IT

- ✓ Brilliant factory
- ✓ Field services
- ✓ Commercial tools
- ✓ Cyber security



**$2B**

**Annual spend**




# Horizontal capability: Controls



**2. Harness cloud connectivity and power of Predix ...**
- Every GE machine connected to the cloud
- Ability to better trend and diagnose anomalies
- Optimize service and time on wing cost

**3. Upgrade controls software ...**
- Download software to change asset behavior
- Upgrade machine at minimum costs
- Key enabler to sell new services

**1. Embed knowledge and create Brilliant machines ...**

e.g., 3% increase in output or 20% increase in life through life optimizing controls

**4. Common communications, security and user experience ...**
- GE plug and play systems. 50% reduction in commissioning time
- 30% reduction in engineering requisition time
- Delight customers due to common UX

## Life optimizing controls

✓ Foundation for upgrades
✓ Extends life and output
✓ Reduce CSA cost/risk

20



# Extending our value: Rail customer



Yard planning
Oasis
~50 terminals

Railcar AM
ExpressYard
~75% transactions

Movement Plng.
Movement Planner

#1

8 analytical
applications
~$100MM/yr.
opportunity

Fuel Mgmt.
Trip Optimizer
~3100 locos

Locomotive AM
Maintenance Mgr.

#2

Shipper Mgmt.
Shipper connect
~140 customers

Yard Planning
Yard Planner

#3

Wayside AM
RailDOCs
~5,800 users

rOS
Powered by Predix

Network

Operations

Supply Chain

Asset




GE
positioning

+ Can be "operational ERP supplier" for industry

+ Opens up incremental market... $/IB




21

# Transforming IT

## Digital transformation

| | Today | Future[c] |
|---|---|---|
| ER/Manufacturing[a] | 181 | 34 |
| Data Centers | 28 | ~5 |
| Applications | 8,500 | ~5,000 |
| Shared Services | ~40% | ~65% |
| Cloud[b] | ~25% | ~70% |

**Significant progress ... more to go**

## Business impact

### GE Water



**22 ERPs →1**

- ✓ '12-'14 profit CAGR 35%+
- ✓ SG&A ↓ ~10 pts.
- ✓ Past dues ↓ ~60%
- ✓ Finance cost ↓ 50%
- ✓ Improving returns

### Life Sciences

**32 ERPs →2 ++ analytics**

- ✓ '12-'14 profit CAGR 10%+
- ✓ SG&A ↓~5 pts.
- ✓ Margins 20%+
- ✓ On-time delivery ↑
- ✓ Improving returns

(a- Excludes 2014 acquisitions    (b- Target percent of new applications that are Cloud enabled    (c- Excludes impact of Alstom acquisition



22



**4  Grow our service business**

($ in billions)



Revenue

|  | '12 | '13 | '14E | '15F |
|---|---|---|---|---|
|  | $43 | $45 | ~$47 | + |
| Margin | 29% | 30% | 30%+ | + |
| Backlog | $157 | $180 | ~$185 | + |

**Strengthening execution**

+ $/IB growing by ~3%

+ Generating $1B of productivity

+ Growing global presence

+ Predictivity™ orders of $1.5B+

+ Value in the aged fleet



**GE + Alstom Thermal Services**

+35%
Installed base

~10 pts.
Margin differential

GE brings:
✓ GE technology: coatings, additive manufacturing, robotics
✓ SW COE: Big data & analytics opportunity, outcome selling

Alstom brings:
✓ 350 GW installed base: EM footprint
✓ Broad service expertise
✓ Steam, generator & mature fleet

23





# Expanding service potential: Power Gen
($ in millions)

## CSA capture
37   13
Technical Backlog selections
- ✓ Capture rate high
- ✓ Performance
- ✓ Analytics platform

## Technology upgrades
(# of upgrades)
~205   ++
'14E   '15F
# AGPs   ~80   ++
Margins ++

## Software solutions
~$300
'15F
- ✓ 2.5X growth
- ✓ Customers engaged
- ✓ Dedicated sales teams

## Aged fleet
2,800
# B/E Installed base
- ✓ Grow $/IB
- ✓ Upgrades & controls
- ✓ Alstom capabilities

## Global footprint
17
Global repair shops
- ✓ Saudi Arabia, Russia, Vietnam
- ✓ Alstom expertise

## Productivity
~$350
Productivity
- ✓ Materials
- ✓ Repair tech.
- ✓ Field engineer efficiency
- ✓ Analytics

**Building a more robust service model**





# Operational simplification




**Horizontal focus – GM + Returns**

Product cost                Service productivity
OCPH                        Reliability
Value gap                   P&E efficiency
Engineering efficiency      Working capital

Converge on drivers of change

Horizontal process → senior leadership & CAS

Common metrics & reporting

Compensation → outcomes drive comp

Make sure targets offset mix

**Target processes**

X: Product cost/learning curve

X: P&E efficiency

X: Engineering efficiency

X: Service productivity

**Return sensitivities:**

**Gross margins:**

1 pt. = 100 bps.

**P&E:**

(10)% = 50 bps.

Aviation example

Gross          SG&A    Returns    Cash
margins                          conversion

25%            7%      18%        90%

Team comp plan

# Operational simplification

## Turbomachinery part design

**Product cost**



✓ Engineering & Sourcing drove ↓25% console product cost
✓ Modules + options allow for repeatable customization

## Aviation commercial engines

**Value gap**

✓ Favorable pricing from markets on new technology
✓ Driving service productivity by leverage analytics

## Thermal forgings

**Strategic sourcing**

✓ Sourcing engagement with multiple vendors
✓ Early volume commitments
✓ Advanced manufacturing

## Ultrasound

**NPI**

✓ Reduce product cycle time to market
✓ Improve product reliability to reduce downtime

## Aviation learning curve

**Engineering**

✓ Continue to deliver on GEnx cost out
✓ Ensure LEAP readiness at cost
✓ Execute unprecedented NPI portfolio

## Analytics → Productivity

**Services**




✓ Co-development of new algorithms @ SW COE
✓ Optimizing material & repair cycles across installed base
✓ Field engineer efficiency



27

LEAP is a trademark of CFM International, a 50-50 JV between Snecma and GE

# 6 Culture of simplification

28

**Lower-cost company**

+ Go from 14% to 12% SG&A/sales
+ 65% of processes in shared services, FastWorks
+ Corporate costs ↓ $500MM+
+ Improved product cost

+

**Faster & smarter company**

+ Invest in IT ... speed & transparency... ERPs ↓ 90%
+ Fewer P&L, layers, process, ↓ headquarters
+ Driven by FastWorks ... lower product cost

+

**Driven by beliefs**

+ "Customers define our success"
+ "Stay lean to go fast"
+ "Learn & adapt to win"
+ "Empower & inspire each other"
+ "Deliver results in an uncertain world"

 **Lean management**

+

 **Speed & competitiveness**

+

**Commercial intensity**

+

 **Digital capability**



# Aligning to investor goals

## Annual incentive compensation

- Target-based program to align to annual metrics

  – More transparency, reset each year
  – Threshold, target, maximum

- Key metrics:

  – Op profit          – Op profit %
  – Cash               – Strategic by business

## CEO & senior leadership

- Combination of performance stock units (PSUs) + options

- CEO & senior leadership alignment on objectives

- 3-year PSU performance period aligned to company's strategic plan

- Two PSU performance metrics with threshold and target

  – Total cash                    ⎱ TSR
  – Op margin %                   ⎰ multiplier

## Eligible employees

- Officers              190
- Senior executives     500
- Executives          4,800

*Leadership team aligned to investors*

---

**Aviation example:**

**Financial - 50%**

✓ Op profit      ✓ Free cash flow
✓ OP margin     ✓ Gross margins

**+**

**Strategic - 50%**

✓ Growth        ✓ Services/analytics
✓ Returns       ✓ Enterprise risk
✓ Talent

**✗**

**Total company performance**

# GE store = results

## Organic growth
(Industrial segments)



'13 — 0%
'14E — 4-7%
'15F — 2-5%

### Ongoing goal: 5%
+ Strong portfolio
+ Product line → share
+ Growth initiatives goal of 5–10% … service + growth markets
− Offset short-term market dynamics (O&G)

## Margins
(Industrial segments, ex. BD)



'13 — 15.7%
'14E — +
'15F — +
'16F — ~17%

### Achieving 17%
+ SG&A to 12% of sales
+ Segment gross margins ~50 bps. each year … R&D in line with revenue
− Offset mix

## Returns
(Industrial ROTC, ex. BD)

'13 — 14.3%
'14E — +
'15F — +
'16F — ~17%

### Achieving 17%
+ Hit margin goals
+ Improve cash conversion
+ Leverage P&E … multi-modal
+ Drive acquisition integration





30

# Executing our financial plan



# 2015 operating framework

**EPS**

**1** Industrial — $1.10-1.20
  + Industrial EPS up double digits
  + Segment organic growth of 2-5%
  + Margin expansion
  + Corporate ~$2.3-2.5B
  + BD … targeting deals to close in mid-2015

**2** GE Capital — ~$.60
  Could be lower
  if faster ENI ↓
  + Growth in verticals and Commercial Finance
  + Synchrony split 1/1/16
  + Non-strategic assets of ~$60B ex-Synchrony

**3** Free Cash Flow + Dispositions ($B) — $12-15
  + CFOA of $14-16B[a]
  + P&E of ~$4-4.5B
  + Dispositions of $2-4B

**4** Cash Returned to Investors ($B) — $10-30
  + Dividend of ~$9B
  + Synchrony split-off est. ~$18-20B

(a- Taxes associated with dispositions included in net disposition proceeds

32



# Summary

| | Op Profit | | |
| | 2014E | 2015F With BD | 2015F ex-BD |
|---|---|---|---|
| Power & Water | + | ++ | + |
| Oil & Gas | ++ | =/− | =/− |
| Energy Management | +++ | ++ | ++ |
| Aviation | ++ | +/++ | +/++ |
| Healthcare | + | + | + |
| Transportation | − | + | ++ |
| A&L | + | − | ++ |
| Industrial Segments | ++ | +/++ | + |
| Capital ($B) | ~$6.9 | ~$6 | ~$6 |

### High end of range

+ Better U.S./developed markets
+ U.S. healthcare market improves in line with procedures
+ Aviation/Transportation ... volume ↑ + mix ↑
+ Decent DP & Wind volume ... policy
+ Cost execution ... sourcing
+ Alstom upside

### Low end of range

− Tougher China ... impact on rest of world
− Oil & gas capex freeze
− Higher social cost ... pension & union
− Public policy ... energy/taxes
− Materially stronger U.S. dollar than today

33



# Power & Water



| | '14E | '15F with BD |
|---|---|---|
| Revenue | ++ | ++ / + (ex-BD) |
| Op. profit | + | ++ / + (ex-BD) |

**Environment**

+ Continued natural gas growth
+ Strong global renewables demand
– Excess capacity in developed markets, Europe remains tough
– Macro & geopolitical uncertainty

## Operating dynamics

+ Diverse technology & solutions ... growing demand for H-technology

+ Strong services model ... ~65,000 units in installed base & growing; high-margin software

+ Continued focus on simplification... moving beyond SG&A to drive greater product cost efficiency

– Volatile public policy

✓ Continuing to invest in product leadership across portfolio

✓ Alstom integration planning progressing

**Outperforming competition in a challenging environment**



34

# Aviation





Revenue     +/++

Op.
profit

'14E     '15F

**Environment**

+  ↓ fuel costs ... airline profitability ↑
+  Continued growth in passenger traffic
+  Positive growth trend in freight
−  Military budget pressure continues

## Operating dynamics

+  Next generation platforms progressing as
   planned ... technology a differentiator

+  Installed base continues to grow with new
   launches.  Service backlog ~$100B ... driving
   customer productivity through data & analytics

+  Strong supply chain momentum ... Expanding
   footprint & additive capability, accelerating
   cost out curve on new products

+  Spares activity continues to be strong

−  Military shipments down

✓  Manage engine development & launch costs

**Business positioned for long-term growth**



# Oil & Gas

|  | Revenue | Op. profit |
|---|---|---|
| '14E | ++ | ++ |
| '15F | − | =/− |



## Environment

- Low price of oil creates short-term industry challenges
- Reductions in capex forecast
- Some customers challenged
+ Opex & standardization opportunities

## Operational planning

### Revenue → (0-5)%

- Surface & Drilling biggest impact (25%) … → double digits
- Subsea projects continue/orders shift (15%) … ~70% in backlog
✓ TMS, M&C, downstream still buying (60%)

+ Position for right market/customers
+ Diversification helps

### Op profit → (0-5)%

✓ Significant cost out … supplier opportunity
✓ Complete operational integration
✓ Prepare for price pressure

+ Aggressive cost out
+ Ready for multiple scenarios

36



# Healthcare

**Revenue**

= +

**Op. profit**

+ +

'14E    '15F

## Operating dynamics

+ Life Sciences expanding through bioprocess growth ... emerging markets strong

+ World-class data & analytics capability to ↓ hospital opex ... integrating offerings

+ Installed base growing ... requires service capabilities

− Uncertain regulatory & economic environment pressuring hospital spend

✓ Focus on commercial intensity & cost out to drive margins

### Environment

+ Emerging markets continue to grow
+ Hospital demand for services & IT/cloud solutions
+ U.S. improving ... remain cautious
− Europe/Japan markets slow

**Growing through product leadership & disciplined operations**



37

# Transportation



**Operating dynamics**

+ Volume demand strong ... U.S. growth driven by early demand for Tier 4 locomotives, international volume increasing

+ Expanding services ... growing loco mods volume, partnering to deploy RailConnect360™

+ Leveraging FastWorks & investing in new technologies ... LNG, next-gen control solutions

− Softness in global commodity prices pressuring mining ... equipment & services

✓ Volume growth & cost-out actions offsetting pressures from mining; must execute Tier 4 ramp-up

**Earnings growth through technology leadership**



38

# Energy Management



|           | ex-BD |
|-----------|-------|
| Revenue   | +     |
|           | ++    |

| Op. profit | ++  | ++ |
|------------|-----|-----|
|            | +++ |     |

'14E   '15F (with BD)

### Environment

+ LNG & onshore electrification demand

+ Moderate grid automation growth

– European economic recovery

## Operating dynamics

### Power Conversion

✓ Essential GE technology

✓ Investing in operating systems

✓ Fix installed base

→ Vast improvement

### Digital Energy

✓ Significant opportunity with Alstom

→ Strong #3

### Industrial Solutions

✓ Restructuring while investing in technology

✓ On path to ~10% margin rate

✓ Significant earnings growth



**Restructuring + simplification + investment + Alstom = solid growth**



# Appliances & Lighting

**ex-BD**



| Revenue | = | − | + |
| Op. profit | + | − | ++ |

'14E    '15F With BD

**Environment**

+ U.S. housing up but normalizing

= Strong global shift to energy efficient lighting ... traditional shrinking faster

− Professional non-LED market slowing

## Operating dynamics

+ Exit Appliances by mid-year ... cash & gain

+ Lighting going forward

✓ LED $1B+

✓ Creating a strong service capability

✓ Manage investment

✓ Restructure the old

**Smaller & incremental benefits**

40



# Corporate
## ($ in billions)

**Corporate operating costs**
(excluding non-operating pension)



Restr./Gains

Operating costs

2013 — $3.4

2014E — ~$4.1, ~$0.2, ~$1.4
4Q impairments in restructuring & other charges

2015F — $2.3-2.5

**2015 Corporate dynamics**

+ Continued reduction in HQ costs

✓ Expect gains and restructuring & other charges to be balanced

✓ Variability in quarterly profile due to timing of gains vs. restructuring & other charges

✓ Growth investments focused on Software, IT, and Services Predictivity™

− Pension dynamics:

| | EPS impact |
|---|---|
| Operating | $(.01)-(.02) |
| Non-operating | ~$(.03) |
| Total | $(.04)-(.05) |

Mortality & discount rate headwinds partly offset by lower amortization

**Continuing to reduce Corporate costs**




41

# Going forward: Capital allocation

## Available cash

~$76B

- Debt refinance
- Synchrony
- GECC dividends
- Industrial CFOA/ Dispositions/ Other
- Parent cash

'15F-'16F

### Generation

+ Focus on FCF ... CFOA – P&E
  ✓ Compensation target
+ Synchrony ... investor friendly
+ Capital dividend
+ Dispositions ... ~$2B/year

## Capital allocation

~$76B

- Debt maturity Alstom/M&A
- Buyback/ Synchrony exchange
- GE dividend
- Parent cash, organic growth & operating needs

'15F-'16F

### Allocation

1. Return ~$40B to investors in dividend and buyback (Synchrony)
2. Alstom the priority ... other M&A focused and smaller
3. Organic investment





42

# The Pivot



# GE strategy

## Best Infrastructure company

**Industrial 75%+**

\+

**Financial 25% ↓**

+ Great Infrastructure franchise ... deliver what the world needs with massive domain expertise

+ Lead in the big global themes

+ Strong Industrial EPS growth

+ Smaller Financial Services with competitive advantage & returning cash to parent

## Enhancing the GE store

① **Gain share** by launching products built on technical & manufacturing innovation

② Capitalize on the **largest growth market footprint** ... fueled by best **localization** competency

③ Lead the intersection of **physical & analytical** ... software COE & IT ... create a new source of competitiveness

④ **Grow our valuable service franchise** by extending our business model & driving customer outcomes

⑤ Intensify process improvement in **gross margins & returns**

⑥ **Achieve a culture of simplification**

**Thoughts on 2016**

**Capital**
~$(.20)
Synchrony + non-core

\+

**Industrial**
Organic + Alstom
Restructuring benefits
Buyback

**=    EPS growth**

# I am running GE differently

**1** Shift from portfolio remix "heavy lift" to higher returning Industrial portfolio

**2** Change the blend of talent ... experienced operators everywhere ... transition in Capital toward risk

**3** Win in the market ... globalization, technology, customers ... we are in a business where winning pays off for decades ... but make sure investments drive share & margins

**4** Modernize the capability ... every Industrial company must be good at IT & analytics

**5** Modernize the culture ... lean, faster, risk based, competitive ... with compensation to match

45



