UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, JAMIE MILLER, KEITH S. SHERIN, JAN R. HAUSER, and RICHARD A. LAXER,<br><br>Defendants. | Case No. 1:17-cv-8457-JMF<br><br>Hon. Jesse M. Furman |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on August 29, 2019 the Court issued an opinion and order granting in part and denying in part Defendants' motion to dismiss the Fourth Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 185) (the "Opinion and Order");

WHEREAS, in accordance with the Court's Opinion and Order, the parties have conferred regarding the next steps in this litigation, including Plaintiffs' intent to file a fifth amended complaint and a briefing schedule for motion practice related thereto;

NOW, THEREFORE, the parties stipulate and agree to the following, subject to the Court's approval:

1. Plaintiffs shall file a fifth amended complaint by October 25, 2019;

2. Defendants shall move, answer, or otherwise respond to the fifth amended complaint by December 18, 2019;

1

3.  If Defendants move to dismiss the fifth amended complaint, Plaintiffs shall file their opposition brief by January 31, 2020; and

4.  Any reply briefs shall be filed by February 28, 2020.

IT IS SO STIPULTED AND AGREED TO THIS 19TH DAY OF SEPTEMBER, 2019.

| **LATHAM & WATKINS LLP** | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
|---|---|
| *(signed)* Miles Ruthberg /wp | *(signed)* |
| Miles N. Ruthberg | David Kessler |
| Blake Denton | Gregory M. Castaldo |
| 885 Third Avenue | Sharan Nirmul |
| New York, N.Y. 10022-4834 | Darren J. Check |
| Telephone: (212) 906-1200 | Richard A. Russo, Jr. |
| Facsimile: (212) 751-4864 | Michelle M. Newcomer |
| miles.ruthberg@lw.com | Joshua A. Materese |
| blake.denton@lw.com | Evan R. Hoey |
| | 280 King of Prussia Road |
| *Counsel for Defendants* | Radnor, PA 19087 |
| | Telephone: (610) 667-7706 |
| | Facsimile: (610) 667-7056 |
| | dkessler@ktmc.com |
| | gcastaldo@ktmc.com |
| | snirmul@ktmc.com |
| | dcheck@ktmc.com |
| | rrusso@ktmc.com |
| | mnewcomer@ktmc.com |
| | jmaterese@ktmc.com |
| | ehoey@ktmc.com |
| | |
| | *Counsel for Lead Plaintiff Sjunde AP-fonden and Lead Counsel for the Class* |
| | |
| | **GRANT & EISENHOFER, P.A.** |
| | Jay W. Eisenhofer |
| | Daniel L. Berger |
| | Caitlin M. Moyna |
| | Jonathan D. Park |
| | 485 Lexington Avenue |
| | New York, NY 10017 |
| | Telephone: (646) 722-8500 |
| | Facsimile: (610) 722-8501 |
| | jeisenhofer@gelaw.com |
| | dberger@gelaw.com |
| | cmoyna@gelaw.com |

jpark@gelaw.com

*Counsel for Additional Plaintiff Cleveland Bakers and Teamsters Pension Fund and Local Counsel for the Class*

IT IS SO ORDERED.

DATED: _____September 20,_ 2019

_____
HON. JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

3