UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GENERAL ELECTRIC COMPANY, JEFFREY R. IMMELT, JEFFREY S. BORNSTEIN, JAMIE MILLER, KEITH S. SHERIN, JAN R. HAUSER, and RICHARD A. LAXER,<br><br>                    Defendants. | 17 Civ. 08457 (JMF) (GWG)<br><br><u>**NOTICE OF MOTION**</u> |

PLEASE TAKE NOTICE that upon the annexed Declaration of Blake T. Denton dated December 18, 2019, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendants General Electric Company, Jeffrey R. Immelt, Jeffrey S. Bornstein, Jamie Miller, Keith S. Sherin, Jan R. Hauser, and Richard A. Laxer, before the Honorable Jesse M. Furman, in Courtroom 1105 of the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, for an order dismissing the Fifth Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

PLEASE TAKE FURTHER NOTICE, that in accordance with the Order entered in this action on September 20, 2019 [Dkt. 188], Lead Plaintiffs' opposition papers shall be submitted on or before January 31, 2020, and Defendants' reply papers shall be submitted on or before February 28, 2020.

Dated: December 18, 2019
      New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Miles N. Ruthberg
     Miles N. Ruthberg
     Blake T. Denton
     885 Third Avenue
     New York, New York 10022
     (212) 906-1200
     miles.ruthberg@lw.com
     blake.denton@lw.com

     Sean M. Berkowitz (*pro hac vice*)
     330 North Wabash Avenue, Suite 2800
     Chicago, Illinois 30058
     (312) 876-7700
     sean.berkowitz@lw.com

     William J. Trach (*pro hac vice*)
     200 Clarendon Street
     Boston, Massachusetts 02116
     (617) 948-6000
     william.trach@lw.com

     Sarah A. Tomkowiak (*pro hac vice*)
     555 Eleventh Street NW
     Washington, D.C. 20004
     (202) 637-2200
     sarah.tomkowiak@lw.com

     *Attorneys for Defendants General Electric Company, Jeffrey R. Immelt, Jeffrey S. Bornstein, Jamie Miller, Keith S. Sherin, Jan R. Hauser, and Richard A. Laxer*