# EXHIBIT 3

## Exhibit 3 – Appendix of Challenged Statements and Omissions

| | 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|---|
| 1. | ¶¶ 228-29, 232-33 | 2/26/2013<br>Ex. 8, 2012 10-K<br>5/8/2013<br>Ex. 9, Q1 2013 10-Q<br>7/26/2013<br>Ex. 10, Q2 2013 10-Q<br>11/1/2013<br>Ex. 11, Q3 2013 10-Q<br>2/27/2014<br>Ex. 13, 2013 10-K<br>5/12/2014<br>Ex. 14, Q1 2014 10-Q<br>7/31/2014<br>Ex. 15, Q2 2014 10-Q<br>11/4/2014<br>Ex. 16, Q3 2014 10-Q<br>2/27/2015<br>Ex. 19, 2014 10-K<br>5/4/2015<br>Ex. 20, Q1 2015 10-Q<br>7/30/2015<br>Ex. 21, Q2 2015 10-Q | Alleged omissions, including regarding "the expected impact on GE's financial condition, liquidity, and results of operations" of each:<br>• "GE's commitment to fund LTC claims and expenses on over 300,000 LTC policies which were among the riskiest in the LTC industry";<br>• "GE's persistently negative claims experience on its LTC portfolio";<br>• "That GE's actual claims experience was persistently worse than its 'locked' ALR assumptions";<br>• "That GE's actual claims experience was persistently worse than its best estimate assumptions";<br>• "The uncertainties related to GE's inability, as a reinsurer, to offset its negative actual claims experience by directly seeking regulatory approval for premium increases, which could only be pursued by its ceding insurers"; and<br>• "The industry-wide negative claims experience within the LTC industry including declining mortality rates, declining lapse rates, declining interest rates, and increased morbidity rates." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions[3]<br>• No undisclosed trend or uncertainty pled with particularity<br>• No material impact on GE's financial condition pled with particularity<br>• No actual knowledge or reckless disregard pled with particularity<br>• Previously dismissed with prejudice as barred by the statute of repose (with respect to Sherin in connection with 2012 10-K and Q1 2013 10-Q) |

---

[1] All exhibits are attached to the Declaration of Blake T. Denton.

[2] All emphasis added in the 5AC has been removed.

[3] For each and every statement or omission identified herein as "not false or misleading and/or no duty to disclose alleged omissions," Plaintiffs have failed to plead that the statement or omission is actionable with the particularity required by the PSLRA and Rule 9(b).

| | | Exhibit 3 – Appendix of Challenged Statements and Omissions | |
|---|---|---|---|
| | 5AC | Statement or Omission[2] | Reason(s) Not Actionable |
| | | Date & Source[1] | |
| | | 11/2/2015 | |
| | | Ex. 22, Q3 2015 10-Q | |
| | | 2/26/2016 | |
| | | Ex. 24, 2015 10-K | |
| | | 5/4/2016 | |
| | | Ex. 25, Q1 2016 10-Q | |
| | | 8/1/2016 | |
| | | Ex. 28, Q2 2016 10-Q | |
| | | 11/2/2016 | |
| | | Ex. 29, Q3 2016 10-Q | |
| | | 11/9/2016 | |
| | | Ex. 30, Q3 2016 10-Q/A | |
| | | 2/24/2017 | |
| | | Ex. 33, 2016 10-K | |
| | | 5/5/2017 | |
| | | Ex. 39, Q1 2017 10-Q | |
| | | 7/28/2017 | |
| | | Ex. 40, Q2 2017 10-Q | |
| | | 10/30/2017 | |
| | | Ex. 42, Q3 2017 10-Q | |
| 2. | ¶¶ 228, 234 | 5/4/2015 | "Significant Trends & Developments" sections |
| | | Ex. 20, Q1 2015 10-Q | • No scienter |
| | | 7/30/2015 | • Not false or misleading and/or no duty to disclose alleged omissions |
| | | Ex. 21, Q2 2015 10-Q | |
| | | 11/2/2015 | |
| | | Ex. 22, Q3 2015 10-Q | |

2

## Exhibit 3 – Appendix of Challenged Statements and Omissions

| | 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|---|
| | | 5/4/2016<br><br>Ex. 25, Q1 2016 10-Q<br><br>8/1/2016<br><br>Ex. 28, Q2 2016 10-Q<br><br>5/5/2017<br><br>Ex. 39, Q1 2017 10-Q | | |
| 3. | ¶¶ 228, 235 | 7/28/2017<br><br>Ex. 40, Q2 2017 10-Q, at 30 | "We test future policy benefit reserves associated with our run-off insurance activities for premium deficiencies annually.  We have recently experienced elevated claim experience for a portion of our long-term care insurance products, which may result in a deficiency in reserves plus future premiums compared to future benefit payments.  Should such a deficiency exist, we would record a charge to earnings in the second half of 2017 upon completion of this review.  See Note 11 of the consolidated financial statements for further information." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Forward-looking statement |
| 4. | ¶¶ 228, 237 | 10/30/2017<br><br>Ex. 42, Q3 2017 10-Q, at 31 | "Our run-off insurance activities include future policy benefit reserves of $19.2 billion and claim reserves of $4.9 billion at September 30, 2017 of which approximately $9.0 billion and $3.4 billion, respectively, relates to long-term care insurance contracts.  We test future policy benefit reserves associated with our runoff insurance activities for premium deficiencies annually.  We have recently experienced elevated claim experience for a portion of our long-term care insurance contracts that requires the completion of a comprehensive review of premium deficiency assumptions across all insurance products.  This review will be completed in the fourth quarter of 2017.  Based upon the work performed to date and complexity of the review as further described within our Critical Accounting Estimates and Note 11 to the consolidated financial statements, a charge related to a probable deficiency is not reasonably estimable at September 30, 2017.  Until the above described review has been completed we have deferred the decision whether GE Capital will pay additional dividends to GE." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Opinion<br>• Forward-looking statement |

3

**Exhibit 3 – Appendix of Challenged Statements and Omissions**

| | 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|---|
| 5. | ¶¶ 248-50 | 2/27/2014<br>Ex. 13, 2013 10-K<br>2/27/2015<br>Ex. 19, 2014 10-K<br>2/26/2016<br>Ex. 24, 2015 10-K<br>2/24/2017<br>Ex. 33, 2016 10-K | "Insurance liabilities" line item in MD&A Contractual Obligations table | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions |
| 6. | ¶ 257 | 2/27/2014<br>Ex. 13, 2013 10-K<br>2/27/2015<br>Ex. 19, 2014 10-K<br>2/26/2016<br>Ex. 24, 2015 10-K<br>2/24/2017<br>Ex. 33, 2016 10-K | "Life insurance Benefits" and "Other" line items in Note 11 | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Opinion |
| 7. | ¶¶ 259-60 | 12/16/2014<br>Ex. 18, GE Presentation titled "The Pivot," at 7 | GE had executed on its "risk reduction" plan to "sell insurance 'before the storm[.]'" | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Puffery<br>• Opinion |
| 8. | ¶¶ 259-60 | 12/16/2014<br>Ex. 17, Outlook Investor Meeting Tr., at 4<br>Speaker: Immelt | "[W]e exited insurance in time." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Puffery<br>• Opinion |

4

## Exhibit 3 – Appendix of Challenged Statements and Omissions

| | 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|---|
| 9. | ¶¶ 261-62 | 6/1/2016<br><br>Ex. 26, Sanford C. Bernstein Strategic Decisions Conference Tr., at 11-12<br><br>Speaker: Sherin | "If you look at what the portfolio is today versus take it when Jeff [Immelt] started, all of the insurance business is gone. That was a huge change in the portfolio. . . . It's a cleaner more synergistic portfolio. So we feel great about it." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Puffery<br>• Opinion |
| 10. | ¶263 | 7/22/2016<br><br>Ex. 27, Q2 2016 Earnings Call Tr., at 9<br><br>Speaker: Bornstein | GE's LTC "[p]ortfolio quality remains stable." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Puffery<br>• Opinion |
| 11. | ¶264 | 8/1/2016<br><br>Ex. 28, Q2 2016 10-Q, at 34 | "Within [GE] Capital, Verticals net earnings decreased by $0.1 billion due to higher insurance reserve provisions ($0.1 billion) and lower gains, partially offset by core increases." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Opinion |
| 12. | ¶267 | 2/22/2017<br><br>Ex. 32, Barclays Industrial Select Conference Tr., at 9<br><br>Speaker: Bornstein | "I think interest rates are a fundamental challenge and (inaudible) long-term liabilities in a low interest rate environment is a challenge." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Opinion |
| 13. | ¶267 | 3/13/2017<br><br>Ex. 34, J.P. Morgan Aviation, Transportation & Industrials Conference Tr., at 21<br><br>Speaker: Laxer | "[G]iven the interest rate environment we're in right now it's not attractive to do something. We always look at it, but just given where rates are at this point it's not an attractive exit." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Opinion |
| 14. | ¶¶ 412-13 | 5/8/2013<br><br>Ex. 9, Q1 2013 10-Q | Alleged omission: | • No scienter |

5

**Exhibit 3 – Appendix of Challenged Statements and Omissions**

| 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|
| | 7/26/2013<br>Ex. 10, Q2 2013 10-Q<br>11/1/2013<br>Ex. 11, Q3 2013 10-Q<br>2/27/2014<br>Ex. 13, 2013 10-K<br>5/12/2014<br>Ex. 14, Q1 2014 10-Q<br>7/31/2014<br>Ex. 15, Q2 2014 10-Q<br>11/4/2014<br>Ex. 16, Q3 2014 10-Q<br>2/27/2015<br>Ex. 19, 2014 10-K<br>5/4/2015<br>Ex. 20, Q1 2015 10-Q<br>7/30/2015<br>Ex. 21, Q2 2015 10-Q<br>11/2/2015<br>Ex. 22, Q3 2015 10-Q<br>2/26/2016<br>Ex. 24, 2015 10-K<br>5/4/2016<br>Ex. 25, Q1 2016 10-Q<br>8/1/2016<br>Ex. 28, Q2 2016 10-Q | • "[W]hether the declining utilization of GE-serviced assets under LTSAs was reasonably expected to have a 'material . . . unfavorable impact on . . . liquidity' (i.e., CFOA) and the extent to which that trend was reasonably expected to impact GE's Industrial CFOA." | • Not false or misleading and/or no duty to disclose alleged omissions<br>• No undisclosed trend or uncertainty pled with particularity<br>• No material impact on GE's financial condition pled with particularity<br>• No actual knowledge or reckless disregard pled with particularity<br>• Barred by the statute of repose (with respect to Q1 2013 10-Q, Q2 2013 10-Q, Q3 2013 10-Q, 2013 10-K, Q1 2014 10-Q, and Q2 2014 10-Q)<br>• Previously dismissed with prejudice as barred by the statute of repose (with respect to Sherin in connection with Q1 2013 10-Q) |

| | 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|---|
| | | 11/2/2016 Ex. 29, Q3 2016 10-Q | | |
| | | 11/9/2016 Ex. 30, Q3 2016 10-Q/A | | |
| | | 2/24/2017 Ex. 33, 2016 10-K | | |
| | | 5/5/2017 Ex. 39, Q1 2017 10-Q | | |
| | | 7/28/2017 Ex. 40, Q2 2017 10-Q | | |
| | | 10/30/2017 Ex. 42, Q3 2017 10-Q | | |
| 15. | ¶¶ 419-20, 424-25 | 2/27/2015 Ex. 19, 2014 10-K | Alleged omissions: <br>• "[W]hether GE's reliance on LTSA modifications and cumulative catch-up adjustments was reasonably expected to have a 'material . . . unfavorable impact on . . . liquidity' (i.e., CFOA) and to what extent that trend was reasonably expected to impact GE's CFOA," and 'whether the reliance on LTSA modifications and cumulative catch-up adjustments would have a 'material . . . unfavorable impact on . . . results of operation' and to what extent that trend was reasonably expected to impact GE Power's revenue." <br>• "[W]hether GE Power's monetization of receivables through extensive factoring was reasonably expected to have a 'material . . . unfavorable impact on . . . liquidity' (i.e., CFOA) and the extent to which that trend was reasonably expected to impact GE's Industrial CFOA," and "[w]hether factoring would have a 'material . . . | • No scienter <br>• Not false or misleading and/or no duty to disclose alleged omissions <br>• No undisclosed trend or uncertainty pled with particularity <br>• No material impact on GE's financial condition pled with particularity <br>• No actual knowledge or reckless disregard pled with particularity |
| | | 5/4/2015 Ex. 20, Q1 2015 10-Q | | |
| | | 7/30/2015 Ex. 21, Q2 2015 10-Q | | |
| | | 11/2/2015 Ex. 22, Q3 2015 10-Q | | |
| | | 2/26/2016 Ex. 24, 2015 10-K | | |
| | | 5/4/2016 Ex. 25, Q1 2016 10-Q | | |
| | | 8/1/2016 Ex. 28, Q2 2016 10-Q | | |

7

### Exhibit 3 – Appendix of Challenged Statements and Omissions

| | 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|---|
| | | 11/2/2016<br>Ex. 29, Q3 2016 10-Q<br>11/9/2016<br>Ex. 30, Q3 2016 10-Q/A<br>2/24/2017<br>Ex. 33, 2016 10-K<br>5/5/2017<br>Ex. 39, Q1 2017 10-Q<br>7/28/2017<br>Ex. 40, Q2 2017 10-Q<br>10/30/2017<br>Ex. 42, Q3 2017 10-Q | unfavorable impact on . . . results of operation' and the extent to which that trend was reasonably expected to impact GE Power's revenue." | |
| 16. | ¶¶ 426-27 | 2/24/2017<br>Ex. 33, 2016 10-K, at 87, 155 | "In order to manage credit exposure, GE sells current receivables to GE Capital and other third parties in part to fund the growth of our industrial businesses."<br><br>"In order to manage credit exposure, the Company sells additional current receivables to third parties outside the Receivables Facility described in Note 22. In connection with certain of these sales, we provide servicing activities and limited recourse to the purchasers." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions |
| 17. | ¶ 430 | 1/20/2017<br>Ex. 31, Q4 2016 Earnings Call Tr., at 12<br>Speaker: Bornstein | "So there's very good underlying performance here. It's not just about, it's actually very little to do with GE Capital factoring." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Puffery<br>• Opinion |
| 18. | ¶ 432 | 2/22/2017<br>Ex. 32, Barclays Industrial Select Conference Tr., at 5 | "So there is no cash associated with any of this accounting change. It doesn't change anything about the economics of these contracts in any way. It's just a point of where you're recognizing revenue and where you're recognizing cost." | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Opinion |

## Exhibit 3 – Appendix of Challenged Statements and Omissions

| | 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|---|
| | | Speaker: Bornstein | | |
| 19. | ¶ 434 | 4/21/2017<br><br>Ex. 36, Q1 2017 Earnings Call Tr., at 13<br><br>Speaker: Bornstein | "[W]e expect the contract drag on cash flow for the year to be roughly the same, '16 versus '17[.]"<br><br>Cautionary language (Ex. 36, at 2): "Before we start, I would like to remind you that our earnings release, presentation and supplementals have been available since earlier today on our website at www.ge.com/investor. Please note that some of the statements we are making today are forward-looking and are based on our best view of the world and our businesses as we see them today. As described in our SEC filings and on our website, those elements can change as the world changes."<br><br>Cautionary language (from Ex. 37, Press Release, at 3, incorporated by reference on earnings call): "This document contains 'forward-looking statements' — that is, statements related to future events that by their nature address matters that are, to different degrees, uncertain. For details on the uncertainties that may cause our actual future results to be materially different than those expressed in our forward-looking statements, visit http://www.ge.com/investor-relations/disclaimer-caution-concerning-forward-looking-statements as well as our annual reports on Form 10-K and quarterly reports on Form 10-Q."<br><br>Cautionary language (from Ex. 38, GE Website, incorporated by reference on earnings call): "Forward-looking statements by their nature address matters that are, to different degrees, uncertain, such as statements about our announced plan to combine our Oil & Gas business with Baker Hughes, including projected revenue and cost synergies, impact on our earnings per share, and the timing and structure of the proposed transaction; the completion of our announced plan to reduce the size of our financial services | • No scienter<br>• Not false or misleading and/or no duty to disclose alleged omissions<br>• Opinion<br>• Forward-looking statement |

9

| | Exhibit 3 – Appendix of Challenged Statements and Omissions | |
|---|---|---|
| 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
| | | businesses, including expected cash and non-cash charges associated with this plan and earnings per share of GE Capital Global Holdings, LLC's (GE Capital) retained businesses (Verticals); expected income and Industrial operating profit; earnings per share, including our 2018 target; revenues; organic growth; growth and productivity associated with our Digital and Additive businesses; margins; cost structure and plans to reduce costs; restructuring charges; transaction-related synergies and gains; cash flows, including the impact of working capital, contract assets and pension funding contributions; returns on capital and investment; capital expenditures; capital allocation, including dividends, share repurchases and acquisitions; or capital structure, including leverage.<br><br>For us, particular uncertainties that could cause our actual results to be materially different than those expressed in our forward-looking statements include: our ability to reduce costs as we execute our announced plan to reduce the size of our financial services businesses; changes in law, economic and financial conditions, including interest and exchange rate volatility, commodity and equity prices and the value of financial assets; . . . our ability to convert Industrial earnings into cash and the amount and timing of our cash flows and earnings and other conditions, which may affect our ability to pay our quarterly dividend at the planned level or to repurchase shares at planned levels; GE Capital's ability to pay dividends to GE at the planned level, which may be affected by GE Capital's cash flows and earnings, claims and investigations relating to WMC and other factors; . . . customer actions or developments such as early aircraft retirements or reduced energy demand, changes in economic conditions, including oil prices, and other factors that may affect the level of demand and financial performance of the major industries and customers we serve; . . . our capital allocation plans, as such plans may change including with respect to the timing and size of share repurchases, acquisitions, joint ventures, dispositions and other | |

## Exhibit 3 – Appendix of Challenged Statements and Omissions

| | 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|---|
| | | | strategic actions; our success in completing, including obtaining regulatory approvals and satisfying other closing conditions for, announced transactions, such as our announced plans and transactions to combine our Oil & Gas business with Baker Hughes, to reduce the size of our financial services businesses and to sell our Water business; . . . our ability to realize revenue and cost synergies from announced transactions, acquired businesses and joint ventures, including Alstom and Baker Hughes; . . . and the other factors that are described in 'Risk Factors' in our Annual Report on Form 10-K for the year ended December 31, 2016. These or other uncertainties may cause our actual future results to be materially different than those expressed in our forward-looking statements." (https://www.ge.com/investor-relations/sites/default/files/statement/download/GE%20FLS%20Safe%20Harbor%20Language%20-4.21.17-.pdf). | |
| 20. | ¶ 434 | 4/21/2017<br><br>Ex. 36, Q1 2017 Earnings Call Tr., at 14<br><br>Speaker: Bornstein | "And I think you want us focused on that, that's all future cash, future economics, et cetera, on a go-forward basis. We're not pulling future profit forward. That is not what we're doing. We're just restating what—where we are in the contract from inception to date. The second part is where the long-term service agreements that protect our installed base, our penetration continues to improve." | - No scienter<br>- Not false or misleading and/or no duty to disclose alleged omissions<br>- Opinion |
| 21. | ¶ 436 | 4/21/2017<br><br>Ex. 36, Q1 2017 Earnings Call Tr., at 4<br><br>Speaker: Immelt | "Industrial CFOA was a negative $1.6 billion." | - No scienter<br>- Not false or misleading and/or no duty to disclose alleged omissions |
| 22. | ¶ 436 | 4/21/2017<br><br>Ex. 36, Q1 2017 Earnings Call Tr., at 4<br><br>Speaker: Bornstein | "Contract assets were a use of $1.9 billion. This was $300 million worse than expected. Of the $1.9 billion, $500 million was from our long-term equipment contracts, where the timing of our $1 billion revenue recognition milestones differ. This will catch up throughout the year as we execute against the contract. The remaining $1.4 billion is our long-term service agreements. There were 2 pieces to this. $600 million is related to service contracts | - No scienter<br>- Not false or misleading and/or no duty to disclose alleged omissions<br>- Puffery<br>- Forward-looking statement<br>- Opinion |

11

**Exhibit 3 – Appendix of Challenged Statements and Omissions**

| 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|
| | | where we've incurred cost and booked the revenue, but haven't yet billed the customer. We expect this to partly come back over the year as we see higher asset utilization in Power and Aviation. And we've seen these similar trends in the prior years. The other $800 million are contract adjustments driven by better cost performance and part life, primarily driven by Power and Aviation." | |
| | | Cautionary language (Ex. 36, at 2): "Before we start, I would like to remind you that our earnings release, presentation and supplementals have been available since earlier today on our website at www.ge.com/investor. Please note that some of the statements we are making today are forward-looking and are based on our best view of the world and our businesses as we see them today. As described in our SEC filings and on our website, those elements can change as the world changes." | |
| | | Cautionary language (from Ex. 37, Press Release, at 3, incorporated by reference on earnings call): "This document contains 'forward-looking statements' — that is, statements related to future events that by their nature address matters that are, to different degrees, uncertain. For details on the uncertainties that may cause our actual future results to be materially different than those expressed in our forward-looking statements, visit http://www.ge.com/investor-relations/disclaimer-caution-concerning-forward-looking-statements as well as our annual reports on Form 10-K and quarterly reports on Form 10-Q." | |
| | | Cautionary language (from Ex. 38, GE Website, incorporated by reference on earnings call): "Forward-looking statements by their nature address matters that are, to different degrees, uncertain, such as statements about our announced plan to combine our Oil & Gas business with Baker Hughes, including projected revenue and cost synergies, impact on our earnings per share, and the timing and structure of the proposed transaction; the completion of our announced plan to reduce the size of our financial services | |

**Exhibit 3 – Appendix of Challenged Statements and Omissions**

| | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|---|---|---|---|
| 5AC | | businesses, including expected cash and non-cash charges associated with this plan and earnings per share of GE Capital Global Holdings, LLC's (GE Capital) retained businesses (Verticals); expected income and Industrial operating profit; earnings per share, including our 2018 target; revenues; organic growth; growth and productivity associated with our Digital and Additive businesses; margins; cost structure and plans to reduce costs; restructuring charges; transaction-related synergies and gains; cash flows, including the impact of working capital, contract assets and pension funding contributions; returns on capital and investment; capital expenditures; capital allocation, including dividends, share repurchases and acquisitions; or capital structure, including leverage.<br><br>For us, particular uncertainties that could cause our actual results to be materially different than those expressed in our forward-looking statements include: our ability to reduce costs as we execute our announced plan to reduce the size of our financial services businesses; changes in law, economic and financial conditions, including interest and exchange rate volatility, commodity and equity prices and the value of financial assets; . . . our ability to convert Industrial earnings into cash and the amount and timing of our cash flows and earnings and other conditions, which may affect our ability to pay our quarterly dividend at the planned level or to repurchase shares at planned levels; GE Capital's ability to pay dividends to GE at the planned level, which may be affected by GE Capital's cash flows and earnings, claims and investigations relating to WMC and other factors; . . . customer actions or developments such as early aircraft retirements or reduced energy demand, changes in economic conditions, including oil prices, and other factors that may affect the level of demand and financial performance of the major industries and customers we serve; . . . our capital allocation plans, as such plans may change including with respect to the timing and size of share repurchases, acquisitions, joint ventures, dispositions and other | |

13

| Exhibit 3 – Appendix of Challenged Statements and Omissions ||||
|---|---|---|---|
| 5AC | Date & Source[1] | Statement or Omission[2] | Reason(s) Not Actionable |
|  |  | strategic actions; our success in completing, including obtaining regulatory approvals and satisfying other closing conditions for, announced transactions, such as our announced plans and transactions to combine our Oil & Gas business with Baker Hughes, to reduce the size of our financial services businesses and to sell our Water business; . . . our ability to realize revenue and cost synergies from announced transactions, acquired businesses and joint ventures, including Alstom and Baker Hughes; . . . and the other factors that are described in 'Risk Factors' in our Annual Report on Form 10-K for the year ended December 31, 2016. These or other uncertainties may cause our actual future results to be materially different than those expressed in our forward-looking statements." (https://www.ge.com/investor-relations/sites/default/files/statement/download/GE%20FLS%20Safe%20Harbor%20Language%20-4.21.17-.pdf). |  |

14