```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SJUNDE AP-FONDEN and THE CLEVELAND                                :
BAKERS AND TEAMSTERS PENSION FUND,                                :
individually and on behalf of all others similarly                :
situated,                                                         :
                                                                  :
                         Plaintiffs,                              :    17-CV-8457 (JMF)
                                                                  :
          -v-                                                     :
                                                                  :
GENERAL ELECTRIC COMPANY, et al.,                                 :
                                                                  :
                         Defendants.                              :
------------------------------------------------------------------X
                                                                  :
STEPHEN J. BURDEN and JACQUELINE S. BURDEN,                       :
derivatively and on behalf of General Electric Company,           :
                                                                  :
                         Plaintiffs,                              :    21-CV-182 (JMF)
                                                                  :
          -v-                                                     :
                                                                  :
SEBASTIEN M. BAZIN, et al.,                                       :
                                                                  :
                         Defendants.                              :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United State District Judge:

On January 14, 2021, the Court accepted *Burden v. Bazin*, No. 21-CV-182, as related to *Sjunde AP-Fonden v. General Electric Co., et al.*, No. 17-CV-8457.

In the interests of judicial economy, counsel for the parties in both cases are directed to confer with one another and, no later than **January 25, 2021**, to submit a joint letter addressing the parties' positions on how the Court should proceed with the new case, including whether the cases should be consolidated, *see* Fed. R. Civ. P. 42; how the rulings on any pending motions in No. 17-CV-8457 might apply to the claims in No. 21-CV-182; whether there is a need for a conference to discuss any of the foregoing (or anything else); and anything else the parties think appropriately

bears on the Court's management of the cases going forward.  *Cf.* Order, *Touchstone Strategic Tr. v. Gen. Elec. Co.*, No. 19-CV-1876 (JMF), ECF No. 11 (S.D.N.Y. Mar. 15, 2019) (requiring a joint letter regarding next steps within two weeks of a decision on the motion to dismiss in 17-CV-8457).

    SO ORDERED.

Dated: January 14, 2021
       New York, New York

                                               JESSE M. FURMAN
                                               United States District Judge