UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SJUNDE AP-FONDEN et al., *individually and on behalf* :
*of all others similarly situated*,
:
:
Plaintiffs,                :           17-CV-8457 (JMF)
:
-v-                   :           ORDER
:
GENERAL ELECTRIC COMPANY et al.,          :
:
Defendants            :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The conference currently scheduled for February 25, 2021 at 3:15 p.m. is RESCHEDULED to **February 25, 2021** at **12:00 p.m.** The conference will be held by remotely by teleconference. At least **twenty-four hours before the conference**, counsel shall send a joint email to the Court with the names and telephone numbers of those who will have speaking roles at the conference, and the Court will provide call-in information to those counsel. All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: February 19, 2021
       New York, New York

                                      JESSE M. FURMAN
                                      United States District Judge