UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SJUNDE AP-FONDEN and THE CLEVELAND
BAKERS AND TEAMSTERS PENSION FUND,
*individually and on behalf of all others similarly situated*,

                     Plaintiffs,            17-CV-8457 (JMF)

    -v-

GENERAL ELECTRIC COMPANY, et al.,

                     Defendants.
------------------------------------------------------------------------X
DOMINIC F. AMOROSA,

                     Plaintiff,            21-CV-3137 (JMF)

    -v-

GENERAL ELECTRIC COMPANY, et al.,

                     Defendants.
------------------------------------------------------------------------X

JESSE M. FURMAN, United State District Judge:

      On January 14, 2021, the Court accepted *Amorosa v. General Electric Co.*, No. 21-CV-3137, as related to *Sjunde AP-Fonden v. General Electric Co.*, No. 17-CV-8457.

      In the interests of judicial economy, the parties in both cases are directed to confer with one another and, no later than **May 7, 2021**, to submit a joint letter addressing the parties' positions on how the Court should proceed with the new case, including whether the cases should be consolidated, *see* Fed. R. Civ. P. 42; how the rulings on any pending motions in No. 17-CV-8457 might apply to the claims in No. 21-CV-3137; whether there is a need for a conference to discuss any of the foregoing (or anything else); and anything else the parties think appropriately bears on the Court's management of the cases going forward. *Cf.* Order, *Touchstone Strategic Tr. v. Gen.*

*Elec. Co.*, No. 19-CV-1876 (JMF), (S.D.N.Y. Mar. 15, 2019), ECF No. 11 (requiring a joint letter regarding next steps within two weeks of a decision on the motion to dismiss in 17-CV-8457).

    SO ORDERED.

Dated: April 16, 2021
       New York, New York

                                    JESSE M. FURMAN
                                    United States District Judge