UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　　　　　　　　　Defendants. | 17 Civ. 08457 (JMF) (GWG) |

**NOTICE OF MOTION FOR CLASS CERTIFICATION**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned attorneys for Lead Plaintiff Sjunde AP-Fonden and Additional Plaintiff The Cleveland Bakers and Teamsters Pension Fund ("Plaintiffs") hereby move before the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an order as follows:

(1) certifying this action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), with the class ("Class") defined as follows:

> All persons and entities that purchased or acquired GE common stock between March 2, 2015 and January 23, 2018, inclusive (the "Class Period") and were damaged thereby, excluding (a) Defendants; (b) GE's subsidiaries and affiliates; (c) any officer, director, or controlling person of GE, and members of the immediate families of such persons; (d) any entity in which any Defendant has a controlling interest; (e) Defendants' directors' and officers' liability insurance carriers, and any affiliates or subsidiaries thereof; and (f) the legal representatives, heirs, successors, and assigns of any such excluded party;

(2) appointing Plaintiffs as Class Representatives of the proposed Class; and

(3) appointing Kessler Topaz Meltzer & Check, LLP, as Lead Counsel for the Class and Grant & Eisenhofer P.A. as Liaison Counsel for the Class;

PLEASE TAKE FURTHER NOTICE that a Memorandum of Law, Declaration of Sharan Nirmul and exhibits thereto, are submitted herewith in support of this application.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Dated: May 21, 2021                                    Respectfully submitted,

                                                       **KESSLER TOPAZ MELTZER &
                                                       CHECK, LLP**

                                                       *S/ Sharan Nirmul*
                                                       Sharan Nirmul
                                                       Gregory M. Castaldo
                                                       Richard A. Russo, Jr.

1

Joshua A. Materese
Michelle M. Newcomer
Evan R. Hoey
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
snirmul@ktmc.com
gcastaldo@ktmc.com
rrusso@ktmc.com
jmaterese@ktmc.com
mnewcomer@ktmc.com
ehoey@ktmc.com

*Counsel for Lead Plaintiff Sjunde AP-Fonden and Proposed Lead Counsel for the Class*

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer
Daniel L. Berger
Barbara Hart
Caitlin M. Moyna
Jonathan D. Park
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
jeisenhofer@gelaw.com
dberger@gelaw.com
bhart@gelaw.com
cmoyna@gelaw.com
jpark@gelaw.com

*Counsel for Additional Plaintiff Cleveland Bakers and Teamsters Pension Fund and Proposed Liaison Counsel for the Class*