UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SJUNDE AP-FONDEN and THE CLEVELAND :
BAKERS AND TEAMSTERS PENSION FUND, :
*individually and on behalf of all others similarly situated*, :    17-CV-8457 (JMF)
:
Plaintiffs, :    ORDER
:
-v- :
:
GENERAL ELECTRIC COMPANY et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 30, 2021, Proposed Intervenors Kevin Mahar and Mitchell West, named plaintiffs in a consolidated class action pending in the Supreme Court of the State of New York, County of New York, Index No. 653648/2018, filed a motion to intervene under Federal Rule of Civil Procedure 24 for the limited purpose of partially opposing Plaintiffs' Motion for Class Certification. *See* Docket No. 246.

      If any party intends to object to the motion to intervene, it shall file a letter to that effect by **September 2, 2021**. In the absence of such a letter, the Court will grant the motion to intervene without objection and permit the proposed intervenors to file the memorandum of law at ECF No. 248-1 (to which Plaintiffs would then have an opportunity to respond in their forthcoming reply in support of the motion for class certification). If any party advises the Court that it plans to object (to the motion to intervene, not to the substance of the proposed intervenors' arguments as to class certification), it shall file a formal opposition to the motion by **September 9, 2021**; any reply shall then be filed by **September 14, 2021**.

      SO ORDERED.

Dated: August 31, 2021
      New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge