October 11, 2021

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Sjunde AP-Fonden, et al. v. Gen. Elec. Co., et al.*, **Case No. 17-cv-8457 (JMF)**

Dear Judge Furman:

    Pursuant to Rules 1(F) and 3(A) of Your Honor's Individual Rules and Practices in Civil Cases, counsel for Plaintiffs and Defendants write jointly to request a 60-day extension of the fact discovery deadline and all corresponding deadlines set forth in the Civil Case Management Plan and Scheduling Order dated February 26, 2021 ("Scheduling Order") (ECF No. 211).

    The parties have conferred and agreed that, in exchange for waiving their right to petition the Court for additional depositions, Plaintiffs may take up to 15 fact witness depositions in this matter. The parties believe that a 60-day extension to the fact discovery deadline will provide sufficient time to schedule and complete 15 fact witness depositions, after taking into consideration witness availability and the upcoming holiday season. As a result, the parties respectfully submit that good cause exists to extend the December 3, 2021 fact discovery deadline, the March 25, 2022 expert discovery deadline, and the pretrial conference currently scheduled for December 8, 2021 by approximately 60 days, as set forth in the chart below. For the avoidance of doubt, all attendant deadlines in the Scheduling Order (including the interim deadlines set forth in Paragraphs 9, 12-16 of the Scheduling Order) shall likewise be extended.

| Event | Current Deadline | New [Proposed] Deadline |
|---|---|---|
| Completion of Fact Discovery | December 3, 2021 | February 1, 2022 |
| Pretrial Conference[1] | December 8, 2021 | February 7, 2022 (subject to the Court's availability) |
| Completion of Expert Discovery | March 25, 2022 | May 24, 2022 |

    To date, the parties have requested one extension to a deadline set forth in the Scheduling Order (ECF No. 232), which the Court granted (ECF No. 233). We are available at the Court's convenience to discuss this request.

---

[1] Pretrial conference deadline pursuant to the Court's order on August 27, 2021 (ECF No. 243).

The Honorable Jesse M. Furman
October 11, 2021
Page 2

Respectfully submitted,

| KESSLER TOPAZ MELTZER & CHECK, LLP | LATHAM & WATKINS LLP |
|---|---|
| By: */s/ Sharan Nirmul*<br>    Sharan Nirmul<br>    280 King of Prussia Road<br>    Radnor, PA 19087<br>    Tel: (610) 667-7706<br>    Fax: (610) 667-7056<br>    Email: snirmul@ktmc.com | By: */s/ Sean M. Berkowitz*<br>    Sean M. Berkowitz (*pro hac vice*)[2]<br>    330 North Wabash Avenue, Suite 2800<br>    Chicago, IL 60611<br>    Tel: (312) 876-7700<br>    Fax: (312) 993-9767<br>    Email: sean.berkowitz@lw.com |
| *Counsel for Lead Plaintiff Sjunde AP-Fonden and Lead Counsel for the Class* | *Counsel for Defendants General Electric Company and Jeffrey S. Bornstein* |

GRANT & EISENHOFER P.A

By: */s/ Daniel Berger*
    Daniel Berger
    485 Lexington Avenue
    New York, NY 10017
    Tel: (646) 722-8500
    Fax: (610) 722-8501
    Email: dberger@gelaw.com

*Counsel for Additional Plaintiff The Cleveland Bakers and Teamsters Pension Fund*

Application GRANTED. The deadlines for fact and expert discovery in the Case Management Plan, ECF No. 211, are extended as proposed in this letter. The pretrial conference scheduled for December 8, 2021, is hereby ADJOURNED to February 8, 2022 at 3:00 p.m. The Clerk of Court is directed to terminate ECF No. 268. SO ORDERED.

October 12, 2021

---

[2] Plaintiffs use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.