UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SJUNDE AP-FONDEN et al., *individually and on behalf* :
*of all others similarly situated*, :
: 17-CV-8457 (JMF)
Plaintiffs, :
: ORDER
-v- :
:
GENERAL ELECTRIC COMPANY et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On **January 19, 2022**, Plaintiffs filed a motion seeking leave to file a Sixth Amended Consolidated Class Action Complaint. *See* ECF No. 278. It is hereby ORDERED that Defendants shall file any opposition to the motion by **February 3, 2022**. Any reply shall be filed by **February 10, 2022**. In any opposition, Defendants shall address whether any of the documents filed by Plaintiffs under seal should remain under seal, and if so, the basis for sealing those documents.

      SO ORDERED.

Dated: January 20, 2022
       New York, New York
                                                    JESSE M. FURMAN
                                                   United States District Judge