# EXHIBIT 1

## United States Securities and Exchange Commission
WASHINGTON, D.C. 20549

## FORM 10-K

(Mark One)

☒ **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the fiscal year ended December 31, 2015**

or

☐ **Transition Report pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from _____to _____**

**Commission file number 001-00035**



### General Electric Company
(Exact name of registrant as specified in charter)

| **New York** | | **14-0689340** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | | (I.R.S. Employer Identification No.) |
| **3135 Easton Turnpike, Fairfield, CT** | **06828-0001** | **203/373-2211** |
| (Address of principal executive offices) | (Zip Code) | (Telephone No.) |

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common stock, par value $0.06 per share** | **New York Stock Exchange** |

**Securities Registered Pursuant to Section 12(g) of the Act:**

(Title of class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒                                                                                                                      Accelerated filer ☐

Non-accelerated filer ☐                                                                                                                       Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the outstanding common equity of the registrant not held by affiliates as of the last business day of the registrant's most recently completed second fiscal quarter was at least $265.6 billion. There were 9,330,607,330 shares of voting common stock with a par value of $0.06 outstanding at January 31, 2016.

**DOCUMENTS INCORPORATED BY REFERENCE**

The definitive proxy statement relating to the registrant's Annual Meeting of Shareowners, to be held April 27, 2016, is incorporated by reference into Part III to the extent described therein.

## NOTE 4. CURRENT RECEIVABLES

| December 31 (In millions) | Consolidated(a) 2015 | Consolidated(a) 2014 | GE(b) 2015 | GE(b) 2014 |
|---|---|---|---|---|
| Power | $ 6,675 | $ 4,071 | $ 4,377 | $ 2,149 |
| Renewable Energy | 2,336 | 895 | 1,418 | 616 |
| Oil & Gas | 4,958 | 5,793 | 2,764 | 3,233 |
| Energy Management | 2,930 | 1,655 | 1,980 | 731 |
| Aviation | 4,133 | 4,656 | 1,876 | 1,997 |
| Healthcare | 4,022 | 4,350 | 1,943 | 2,241 |
| Transportation | 609 | 454 | 193 | 351 |
| Appliances & Lighting | 1,502 | 1,466 | 194 | 214 |
| Corporate items and eliminations | 372 | 391 | 464 | 466 |
|  | 27,538 | 23,732 | 15,209 | 11,998 |
| Less Allowance for Losses | (515) | (495) | (502) | (485) |
| Total | $ 27,022 | $ 23,237 | $ 14,707 | $ 11,513 |

(a) Includes GE industrial customer receivables factored through a GE Capital affiliate and reported as financing receivables by GE Capital of $13,042 million and $12,533 million at December 31, 2015 and 2014, respectively.

(b) GE current receivables of $251 million and $254 million at December 31, 2015 and 2014, respectively, arose from sales, principally of Aviation goods and services, on open account to various agencies of the U.S. government. As a percentage of GE revenues, approximately 4% of GE sales of goods and services were to the U.S. government in 2015, compared with 3% in 2014 and 4% in 2013.

GE current receivables balances at December 31, 2015 and 2014, before allowance for losses, included $10,535 million and $7,808 million, respectively, from sales of goods and services to customers, and $17 million and $22 million at December 31, 2015 and 2014, respectively, from transactions with associated companies. The remainder of the balances primarily relates to supplier advances, revenue sharing programs and other non-income based tax receivables.

## NOTE 5. INVENTORIES

| December 31 (In millions) | 2015 | 2014 |
|---|---|---|
| **GE** |  |  |
| Raw materials and work in process | $ 13,415 | $ 9,963 |
| Finished goods | 8,199 | 6,982 |
| Unbilled shipments | 628 | 755 |
|  | 22,243 | 17,701 |
| Revaluation to LIFO | 207 | (62) |
| Total GE | 22,449 | 17,639 |
| **GE Capital** |  |  |
| Finished goods | 66 | 50 |
| Total consolidated | $ 22,515 | $ 17,689 |

Inventory increased $4,826 million in 2015 primarily due to the Alstom acquisition of $4,298 million.