# EXHIBIT 8

Completed    28 Mar 2017 12:45 AM EDT
Disseminated    28 Mar 2017 12:45 AM EDT
North America Equity Research
28 March 2017

# J.P.Morgan

# General Electric Co.

## GE Cash Series: "Perspective" Is for Earnings, Cash Is a Fact; Day One, Working Capital

With the sell side bull thesis now shifting the focus away from the $2 2018 EPS target that has been the cornerstone of its call for >2 years now, implying that the only thing that matters is '17 profits, the engaged debate is seemingly appropriately now shifting toward FCF. **We believe that focusing on $2 is the wrong approach at this stage but also disagree that whatever the EPS number ends up being in '18 is relevant, with the true driver of value Industrial FCF/share that we see as ~$1.10** (we value GECS earnings separately so there is no need to adjust for related dividends). Here, we have encountered an emerging bull case on FCF/share that is overstated and not plausible, in our view. We present our detailed bottom-up cash flow model in this note, with further detailed analysis to follow. In today's note we start with Working Capital, where we see significantly less opportunity than the bull case appears to assume. We also cut our Dec'17 PT to $27 from $29 with this note, which implies a still premium ~4% FCF yield and solid 3.5% dividend yield.

**Why focus on FCF?** To start, in the past 15 years, the same amount of time some sell side bulls have been "buy" rated, GE Industrial GAAP EPS is up $0.24, a 2% CAGR, with non-GAAP (Street) EPS up $0.39, despite $0.25 benefits from a lower tax rate, $12B of restructuring ($0.80 per share that should be "cost out") just this cycle, $0.25 of LTSA gains, and $35 B more in sales (at a normal gross margin $0.65 worth of earnings), some of which has come on the back of $25B in net acquisition spending. This would suggest an element of structural decay, or core underlying profit leakage across the portfolio. All companies have some form of underlying core shrinkage though to see a difference that is almost 2x the starting point stands out. Over this time of underperformance, the constant has been a promise for an inflection or hockey stick to a breakout level, no different than what we see in today's consensus.

## Underweight

**GE, GE US**
Price: $29.44

▼ **Price Target: $27.00**
Previous: $29.00

**Electrical Equipment & Multi-Industry**

**C. Stephen Tusa, Jr CFA** AC
(1-212) 622-6623
stephen.tusa@jpmorgan.com
Bloomberg JPMA TUSA <GO>

**Rajat Gupta**
(1-212) 622-6382
rajat.gupta@jpmorgan.com

**Patrick M. Baumann, CFA**
(1-212) 622-0160
patrick.m.baumann@jpmorgan.com

**Daniel J Innamorato**
(1-212) 622-9884
daniel.j.innamorato@jpmorgan.com

J.P. Morgan Securities LLC

**Price Performance**



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -6.8% | -1.7% | -7.7% | -6.5% |
| Rel | -11.4% | -0.5% | -10.9% | -21.5% |

**General Electric Co. (GE;GE US)**

| FYE Dec | 2014A | 2015A | 2016A | 2017E | 2018E |
|---|---|---|---|---|---|
| EPS - Recurring ($) | | | | | |
| Q1 (Mar) | 0.33 | 0.20 | 0.21 | 0.16 | - |
| Q2 (Jun) | 0.39 | 0.31 | 0.51 | - | - |
| Q3 (Sep) | 0.38 | 0.29 | 0.32 | - | - |
| Q4 (Dec) | 0.56 | 0.52 | 0.46 | - | - |
| FY | 1.65 | 1.31 | 1.49 | 1.60 | 1.80 |
| Bloomberg EPS FY ($) | 1.65 | 1.31 | 1.49 | 1.62 | 1.90 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**Company Data**

| | |
|---|---|
| Price ($) | 29.44 |
| Date Of Price | 27 Mar 17 |
| 52-week Range ($) | 33.00-28.19 |
| Market Cap ($ mn) | 268,787.20 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 9,130 |
| Price Target ($) | 27.00 |
| Price Target End Date | 31-Dec-17 |

**See page 17 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

**J.P.Morgan**

Figure 1: GE GAAP and non-GAAP EPS since 2001 (2017 and 2018 are consensus)



Source: Company reports, and Bloomberg.

Table 1: High-level EPS Bridge from 2001-2016

| | |
|---|---|
| **Starting 2001 GAAP Industrial EPS** | **$0.89** |
| Restructuring Benefits (JPMe) | $0.80 |
| Tax Benefits | $0.25 |
| LTSA gains | $0.25 |
| Volume/price/mix | $0.65 |
| **Total Implied 2016 GAAP EPS** | **$2.84** |
| **Actual 2016 GAAP Industrial EPS** | **$1.14** |
| *Difference* | *($1.70)* |

Source: J.P. Morgan Estimates. Note, there is no accurate restructuring data available prior to 2009 and also LTSA gains prior to 2006. While there has been a bunch of portfolio moves during this period including the sale of NBCU, we capture these changes in the volume/price/mix line-item.

With plenty of leeway in lower quality forms of earnings from accounting/geography (upside from GECS earnings, tax, and gains), we continue to believe that EPS is less relevant (i.e., whether it's $2 or $1.90 is less meaningful) and think the true driver of valuation here is FCF/share. FCF represents one of the few concrete numbers for which investors can hold management teams accountable, and it's the bar on which every one of the other companies in the EE/MI sector is judged. On this front, the $0.66 in GAAP FCF seen in 2016 is actually even worse than the EPS performance, down 50% from 2001 levels, and the 3rd worst level over that time period. Since the financial crisis in particular, Industrial FCF conversion has decoupled, and has been at an average of 20% short of consensus Industrial EPS.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

**J.P.Morgan**

**Figure 2: GE GAAP, non-GAAP EPS and Industrial FCF/Share since 2001**



Source: Company reports, and Bloomberg. 2017, 2018 FCF expectations are as per management guidance on conversion + pension contributions on consensus EPS.

The bull case now is that not only can earnings inflect but cash will also ramp to a range of $1.74-2.10, a mid-point that is 3x standing levels, 2x higher than the average of the past 15 years, 40% higher than the prior high in 2009.

**Figure 3: 2017 and 2018 Consensus Bull Case**



Source: Company reports, and Bloomberg. 2017, 2018 FCF expectations are as per management guidance on conversion + pension contributions on consensus EPS.

To us, there is no such thing as "perspective" when it comes to cash—we believe the problem is that earnings have always been more of an opinion here, cash is a fact. We continue to believe that the sustainable base rate of 2018 GAAP FCF is around ~$1.10 and those recent bullish estimates are overstated, in our view. Over the next few weeks we plan to expand our analysis. Below we show how our estimate stacks up against the most recent bull case with our best case "long term" view that is $0.50 lower (we present a more detailed bottom up model at the end of the note).

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017



Figure 4: GE JPMe GAAP FCF/Share vs Bull Case Run-Rate and JPM Long-Term View



Source: Company reports, J.P. Morgan Estimates and Bloomberg.

## Day 1: Working Capital Is Not An Outsized Opportunity and Is Not a 'Run-Rate' Benefit Once Optimized

The bull case starts with working capital and reflects the view that it's all about a temporary inventory build around LEAP/H-Frame, and then goes on to highlight anywhere from ~$3-5B of potential upside, simply using EE/MI peers as the benchmark. First, keep in mind that working capital performance in 2016 was not that bad, with $3.2B in working capital contribution to Industrial CFOA in 2016 (though roughly $1.8B came from progress collections, with the only drag indeed coming from inventories, a $1.4B headwind). GE expects a similar $3B contribution in 2017, with more of that coming from inventories, which we buy into somewhat, though this is not a silver bullet, as we discuss below. Indeed, inventories look like the only area here not already optimized (though some of this is structural, in our view, post ALO), as receivables have collapsed over the past 15 years (45 days, vs 90 at peers, helped by the large factoring program between GE Industrial and GE Capital) and payables (~90 days vs ~70 at peers) are already much better than peers. In general, we believe that using EE/MI peers as a benchmark is the wrong approach given the differences in the profile of the GE platforms, which are heavy on big projects/services/solutions versus the short cycle build and book business that is the norm for many others. While some benefits seem possible, we continue to point out that working capital benefits and their impact to cash flow provide just a temporary lift to conversion that ultimately fades to zero once optimized (i.e., one-time benefit to reported conversion, not ongoing). Our 2018 estimates assume ~$1B in incremental benefits vs 2018 (but $3B cumulative) vs the bull case of $5B, which is also assumed as a run-rate—a view we disagree with.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

**J.P.Morgan**

**Table 2: GE Cash flow Statement Working Capital Assumptions**

$ millions

| | 2016 | 2017E | 2018E | 2018 vs 2016 (JPMe) | 2018 vs 2016 (Bull Case) |
|---|---|---|---|---|---|
| **Working Cap Generation (Usage)** | 3,221 | 2,132 | 917 | 917 | ~5,000 |
| Change in current receivables | 929 | 134 | (895) | | |
| Change in inventories | (1,337) | 1,468 | 205 | | |
| Change in accounts payable | 1,716 | 293 | 393 | | |
| Change in progress collections | 1,913 | 236 | 1,215 | | |
| | | | | | |
| **Ratios** | | | | | |
| AR Turnover | 8.2 | 9.0 | 9.4 | +1.2x | +2.0x |
| Inventory Turnover | 3.8 | 4.1 | 4.4 | +0.6x | +0.9x |

Source: Company reports and J.P. Morgan estimates.

In addition, while we address Alstom FCF in another note, we have noticed the bull case talking about total GE working capital, highlighting $1.2 B in opportunity from Power and then Alstom as separate sources of upside on cash ($1.2-1.3 B), though we note that the $1.2 B highlighted at Power obviously includes Alstom so there may be some double counting here. Using the ALO balance sheet shows that trade (Receivables + inventory - payables) working capital is ~50% of sales there vs ~12.5% at GE, suggesting a significant portion of the opportunity comes here. We walk through the individual WC bucket opportunities for overall GE Industrial below:

***Inventory opportunity is there, but nowhere near as much as the bull case reflects, in our view:*** Starting at a high level, inventory turns last year were 3.8x vs peers at 4x, showing some improvement potential, but the $2-3B they've discussed taking out of the system moves them back to or slightly better than peer levels (4-4.2x).

**Figure 5: GE Inventory Turnover vs Peers (2016)**

COGS divided by average inventories



■ Inventory Turns

Source: Company reports, and Bloomberg. Note: Peers include Siemens, Mitsubishi Heavy, NOV, HAL, SLB, Rolls Royce, MTU Aero Engines, UTX, Philips, and CAT.

We acknowledge that GE has operated at a more optimized level in the past (~1.5-2x), but note that some of this is structural with more Power

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

**J.P.Morgan**

businesses in the portfolio. On this front, the bull case appears to be making a pitch that headline inventories being up ~$4.5-5B from year end '14-'16 is a temporary bump to support LEAP and H-Frame introductions, which will unwind as deliveries continue. We disagree. **The disclosures in the 10K show the ENTIRE change in inventory is due to Alstom.** ALO stands at 2.2x inventory turns currently and there is debate around how much cash can actually come out of anything Alstom related, a topic we will address later, though counting on a big drawdown here as a source of cash outside of ALO while counting on ALO improved FCF as a discrete item in any bridge is double counting. The bottom line is that legacy GE (ex-ALO) inventories are flat from 2014 levels and not too depressed from a turnover perspective. All of this said, we still give credit (~$2B of cumulative release) for further improvement in our long assumptions.

**Figure 6: Overall GE Inventory Levels Have Increased Over the Last 2 years…**
$B



Source: Company Reports

**Figure 7: ...But Haven't Gone up ex-ALO from 2014 levels and since H and LEAP started shipping**
$B



Source: Company Reports

6

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan



Figure 8: GE Inventory Turnover ex-ALO

Source: Company reports



Figure 9: JPM GE Inventory Turnover Assumptions
COGS divided by average inventories

Source: Company reports

We note that Power, which was highlighted as such as big driver of inventory improvement, a per recent management commentary, is expected to account for only $300 mm of inventory upside in '17/'18, not in and of itself a big number at a little over 1% of segment sales, and suggests that out of the $2 B we give credit for the majority needs to come from other businesses. As per the below, we don't see tangible opportunity on receivables or payables unless we are talking about Alstom, which, again, is a discrete driver in most models (i.e., Power working capital opportunity in the bull thesis may be double counting).

***Receivables: dramatic collapse in book receivables from factoring shows zero opportunity here.*** The analysis here is more simple. Industrial receivables stand at $13B, or ~11% of sales versus our sector at ~18-20% of sales. This number has moved down dramatically over the years as factoring into GECS has picked up, showing that on a strict definition of just Industrial FCF in line with others, GE is actually "overearning" here to the cumulative tune of $12B, and, as per the below, by $2B alone last year.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan



Figure 10: Industrial Receivable/Sales Already Optimized and Down Dramatically Over time

Source: Company reports and J.P. Morgan estimates. 2015 is adjusted for ALO



Figure 11: AR turnover ratio

Source: Company reports and J.P. Morgan estimates. 2015 is adjusted for ALO

More specifically, receivables factoring was a material benefit again in 2016, with a ~$2.1B benefit ($2.1B in 2015, $1.6B in 2015) from receivables sold to GE Capital, including current receivables subsequently sold to third parties. Factored receivables on the GE capital balance sheet stand at $12.3B vs $13B in 2015 (note 2015 included ~$0.7B related to Appliance), and we note that Power had the biggest increase in factored receivables, up ~$1.8 y/y, offset by declines at all other segments. Of the $12.3B factored on GECS, ~50% had been sold by GE to GE Capital with recourse. As per the filing, the evaluation of whether recourse transactions qualify for accounting de-recognition is based, in part, upon the legal jurisdiction of the sale and majority of recourse transactions outside the U.S. qualify for sale treatment. Lastly, as part of the receivables factoring program between GE Industrial and GE Capital, GE Capital entered into a new $3B receivables facility with members of a bank group, designed to provide extra liquidity to GE. The facility allows them to sell eligible current receivables on a non-recourse basis for cash and a deferred purchase price to members of the bank group. This allowed the deconsolidation of $2.1B of financing receivables from the GE Capital balance sheet, though the economic exposure remained the same before and after the refinancing transaction.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan

**Table 3: Reported GE Industrial and Consolidated Receivables**

| $million | 2014 (Ind.) | 2015 (Ind.) | 2016 (Ind.) | 2014 (Cons.) | 2015 (Cons.) | 2016 (Cons.) |
|---|---|---|---|---|---|---|
| Power | 2,149 | 4,377 | 3,632 | 4,071 | 6,675 | 7,688 |
| Renewable Energy | 616 | 1,418 | 1,293 | 895 | 2,336 | 1,903 |
| Oil & Gas | 3,233 | 2,764 | 2,478 | 5,793 | 4,958 | 4,259 |
| Energy Connection + Lighting | 945 | 2,174 | 1,675 | 3,121 | 4,432 | 2,716 |
| Aviation | 1,997 | 1,876 | 1,731 | 4,656 | 4,133 | 3,542 |
| Healthcare | 2,241 | 1,943 | 2,068 | 4,350 | 4,022 | 3,996 |
| Transportation | 351 | 193 | 186 | 454 | 609 | 377 |
| Corporate | 466 | 464 | 499 | 391 | 372 | 454 |
| **Gross** | **11,998** | **15,209** | **13,562** | **23,732** | **27,538** | **24,935** |
| Less Allowance for Losses | (485) | (502) | (847) | (495) | (515) | (858) |
| **Total** | **11,513** | **14,707** | **12,715** | **23,237** | **27,022** | **24,077** |
| **% allowance** | **-4.0%** | **-3.3%** | **-6.2%** | **-2.1%** | **-1.9%** | **-3.4%** |

| Difference | 2014 | 2015 | 2016 |
|---|---|---|---|
| Gross | 11,734 | 12,329 | 11,373 |
| Less Allowance for Losses | (10) | (13) | (11) |
| **Total** | **11,724** | **12,315** | **11,362** |
| **Factored (per 10-k Filing)** | **12,533** | **13,042** | **12,300** |
| Diff (Total – Factored) | 809 | 727 | 938 |

Source: Company Filings, J.P. Morgan Estimates.

Adding the GE Capital factored amount back gets us to ~20% of sales (using pro-forma for ALO), more in line with peers. In addition, GE Capital financing receivables and GE Industrial receivables have always had different levels of allowances, with GE Capital significantly lower, as GE only factors the high quality receivables to GE Capital. With better visibility now that most of the receivables have been removed, we see allowances for factored receivables are significantly lower at essentially no reserve (0.1%), versus a ~4% reserve for GE Industrial receivables. Putting these together, the consolidated number is more in-line with peers showing that on a total company basis the exposure is normal but the benefit to GE Industrial FCF has been pulled forward.

**Table 4: GE Receivables/Sales vs Peers and EE-MI Group**

| | | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Average |
|---|---|---|---|---|---|---|---|---|---|
| Average- EEMI | Receivables/sales | 17.0% | 16.7% | 17.6% | 17.4% | 17.1% | 17.2% | 18.3% | **17.1%** |
| | % allowance | -3.0% | -2.6% | -2.6% | -2.5% | -2.5% | -2.6% | -2.5% | **-2.8%** |
| Average- Industrial Peers | Receivables/sales | 19.6% | 18.6% | 19.4% | 19.0% | 18.7% | 18.9% | 20.1% | **18.9%** |
| | % allowance | -2.3% | -2.1% | -2.2% | -2.1% | -2.1% | -2.2% | -2.1% | **-2.2%** |
| GE Industrial | Receivables/sales | 10.4% | 12.0% | 9.2% | 10.8% | 10.9% | 12.2% | 11.3% | **11.1%** |
| | % allowance | -3.9% | -3.6% | -4.7% | -3.9% | -4.0% | -3.3% | -6.2% | **-4.3%** |
| GE Consolidated | Receivables/sales | 18.7% | 20.8% | 19.6% | 21.0% | 22.0% | 22.4% | 21.3% | **20.1%** |
| | % allowance | -2.2% | -2.2% | -2.3% | -2.0% | -2.0% | -1.9% | -3.4% | **-2.5%** |

Source: Company Filings. Industrial Peers include our large cap universe, CAT, TXT, DE, ABT, COL, Siemens, Alstom, FTI, HAL, SLB, HOLX, VAR, BDX, JNJ and MDT. 2015 GE adjusted for ALO

We think the appliance sale throws light on the magnitude of benefit GE has had on its industrial FCF over time. Disclosures in the 10-q filings showed ~$773mm in Appliance receivables were factored at GE capital at

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

**J.P.Morgan**

the end of 2Q in addition to the ~$86mm that were on the industrial balance sheet. The consolidated number here of ~$860mm equates to ~15% of sales, which is line with major peers like WHR and ELUX that do not factor receivables to this extent.

Figure 12: Appliance Factored vs Non-factored Receivables and vs Peers



Source: Company reports and J.P. Morgan estimates.

***Payables:*** We see limited opportunity here given average payable days is already at 90 days vs 70 at peers and we believe given GE's global breadth and depth, it likely already uses this position to manage its supplier base. We model modest benefits of ~$0.2-0.3B/yr here in our LT assumptions.

Figure 13: GE Payable Days COGS vs Peers
Average Payables divided by Purchases (COGS, plus change in inventories)



Source: Company reports, and Bloomberg. Note: Peers include Siemens, Mitsubishi Heavy, NOV, HAL, SLB, Rolls Royce, MTU Aero Engines, Safran, UTX, Philips, and CAT.

***Progress Collections:*** This is a function of equipment order growth and type of projects within and is basically defined as cash collected in between equipment ordered to delivery. This account has increased dramatically as a % of sales over the last 15 years driven by a dramatic growth in equipment backlog as a % of overall sales primarily due to long-cycle Oil & Gas orders as well as other long-cycle equipment such as Aviation engines and Gas Turbines. Going forward we don't expect this to change dramatically given sluggish end markets overall (slower Power and Renewables offset by better Oil & Gas, steady Aviation and Healthcare markets).

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan



**Figure 14: Progress Collection vs Equipment Backlog**

Progress collections reported on BS/sales                                    equipment backlog/sales

Source: J.P. Morgan Estimates, Company Reports

### The JPM FCF Model

Below we summarize our FCF model. We detail how we get to $1.10 and then our bridge to a longer-term best case target, which assumes ~$4-4.5 B in cumulative working capital benefits from 2016-2020, ~$3B of which come in 2017+2018. Also key is our assumption around "other operating cash flow", which we expect to moderate from a $7.5B drag in 2016 to ~$2.5B, driven primarily by lower add-backs from asset sale gains, which were ~$3.75B in 2016 and lower LT-incentive comp payments vs 2016 levels, offset to some extent by lower restructuring add-backs.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan

### Table 5: GE Cash Flow Statement and Forecasts (2019 and 2020 are base case assumptions)
$ millions

|  | 2014 | 2015 | 2016 | 2017E | 2018E |
|---|---|---|---|---|---|
| GE Ind EPS Non-GAAP | $0.96 | $1.14 | $1.28 | $1.39 | $1.59 |
| GE Capital EPS Non-GAAP | $0.69 | $0.17 | $0.21 | $0.21 | $0.21 |
| **GE EPS Consolidated non-GAAP** | **$1.65** | **$1.31** | **$1.49** | **$1.60** | **$1.80** |
|  |  |  |  |  |  |
| GE Ind EPS GAAP | *$0.82* | *$0.96* | *$1.14* | *$1.22* | *$1.42* |
| GE Capital EPS GAAP | $0.68 | -$1.58 | -$0.24 | $0.14 | $0.15 |
| **GE EPS Consolidated GAAP** | **$1.51** | **-$0.61** | **$0.90** | **$1.36** | **$1.57** |
|  |  |  |  |  |  |
| **Net income GAAP** | 15,233 | (6,145) | 8,176 | 11,783 | 13,220 |
| Depreciation & Amortization | 2,508 | 2,473 | 2,597 | 3,300 | 3,800 |
| Earnings retained by GECS | 1,625 | 12,284 | 21,345 | 5,800 | 1,700 |
| Deferred income taxes | (476) | (1,800) | 1,107 | 0 | 0 |
| Other Operating Cash Flow | 2,973 | 2,083 | (7,438) | (5,241) | (3,629) |
| **OPCF before working cap** | **21,863** | **8,895** | **25,787** | **15,642** | **15,092** |
|  |  |  |  |  |  |
| **Working Capital Generation (Usage)** | **(994)** | **(350)** | **3,221** | **2,132** | **917** |
| *Change in current receivables* | *(473)* | *666* | *929* | *134* | *(895)* |
| *Change in inventories* | *(877)* | *(282)* | *(1,337)* | *1,468* | *205* |
| *Change in accounts payable* | *884* | *276* | *1,716* | *293* | *393* |
| *Change in progress collections* | *(528)* | *(1,010)* | *1,913* | *236* | *1,215* |
| Other (including discops) | (5,700) | 7,797 | 862 | 0 | 0 |
| **Net cash from Operations** | **15,169** | **16,342** | **29,870** | **17,774** | **16,009** |
| GE Capital Dividend |  | 4,300 | 20,095 | 7,000 | 3,000 |
| **Industrial CFOA** | **12,171** | **12,054** | **9,775** | **10,774** | **13,009** |

Source: Company reports and J.P. Morgan estimates.

### Table 6: Breakdown of "Other Operating Cash Flow"
$ millions

|  | 2014 | 2015 | 2016 | 2017E | 2018E |
|---|---|---|---|---|---|
| **Other Operating Cash Flow** | **2,973** | **2,083** | **(7,438)** | **(5,241)** | **(3,629)** |
| *Gains/losses* | *(188)* | *(1,020)* | *(3,701)* | *(2,500)* | *(438)* |
| *Contract Assets* | *(1,572)* | *(1,919)* | *(3,929)* | *(3,500)* | *(3,500)* |
| *Income Taxes* | *773* | *1,671* | *(2,752)* | *0* | *0* |
| *Interest Charges* | *332* | *380* | *275* | *275* | *275* |
| *Principal Pension Plans (cost + add-backs)* | *3,368* | *4,265* | *3,071* | *1,600* | *1,700* |
| *Other* | *260* | *(1,294)* | *(402)* | *(1,116)* | *(1,666)* |
| *Additional Amortization (JPMe)* | *1,301* | *1,442* | *1,724* | *1,724* | *1,724* |
| *Other Pension add-backs/contributions (JPMe)* | *201* | *(653)* | *(711)* | *(990)* | *(990)* |
| *Restructuring add back (JPMe)* | *1200* | *1300* | *2,600* | *900* | *100* |
| *Other (JPMe)* | *(2,442)* | *(3,383)* | *(4,015)* | *(2,750)* | *(2,500)* |

Source: Company reports and J.P. Morgan estimates.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan

**Table 7: Walk Through Different Definitions of FCF and Related Conversion on Reported and Industrial EPS**
$ millions

|  | 2014 | 2015 | 2016 | 2017E | 2018E |
|---|---|---|---|---|---|
| **GAAP FCF** |  |  |  |  |  |
| Industrial CFOA | 12,171 | 12,054 | 9,775 | 10,774 | 13,009 |
| Gross Capex | (3,970) | (3,785) | (3,758) | (4,000) | (3,750) |
| **Ind FCF GAAP** | **8,201** | **8,269** | **6,017** | **6,774** | **9,259** |
| **GE Capital Dividends (Ex-divestitures)** | **3,000** | **0** | **0** | **0** | **0** |
| **Industrial FCF/Share** | ***$0.81*** | ***$0.83*** | ***$0.66*** | ***$0.78*** | ***$1.10*** |
| **Total FCF/Share** | ***$1.11*** | ***$0.83*** | ***$0.66*** | ***$0.78*** | ***$1.10*** |
| *Industrial Conversion* | *84%* | *72%* | *51%* | *56%* | *69%* |
| *Total Conversion* | *67%* | *63%* | *44%* | *49%* | *61%* |
|  |  |  |  |  |  |
| **Walk from GAAP FCF to GE Definition** |  |  |  |  |  |
| (+) Dispositions | 615 | 939 | 1,080 | 700 | 700 |
| (+) Deal Taxes add-back | 0 | (184) | (1,398) | 0 | 0 |
| (+) GE Pension Contributions add-back | 0 | 0 | (347) | (1,700) | (1,600) |
| **Ind FCF GE Definition** | **8,816** | **9,392** | **8,842** | **9,174** | **11,559** |
| **Industrial FCF/Share** | ***$0.87*** | ***$0.94*** | ***$0.97*** | ***$1.06*** | ***$1.37*** |
| **Total FCF/Share** | ***$1.17*** | ***$0.94*** | ***$0.97*** | ***$1.06*** | ***$1.37*** |
| *Industrial Conversion* | *90%* | *82%* | *75%* | *76%* | *86%* |
| *Total Conversion* | *71%* | *72%* | *65%* | *66%* | *76%* |
|  |  |  |  |  |  |
| **Walk from GAAP FCF to JPM Definition** |  |  |  |  |  |
| (+) Dispositions | 615 | 939 | 1,080 | 700 | 700 |
| (+) Deal Taxes add-back | 0 | (184) | (1,398) | 0 | 0 |
| (-) Other investing Activities/other | (1,060) | (1,296) | (2,302) | (1,500) | (1,500) |
| **Ind FCF JPM Definition** | **7,756** | **8,096** | **6,193** | **5,974** | **8,459** |
| **Industrial FCF/Share** | ***$0.77*** | ***$0.81*** | ***$0.68*** | ***$0.69*** | ***$1.01*** |
| **Total FCF/Share** | ***$1.06*** | ***$0.81*** | ***$0.68*** | ***$0.69*** | ***$1.01*** |
| *Industrial Conversion* | *80%* | *71%* | *53%* | *50%* | *63%* |
| *Total Conversion* | *64%* | *62%* | *46%* | *43%* | *56%* |
|  |  |  |  |  |  |
| *Dividends to shareholders* | *(8,851)* | *(9,289)* | *(8,474)* | *(8,325)* | *(8,071)* |
| **FCF after Dividends (JPM Definition)** | **1,905** | **(1,193)** | **(2,281)** | **(2,351)** | **388** |

Source: Company reports and J.P. Morgan estimates.

Trying to look at a more favorable scenario where things get better beyond 2018, we see a longer-term end of decade best case of ~$1.55 in GAAP FCF/share. From the bridge to our LT view vs 2018 levels, the key aspects to keep in mind are lower drag from other operating activities (less asset sales gains), continued working capital benefits albeit much lower than prior years at ~$0.5B /year, and GE capital dividends (~$1B/y run-rate).

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

**J.P.Morgan**

**Table 8: High Level 2018-2020 FCF/Share Bridge**

| | |
|---|---|
| **GE 2018 FCF** | **$1.10** |
| Working Capital | $0.07 |
| GE Capital | $0.13 |
| Other Operating Activities | $0.05 |
| Core Growth (Base Case) | $0.20+ |
| **Total LT Base case** | **$1.56** |

Source: Company reports and J.P. Morgan estimates.

Note that, while we include ~$1B in annual dividends from GE capital we value the asset separately when deriving our price target so what counts is Industrial FCF, and the '18 base of $1.10 is the number that counts for now, which would ultimately translate to $1.43 in the long-term best case.

**Cutting Dec'17 PT to $27 from $29.** With our view on FCF more refined, we commensurately cut our Dec-17 PT with this note to $27, which implies a still expensive ~24x P/FCF or 4% FCF yield, but a solid ~3.5% dividend yield. Our PT is based on a SoTP approach, applying a ~16.2x multiple to the Industrial businesses (15% discount to group given weak FCF) and $1 value to GE cap based on ~$10B in pro forma tangible equity assumptions for left over GE capital (click here for our detailed calc on GE capital valuation).

**Table 9: Our Standing GE Price Target Derivation**

| | '18 EPS | P/E Multiple | Per Share |
|---|---|---|---|
| Industrial EPS | 1.59 | 16.2 | 25.7 |
| | **Tang BV/Sh** | **Multiple** | **Per Share** |
| GE Capital Implied | 1.67 | 0.7 | 1.2 |
| **Price Target** | | | **$27** |
| *Current Price* | | | **$29** |
| *Upside/Downside* | | | *-7%* |
| *Group Average* | | | *+5%* |

Source: J.P. Morgan estimates.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

**J.P.Morgan**

# Investment Thesis, Valuation and Risks

## General Electric Co. *(Underweight; Price Target: $27.00)*

**Investment Thesis**

GE has transformed significantly, with dramatic portfolio change on the GECS side, the largest deal in its history with Alstom, various financial frameworks, an activist, IOT emphasis, and the first year of stock outperformance in 2015 since 1999. By and large, while EPS dilutive, the moves have been positive when considering future positioning, and there certainly seems to be something "different" here. However, by the numbers, what we have seen is core operating performance that is below plan, and, currently, a consensus expectations curve that we think remains too high, FCF that is the weakest in the sector, and, with that backdrop, valuation that we see as expensive, with limited incremental catalysts to change the narrative. We stick to what the numbers say, which underpins our UW rating.

**Valuation**

**Maintain Underweight rating; cut Dec 2017 PT to $27 from $29.** On our 2018 EPS estimate, GE shares now trade at ~16.5x, a ~10% discount to peers. Our Dec 2017 price target of $27 is based a SoTP approach, and equates to ~15.2x our 2018E EPS, applying a 20% discount to the group target of 19x for FY2. Our group target multiple of 19x is at a ~5-10% premium to the standing S&P FY2 multiple, in line with its historical premium.

**Risks to Rating and Price Target**

Upside risks include 1) significant improvement in FCF generation, 2) stronger than expected uptick in Digital revenues, which also helps profitability, 3) fundamentals in Oil & Gas recovering faster than expected, and 4) better than expected execution on product transition in Aviation.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan

# General Electric Co.: Summary of Financials

| Income Statement - Annual | FY15A | FY16A | FY17E | FY18E | FY19E | Income Statement - Quarterly | 1Q17E | 2Q17E | 3Q17E | 4Q17E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 117,386 | 123,693 | 125,370 | 133,509 | - | Revenue | 26,558 | - | - | - |
| COGS | - | - | - | - | - | COGS | - | - | - | - |
| Gross profit | - | - | - | - | - | Gross profit | - | - | - | - |
| SG&A | - | - | - | - | - | SG&A | - | - | - | - |
| Adj. EBITDA | 21,261 | 21,413 | 23,509 | 25,441 | - | Adj. EBITDA | 2,502 | - | - | - |
| D&A | (2,473) | (2,597) | (3,300) | (3,800) | - | D&A | (740) | - | - | - |
| Adj. EBIT | 14,524 | 15,264 | 16,440 | 17,910 | - | Adj. EBIT | 1,762 | - | - | - |
| Net Interest | (1,706) | (2,026) | (2,200) | (2,250) | - | Net Interest | (535) | - | - | - |
| Adj. PBT | 12,818 | 13,238 | 14,240 | 15,660 | - | Adj. PBT | 1,227 | - | - | - |
| Tax | (1,507) | (967) | (1,807) | (1,940) | - | Tax | (144) | - | - | - |
| Minority Interest | - | - | - | - | - | Minority Interest | - | - | - | - |
| Adj. Net Income | 13,108 | 13,605 | 13,908 | 15,170 | - | Adj. Net Income | 1,451 | - | - | - |
| Reported EPS | 1.13 | 1.34 | 1.43 | 1.63 | - | Reported EPS | 0.12 | - | - | - |
| Adj. EPS | 1.31 | 1.49 | 1.60 | 1.80 | - | Adj. EPS | 0.16 | - | - | - |
| DPS | 0.93 | 0.93 | - | - | - | DPS | - | - | - | - |
| Payout ratio | 82.1% | 69.1% | - | - | - | Payout ratio | - | - | - | - |
| Shares outstanding | 10,016 | 9,130 | 8,672 | 8,408 | - | Shares outstanding | 8,813 | - | - | - |

| Balance Sheet & Cash Flow Statement | FY15A | FY16A | FY17E | FY18E | FY19E | Ratio Analysis | FY15A | FY16A | FY17E | FY18E | FY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 10,372 | 10,525 | 3,878 | 2,869 | - | Gross margin | - | - | - | - | - |
| Accounts receivable | 14,707 | 12,715 | 12,581 | 13,476 | - | EBITDA margin | 18.1% | 17.3% | 18.8% | 19.1% | - |
| Inventories | 22,449 | 22,263 | 20,795 | 20,590 | - | EBIT margin | 12.4% | 12.3% | 13.1% | 13.4% | - |
| Other current assets | 0 | 0 | 0 | 0 | - | Net profit margin | 11.2% | 11.0% | 11.1% | 11.4% | - |
| Current assets | 47,679 | 45,640 | 37,390 | 37,072 | - | | | | | | |
| PP&E | 20,145 | 19,103 | 18,703 | 18,203 | - | ROE | 11.6% | 15.6% | 19.6% | 23.1% | - |
| LT investments | - | - | - | - | - | ROA | 4.6% | 4.5% | 5.0% | 5.5% | - |
| Other non current assets | 255,739 | 213,131 | 218,887 | 221,065 | - | ROCE | 7.4% | 7.9% | 9.3% | 10.2% | - |
| Total assets | 323,563 | 277,874 | 274,980 | 276,340 | - | SG&A/Sales | - | - | - | - | - |
| | | | | | | Net debt/equity | 93.5% | 89.1% | 122.4% | 129.4% | - |
| Short term borrowings | 19,799 | 20,482 | 20,482 | 20,482 | - | | | | | | |
| Payables | 19,250 | 20,876 | 21,387 | 22,909 | - | P/E (x) | 22.5 | 19.8 | 18.4 | 16.3 | - |
| Other short term liabilities | 41,538 | 36,509 | 35,245 | 34,435 | - | P/BV (x) | 3.0 | 3.5 | - | - | - |
| Current liabilities | 80,587 | 77,867 | 77,114 | 77,826 | - | EV/EBITDA (x) | 17.9 | 16.6 | 15.7 | 14.6 | - |
| Long-term debt | 83,770 | 58,810 | 66,210 | 68,210 | - | Dividend Yield | 3.2% | 3.2% | - | - | - |
| Other long term liabilities | 59,554 | 63,992 | 63,992 | 63,992 | - | | | | | | |
| Total liabilities | 223,911 | 200,669 | 207,316 | 210,027 | - | Sales/Assets (x) | 0.4 | 0.4 | 0.5 | 0.5 | - |
| Shareholders' equity | 98,274 | 75,828 | 66,286 | 64,935 | - | Interest cover (x) | 12.5 | 10.6 | 10.7 | 11.3 | - |
| Minority interests | 1,378 | 1,378 | 1,378 | 1,378 | - | Operating leverage | 103.5% | 94.8% | 568.3% | 137.7% | - |
| Total liabilities & equity | 323,563 | 277,874 | 274,980 | 276,340 | - | | | | | | |
| BVPS | 9.81 | 8.31 | - | - | - | Revenue y/y Growth | (21.0%) | 5.4% | 1.4% | 6.5% | - |
| y/y Growth | (22.5%) | (15.4%) | - | - | - | EBITDA y/y Growth | (8.3%) | 0.7% | 9.8% | 8.2% | - |
| Net debt/(cash) | 93,197 | 68,767 | 82,814 | 85,823 | - | Tax rate | 11.8% | 7.3% | 12.7% | 12.4% | - |
| | | | | | | Adj. Net Income y/y Growth | (21.6%) | 3.8% | 2.2% | 9.1% | - |
| Cash flow from operating activities | 16,342 | 29,870 | 17,993 | 16,363 | - | EPS y/y Growth | (20.8%) | 13.9% | 7.6% | 12.5% | - |
| o/w Depreciation & amortization | 2,473 | 2,597 | 3,300 | 3,800 | - | DPS y/y Growth | 6.1% | 0.1% | - | - | - |
| o/w Changes in working capital | (350) | 3,221 | 2,350 | 1,521 | - | | | | | | |
| Cash flow from investing activities | (12,767) | (1,894) | (10,715) | (4,800) | - | | | | | | |
| o/w Capital expenditure | (3,785) | (3,758) | (4,200) | (4,000) | - | | | | | | |
| as % of sales | 3.2% | 3.0% | 3.4% | 3.0% | - | | | | | | |
| Cash flow from financing activities | (8,211) | (27,430) | (13,925) | (12,571) | - | | | | | | |
| o/w Dividends paid | (9,289) | (8,474) | (8,325) | (8,071) | - | | | | | | |
| o/w Net debt issued/(repaid) | 1,973 | 2,746 | 7,400 | 2,000 | - | | | | | | |
| Net change in cash | (5,544) | 153 | (6,647) | (1,009) | - | | | | | | |
| Free cashflow | 12,557 | 26,112 | 13,793 | 12,363 | - | | | | | | |
| y/y Growth | 12.1% | 107.9% | (47.2%) | (10.4%) | - | | | | | | |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

**J.P.Morgan**

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by General Electric Co..

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for General Electric Co. within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: General Electric Co..

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: General Electric Co..

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: General Electric Co..

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: General Electric Co..

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from General Electric Co..

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from General Electric Co..

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from General Electric Co..

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of General Electric Co..

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan

**General Electric Co. (GE, GE US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|------|--------|-----------------|------------------|
| 11-Sep-13 | N | 23.87 | 26.00 |
| 16-Jan-14 | N | 27.34 | 27.00 |
| 11-Sep-14 | N | 26.02 | 28.00 |
| 24-Sep-14 | N | 26.02 | 27.00 |
| 05-Jan-15 | N | 24.60 | 26.00 |
| 26-Jan-15 | N | 24.48 | 25.00 |
| 10-Apr-15 | NR | 25.73 | -- |
| 12-May-16 | UW | 30.09 | 27.00 |
| 25-Jul-16 | UW | 31.64 | 26.00 |
| 23-Sep-16 | UW | 30.04 | 28.00 |
| 13-Jan-17 | UW | 31.36 | 29.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Break in coverage Apr 10, 2015 - May 12, 2016.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Tusa, Jr, Stephen**: 3M (MMM), Atkore (ATKR), Dover (DOV), Emerson Electric Co. (EMR), Fortive Corp. (FTV), General Electric Co. (GE), HD Supply (HDS), Honeywell (HON), Hubbell Inc. (HUBB), Ingersoll Rand (IR), Johnson Controls (JCI), Lennox International (LII), Pentair PLC (PNR), Rockwell Automation (ROK), Roper Technologies (ROP), TriMas (TRS), United Technologies (UTX), WABCO (WBC), Watsco (WSO), Wesco International (WCC)

**J.P. Morgan Equity Research Ratings Distribution, as of January 02, 2017**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 43% | 45% | 12% |
| IB clients* | 52% | 48% | 34% |
| JPMS Equity Research Coverage | 43% | 50% | 7% |
| IB clients* | 67% | 61% | 43% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com.

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at http://www.optionsclearing.com/publications/risks/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P.Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231) and Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 193/03/2016 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 089/09/2016], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320678075935.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial

19

C. Stephen Tusa, Jr CFA
(1-212) 622-6623
stephen.tusa@jpmorgan.com

North America Equity Research
28 March 2017

J.P.Morgan

Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Japan:** There is a risk that a loss may occur due to a change in the price of the shares in the case of share trading, and that a loss may occur due to the exchange rate in the case of foreign share trading. In the case of share trading, JPMorgan Securities Japan Co., Ltd., will be receiving a brokerage fee and consumption tax (shouhizei) calculated by multiplying the executed price by the commission rate which was individually agreed between JPMorgan Securities Japan Co., Ltd., and the customer in advance. Financial Instruments Firms: JPMorgan Securities Japan Co., Ltd., Kanto Local Finance Bureau (kinsho) No. 82 Participating Association / Japan Securities Dealers Association, The Financial Futures Association of Japan, Type II Financial Instruments Firms Association and Japan Investment Advisers Association. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com.sg. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: This material is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil:** Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised January 07, 2017.

**Copyright 2017 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**