# EXHIBIT 17

| | |
|---|---|
| **From:** | Evan Hoey <EHoey@ktmc.com> |
| **Sent:** | Monday, January 17, 2022 12:07 PM |
| **To:** | Denton, Blake (NY); Berkowitz, Sean (CH); Tomkowiak, Sarah (DC); Trach, William (BN); Smith, Colleen (SD); Jin, Michael (NY); Miller, Julia (NY); Werner, Marc (NY); Rowen, Zachary (NY); Werner, Marc (NY); Yeu, Jooyoung (NY); Behrman, Megan (NY) |
| **Cc:** | Gregory Castaldo; Sharan Nirmul; Richard Russo; Josh Materese; Michelle Newcomer; Austin Manning; Andrew M. Hankins; dberger@gelaw.com; kfisch@gelaw.com; cmoyna@gelaw.com; jpark@gelaw.com; RBerger@gelaw.com; 'Cecilia Stein' |
| **Subject:** | Sjunde AP-Fonden, et al. v. General Electric Co., et al., No. 17-cv-8457 (JMF) |

Counsel,

Plaintiffs intend to seek leave to file an amended complaint on Wednesday, January 19, 2022, to replead a January 20, 2017 statement by Jeff Bornstein that the Court previously dismissed. We intend to rely on information contained in the documents identified below to support the amendment. Please let us know by **noon ET** on Wednesday, January 19, 2022, if Defendants will withdraw the confidentiality designations ascribed to these documents. If not, we will file Plaintiffs' motion for leave to amend and proposed amended pleading consistent with Judge Furman's Individual Rule 7(C)(iii). In that case, please let us know if we may represent that the accompanying motion to redact is unopposed. Pursuant to Judge Furman's Individual Rule 7(C)(i), if Defendants choose not to withdraw these confidentiality designations they must file, within three days, a letter explaining the need to redact Plaintiffs' motion for leave to amend and the accompanying proposed amended pleading.

List of documents:
- Ex. 34
- Ex. 39
- Ex. 41
- Ex. 43
- Ex. 92
- Ex. 101
- Ex. 107
- Ex. 108
- Ex. 110
- Ex. 114
- Ex. 116
- Ex. 174
- Ex. 177
- Ex. 180
- Ex. 182
- Ex. 184
- Ex. 190
- Ex. 209
- Ex. 265
- Ex. 269
- Ex. 275
- Ex. 278
- Ex. 279
- Ex. 280

- Ex. 282
- Ex. 283
- GE_SDNY00043656
- GE_SDNY00043680
- GE_SDNY00082402
- GE_SDNY00374666
- GE_SDNY00550424
- GE_SDNY00634290
- GE_SDNY00666032
- GE_SDNY00666927
- GE_SDNY00730599
- GE_SDNY00979605
- Bolze Transcript at 225
- Calpeter Transcript at 142–43
- Delgadillo Transcript at 54
- Eshoo Transcript at 65–66
- Williamson Transcript at 44–45, 121–22
- Vitanza SEC Transcript at 127–34, 141–46, 154, 167–68

Regards,
Evan

**Evan Hoey, Associate**



280 King of Prussia Road
Radnor, Pennsylvania 19087
Direct Dial: 484-270-1438
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
e-mail: ehoey@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC
   

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited.  If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.