# EXHIBIT 18

| | |
|---|---|
| **From:** | Evan Hoey <EHoey@ktmc.com> |
| **Sent:** | Wednesday, January 19, 2022 12:14 PM |
| **To:** | Denton, Blake (NY); Berkowitz, Sean (CH); Tomkowiak, Sarah (DC); Trach, William (BN); Smith, Colleen (SD); Jin, Michael (NY); Miller, Julia (NY); Werner, Marc (NY); Rowen, Zachary (NY); Werner, Marc (NY); Yeu, Jooyoung (NY); Behrman, Megan (NY); Schlossberg, Suzanne (BN) |
| **Cc:** | Gregory Castaldo; Sharan Nirmul; Richard Russo; Josh Materese; Michelle Newcomer; Austin Manning; Andrew M. Hankins; dberger@gelaw.com; kfisch@gelaw.com; cmoyna@gelaw.com; jpark@gelaw.com; RBerger@gelaw.com; cstein@gelaw.com |
| **Subject:** | RE: Sjunde AP-Fonden, et al. v. General Electric Co., et al., No. 17-cv-8457 (JMF) |

Blake,

As indicated below, we are repleading the January 20 statement that the Court previously dismissed. The factual basis of the amendment will be set forth in our forthcoming motion and proposed amended complaint. Separately, since we have not heard otherwise, we will proceed to file with redactions.

Regards,
Evan

**From:** Blake.Denton@lw.com [mailto:Blake.Denton@lw.com]
**Sent:** Tuesday, January 18, 2022 7:25 PM
**To:** Evan Hoey <EHoey@ktmc.com>; Sean.Berkowitz@lw.com; Sarah.Tomkowiak@lw.com; William.Trach@lw.com; Colleen.Smith@lw.com; Michael.Jin@lw.com; Julia.Miller@lw.com; Marc.Werner@lw.com; Zachary.Rowen@lw.com; Marc.Werner@lw.com; Jooyoung.Yeu@lw.com; Megan.Behrman@lw.com; Suzanne.Schlossberg@lw.com
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Sharan Nirmul <snirmul@ktmc.com>; Richard Russo <rrusso@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Michelle Newcomer <mnewcomer@ktmc.com>; Austin Manning <AManning@ktmc.com>; Andrew M. Hankins <ahankins@ktmc.com>; dberger@gelaw.com; kfisch@gelaw.com; cmoyna@gelaw.com; jpark@gelaw.com; RBerger@gelaw.com; cstein@gelaw.com
**Subject:** RE: Sjunde AP-Fonden, et al. v. General Electric Co., et al., No. 17-cv-8457 (JMF)

**\*External E-Mail\***

Evan,

The below is the first mention we have heard of a motion to amend, so we are not sure which statement you are now seeking to add or why based on the documents/testimony to date.  Can you please identify the factual basis for your request to amend?

We are reviewing the exhibits you provided and will respond separately on confidentiality designations.

Best regards,
Blake

**From:** Evan Hoey <EHoey@ktmc.com>
**Sent:** Monday, January 17, 2022 12:07 PM
**To:** Denton, Blake (NY) <Blake.Denton@lw.com>; Berkowitz, Sean (CH) <Sean.Berkowitz@lw.com>; Tomkowiak, Sarah (DC) <Sarah.Tomkowiak@lw.com>; Trach, William (BN) <William.Trach@lw.com>; Smith, Colleen (SD)

<Colleen.Smith@lw.com>; Jin, Michael (NY) <Michael.Jin@lw.com>; Miller, Julia (NY) <Julia.Miller@lw.com>; Werner, Marc (NY) <Marc.Werner@lw.com>; Rowen, Zachary (NY) <Zachary.Rowen@lw.com>; Werner, Marc (NY) <Marc.Werner@lw.com>; Yeu, Jooyoung (NY) <Jooyoung.Yeu@lw.com>; Behrman, Megan (NY) <Megan.Behrman@lw.com>
**Cc:** Gregory Castaldo <gcastaldo@ktmc.com>; Sharan Nirmul <snirmul@ktmc.com>; Richard Russo <rrusso@ktmc.com>; Josh Materese <jmaterese@ktmc.com>; Michelle Newcomer <mnewcomer@ktmc.com>; Austin Manning <AManning@ktmc.com>; Andrew M. Hankins <ahankins@ktmc.com>; dberger@gelaw.com; kfisch@gelaw.com; cmoyna@gelaw.com; jpark@gelaw.com; RBerger@gelaw.com; 'Cecilia Stein' <cstein@gelaw.com>
**Subject:** Sjunde AP-Fonden, et al. v. General Electric Co., et al., No. 17-cv-8457 (JMF)

Counsel,

Plaintiffs intend to seek leave to file an amended complaint on Wednesday, January 19, 2022, to replead a January 20, 2017 statement by Jeff Bornstein that the Court previously dismissed. We intend to rely on information contained in the documents identified below to support the amendment. Please let us know by **noon ET** on Wednesday, January 19, 2022, if Defendants will withdraw the confidentiality designations ascribed to these documents. If not, we will file Plaintiffs' motion for leave to amend and proposed amended pleading consistent with Judge Furman's Individual Rule 7(C)(iii). In that case, please let us know if we may represent that the accompanying motion to redact is unopposed. Pursuant to Judge Furman's Individual Rule 7(C)(i), if Defendants choose not to withdraw these confidentiality designations they must file, within three days, a letter explaining the need to redact Plaintiffs' motion for leave to amend and the accompanying proposed amended pleading.

List of documents:
- Ex. 34
- Ex. 39
- Ex. 41
- Ex. 43
- Ex. 92
- Ex. 101
- Ex. 107
- Ex. 108
- Ex. 110
- Ex. 114
- Ex. 116
- Ex. 174
- Ex. 177
- Ex. 180
- Ex. 182
- Ex. 184
- Ex. 190
- Ex. 209
- Ex. 265
- Ex. 269
- Ex. 275
- Ex. 278
- Ex. 279
- Ex. 280
- Ex. 282
- Ex. 283
- GE_SDNY00043656
- GE_SDNY00043680

- GE_SDNY00082402
- GE_SDNY00374666
- GE_SDNY00550424
- GE_SDNY00634290
- GE_SDNY00666032
- GE_SDNY00666927
- GE_SDNY00730599
- GE_SDNY00979605
- Bolze Transcript at 225
- Calpeter Transcript at 142–43
- Delgadillo Transcript at 54
- Eshoo Transcript at 65–66
- Williamson Transcript at 44–45, 121–22
- Vitanza SEC Transcript at 127–34, 141–46, 154, 167–68

Regards,
Evan

_____
**Evan Hoey, Associate**



280 King of Prussia Road
Radnor, Pennsylvania 19087
Direct Dial: 484-270-1438
General Firm Phone: 610-667-7706
General Firm Fax: 610-667-7056
e-mail: ehoey@ktmc.com
Internet: www.ktmc.com

CONNECT WITH KTMC
  

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT
The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.