February 9, 2022

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: *Sjunde AP-Fonden, et al. v. Gen. Elec. Co., et al.*, **Case No. 17-cv-8457 (JMF)**

Dear Judge Furman:

Pursuant to Rules 1(F) and 3(A) of Your Honor's Individual Rules and Practices in Civil Cases, counsel for Plaintiffs and Defendants write jointly to request: (i) a 21-day extension of the expert discovery deadline as set forth in the Court's Order dated October 12, 2021 (ECF No. 269); and (ii) amendments to the summary judgment briefing schedule set forth in the Civil Case Management Plan and Scheduling Order dated February 26, 2021 ("Scheduling Order") (ECF No. 211).

First, to accommodate witness schedules, the parties have agreed to conduct two fact witness depositions after the February 1, 2022 cutoff. The first of those depositions took place on Friday, February 4, and the second will occur just over three weeks after the original cutoff, on February 24, 2022. As a result, the parties respectfully request that the Court extend the deadline for the completion of expert discovery, which is currently scheduled for May 24, 2022, by three weeks, to June 14, 2022. This extension will allow the parties' experts to consider the full factual record before exchanging expert reports.

Second, under the Scheduling Order, motions for summary judgment must be filed within 30 days of the close of expert discovery, with opposition briefs filed two weeks later, and reply briefs filed one week after service of opposition briefs. The parties have conferred and agree that, given the voluminous factual record at issue in this case and the complexity of the legal and factual issues that will be addressed at summary judgment, additional time is warranted. As a result, the parties respectfully request that summary judgment motions be filed 60 days after the close of expert discovery, that opposition briefs be filed 60 days later, and that reply briefs be filed 30 days after service of opposition briefs.

Accordingly, the parties respectfully submit that good cause exists to amend the case schedule and enter the proposed deadlines set forth in the chart below.

| Event | Current Deadline | New [Proposed] Deadline |
|---|---|---|
| Completion of Expert Discovery | May 24, 2022 | June 14, 2022 |
| Summary Judgment Motions | June 23, 2022 | August 12, 2022 |

The Honorable Jesse M. Furman
Page 2
February 9, 2022

| Oppositions to Summary Judgment Motions | July 7, 2022 | October 11, 2022 |
|---|---|---|
| Replies in Further Support of Summary Judgment Motions | July 14, 2022 | November 10, 2022 |

    To date, the parties have requested two extensions to deadlines set forth in the Scheduling Order: 1) ECF No. 232, requesting an extension to the loss causation expert discovery and class certification deadlines; and 2) ECF No. 268, requesting an extension to the fact and expert discovery deadlines, as well as an extension to the pretrial conference date. The Court granted both requests. ECF No. 233; ECF No. 269.

    The parties' next appearance before the Court is scheduled for June 2, 2022 at 3:30 p.m. ECF No. 302.

Respectfully submitted,

KESSLER TOPAZ MELTZER & CHECK, LLP

By: */s/ Sharan Nirmul*
    Sharan Nirmul
    280 King of Prussia Road
    Radnor, PA 19087
    Tel: (610) 667-7706
    Fax: (610) 667-7056
    Email: snirmul@ktmc.com

*Counsel for Lead Plaintiff Sjunde AP-Fonden and Lead Counsel for the Class*

LATHAM & WATKINS LLP

By: */s/ Sean M. Berkowitz*
    Sean M. Berkowitz (*pro hac vice*)[1]
    330 North Wabash Avenue, Suite 2800
    Chicago, IL 60611
    Tel: (312) 876-7700
    Fax: (312) 993-9767
    Email: sean.berkowitz@lw.com

*Counsel for Defendants General Electric Company and Jeffrey S. Bornstein*

GRANT & EISENHOFER P.A.
By: */s/ Daniel Berger*
    Daniel Berger
    485 Lexington Avenue
    New York, NY 10017
    Tel: (646) 722-8500
    Fax: (610) 722-8501
    Email: dberger@gelaw.com

*Counsel for Additional Plaintiff The Cleveland Bakers and Teamsters Pension Fund*

---

[1] Plaintiffs use electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.