# EXHIBIT A

**Defendants' Redactions to the 6AC (*see* ECF No. 300-1)**



| 6AC Paragraph | Redacted Text |
|---|---|
| 529 | |
| 530 | |
| 531 | |
| 536 | |
| 546 | |
| 547 | |
| 548 | |

# EXHIBIT A

**Defendants' Redactions to the 6AC (*see* ECF No. 300-1)**



| 6AC Paragraph | Redacted Text |
|---|---|
| 551 | |
| 552 | |
| 553 | |
| 554 | |
| 555 | |
| 557 | |

# EXHIBIT A

**Defendants' Redactions to the 6AC (*see* ECF No. 300-1)**



| 6AC Paragraph | Redacted Text |
|---|---|
| 558 | |
| 564 | |
| 568 | |
| 569 | |

# EXHIBIT A

## Defendants' Redactions to the 6AC (*see* ECF No. 300-1)



| 6AC Paragraph | Redacted Text |
|---|---|
| 570 | |
| 571 | |
| 572 | |
| 573 | |
| 574 | |
| 584 | |
| 585 | |
| 587 | |

# EXHIBIT A

**Defendants' Redactions to the 6AC (*see* ECF No. 300-1)**

| 6AC Paragraph | Redacted Text |
|---|---|
| 588 |  |
| 589 | |