UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:17-cv-8457-JMF |

**DECLARATION OF SHARAN NIRMUL IN SUPPORT OF CLASS
REPRESENTATIVES' MOTION TO APPROVE THE FORM
AND MANNER OF CLASS NOTICE**

　　1.　　I, Sharan Nirmul, am a partner of the law firm Kessler Topaz Meltzer & Check, LLP, Court-appointed Class Counsel for Class Representatives Sjunde AP-Fonden and The Cleveland Bakers and Teamsters Pension Fund and the Court-certified Class in the above-captioned action ("Action"). I am admitted to practice before this Court.

　　2.　　I am familiar with the facts set forth below and submit this declaration in support of Class Representatives' Motion to Approve the Form and Manner of Class Notice.

　　3.　　Attached hereto as Exhibit A is the [Proposed] Order Approving the Form and Manner of Class Notice. Attached as Exhibits 1, 2, 3, and 4 to the [Proposed] Order are the proposed Notice of Pendency of Class Action, the proposed Postcard Notice, the proposed Summary Notice of Pendency of Class Action, and the proposed Notice Plan, respectively.

4.    Attached hereto as Exhibit B is a true and correct copy of the résumé of JND Legal Administration, the administrator Class Counsel is proposing to disseminate notice to the Class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2022 in Radnor, Pennsylvania.

<u>*S/ Sharan Nirmul*</u><br>
Sharan Nirmul