# EXHIBIT B

JND Securities Matters

# SECURITIES MATTERS



**NEIL ZOLA**
**EXECUTIVE MANAGING DIRECTOR**



**LUIGGY SEGURA**
**VICE PRESIDENT – OPERATIONS**

JND's securities team, located in New York, is managed day-to-day by Vice President Luiggy Segura and is ultimately overseen by Co-Founder Neil Zola, with over 25 years' experience in securities class action litigation and administration. Neil has played a direct role in many of the largest securities settlements in our country's history, including the $6.15 billion WorldCom Securities Litigation settlement, the $3.2 billion Tyco International Securities Litigation settlement, the $2.2 billion Nortel Networks Securities Litigation settlement and the $586 million IPO Securities Litigation settlement, among hundreds of other matters.

JND is an approved vendor for the Securities and Exchange Commission ("SEC"). We assist the SEC in developing complex plans of distribution and perform all tasks necessary for the smooth and efficient administration of SEC Fair Funds.



### PRE-SETTLEMENT CONSULTING

We begin by consulting with clients on how to develop allocation methodologies and design efficient, economical roadmaps for settlement administration while providing support prior to and at the preliminary approval stage.



### INDUSTRY-LEADING NOTICE PROGRAM

JND has one of the most extensive broker lists in the business. Our proprietary notice distribution list includes more than:

- 400 corporate funds and corporate/public/union pension funds
- 150 banks and insurance companies
- 600 hedge funds
- 1,000 investment banks
- 70 large endowments
- 2,000 broker dealers, money managers and others

We have the capability to support our direct notice mail and email campaigns with a full spectrum of media including television, print, digital and radio.



### COMPLEX CLAIMS PROCESSING

JND seamlessly handles all aspects of claims processing, from intake through deficiency handling to loss calculation. Our proprietary systems enable us to securely handle all kinds of electronic filings from large institutions and third-party filing companies online via JND's case-specific websites. We provide white-glove service to handhold claimants through the process and our on-site team of call center representatives works seamlessly with management to address claimant questions in real time.



### BENEFITS DISBURSEMENT

- Our team has disbursed billions of dollars in settlement benefits and routinely works with major financial institutions to set up Qualified Settlement Funds ("QSFs").

- Our expertise in benefits calculation allows us to navigate even the most complex allocation methodologies and accurately apply them to individual class members, including large institutional investors.

## PROMINENT CASE HISTORY

- *Akorn Securities Litigation*
- *Akorn Inc., Data Integrity Securities Litigation*
- *Barclays LX Securities Litigation*
- *Bethany Liou & GCRC, LLC Fair Fund*
- *BlackRock Wells Fargo Trustee Settlement*
- *Citigroup Securities Litigation*
- *Cognizant Securities Litigation*
- *ComScore Securities Litigation*
- *Dole Food Company Securities Litigation*
- *Endo International Securities Litigation*
- *Equifax Inc. Securities Litigation*
- *GoPro Shareholder Litigation Settlement*
- *GTV Media Group Fair Fund Settlement*
- *Halliburton EPJ Fund Securities Litigation*
- *Impax Securities Settlement*
- *IPO Securities Litigation*
- *Mattel Securities Litigation*

- *Navient Corp Securities Litigation*
- *Nortel Networks Securities Litigation I & II*
- *Novo Nordisk Securities Litigation*
- *Palm House Hotel Distribution Fund*
- *Resideo Technologies Securities Settlement*
- *Robinhood Financial Fair Fund Settlement*
- *Royal Ahold Securities and ERISA Litigation*
- *Signet Securities Litigation*
- *Snap Inc. Securities Litigation*
- *Spectrum Brand Securities Litigation*
- *Stericycle Securities Litigation*
- *Tyco International LTD Securities Litigation*
- *Washington Mutual Securities Litigation*
- *Wells Fargo RMBS Trustee Litigation*
- *WorldCom, Inc. Securities Litigation*
- *Yahoo! Securities Litigation*
- *Zimmer Biomet Securities Litigation*

All cases listed above were handled directly by one of the Founders of JND or by another senior JND employee still working for the company.

**CONTACT:** JNDLA.com    800.207.7160    info@JNDLA.com

**CONNECT:**  /jnd-legal-administration     /jnd_la     /JNDLegalAdministration

