UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>      Defendants. | Case No. 1:17-cv-8457-JMF |

**[~~PROPOSED~~] ORDER APPROVING THE FORM
AND MANNER OF CLASS NOTICE**

WHEREAS, by Opinion and Order dated April 11, 2022 (ECF No. 314), the Court certified the above-captioned action ("Action") to proceed as a class action on behalf of the following class: all persons and entities that purchased or acquired General Electric Company ("GE") common stock between February 29, 2016 and January 23, 2018, inclusive and were damaged thereby (the "Class");[1]

WHEREAS, Court-appointed Class Representatives Sjunde AP-Fonden and The Cleveland Bakers and Teamsters Pension Fund (together, "Class Representatives") have moved the Court, pursuant to Federal Rule of Civil Procedure ("Rule") 23, for an order approving the proposed form and content of the notices to be disseminated to the Class as well as the proposed methods for dissemination of these notices ("Motion"); and

WHEREAS, the Court has reviewed and considered Class Representatives' Motion and is otherwise fully advised of the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1.     Class Representatives' Motion is GRANTED.

2.     The proposed Notice of Pendency of Class Action ("Notice"), the proposed Postcard Notice ("Postcard Notice"), the proposed Summary Notice of Pendency of Class Action ("Summary Notice"), and the proposed methods and schedule for notifying the Class of the pendency of the Action as a class action ("Notice Plan"), attached hereto as Exhibits 1-4, respectively, meet the requirements of Rule 23 and due process, constitute the best notice

---

[1]     Excluded from the Class are: (a) Defendants; (b) GE's subsidiaries and affiliates; (c) any officer, director, or controlling person of GE, and members of the immediate families of such persons; (d) any entity in which any Defendant has a controlling interest; (e) Defendants' directors' and officers' liability insurance carriers, and any affiliates or subsidiaries thereof; and (f) the legal representatives, heirs, successors, and assigns of any such excluded party.

practicable under the circumstances, and shall constitute due and sufficient notice to all persons and entities entitled thereto.

3. Specifically, the proposed form and content of the Notice, Postcard Notice, and Summary Notice meet the requirements of Rule 23(c)(2)(B), as they collectively, clearly, and concisely state in plain, easily-understood language all of the following: (i) the nature of the Action; (ii) the definition of the Court-certified Class; (iii) the Class claims, issues, or defenses; (iv) a Class member's right to enter an appearance through his, her, or its own attorney if the Class member so desires; (v) that the Court will exclude from the Class any Class member who properly requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a Class judgment on Class members under Rule 23(c)(3).

4. The Court hereby approves the form, substance, and requirements of the Notice, the Postcard Notice, and the Summary Notice, attached as Exhibits 1-3 hereto, and the methods for disseminating notice to the Class as set forth in the Notice Plan, attached as Exhibit 4 hereto.

5. The Court hereby orders that, for purposes of providing notice, Defendants shall, within five (5) calendar days following the entry of this Order, produce or cause to be produced, at no cost to Class Representatives, any other Class member, or their attorneys, a list of the holders of record (consisting of shareholder names, addresses, and, if available, email addresses) who purchased or acquired GE common stock between February 29, 2016 and January 23, 2018, inclusive, in an electronically-searchable form, such as Excel.

6. The Court hereby orders Class Representatives to disseminate notice to the Class in substantially the forms submitted as Exhibits 1-3 hereto and using the methods set forth in Exhibit 4 hereto.

IT IS SO ORDERED.

Dated: May 27, 2022
New York, New York

THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

The Court encourages (but does not require) the addition of a QR code to the Postcard Notice that would direct a user to the settlement website.

The Clerk of Court is directed to terminate ECF No. 331.