UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SJUNDE AP-FONDEN et al.,

                    Plaintiffs,

          -v-

GENERAL ELECTRIC COMPANY et al.,

                    Defendants.
-------------------------------------------------------------------X

17-CV-8457 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- By **August 4, 2022**, the parties shall file a joint letter with a detailed proposal regarding motion practice and a proposed briefing schedule. In the same letter, the parties shall provide an update to the Court regarding any efforts to reach a settlement, including whether there is anything the Court can do to facilitate such negotiations.

SO ORDERED.

Dated: June 2, 2022
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge