# EXHIBIT D

# TIMELY EXCLUSION REQUESTS

1. Deborah Ann Vennett
   Schenectady, NY

2. Phillip H. Vennett Sr. (deceased)
   Schenectady, NY

3. Linda M. Kapsa
   Schaumburg, IL

4. Dana Perry
   Cumberland, RI

5. Leyla Akinli, Custodian for
   Aydin James Akinli
   Durham, NC

6. Susan D. Connelly
   Schenectady, NY

7. Leticia G. Flynn, Custodian for
   Thomas F. Flynn, UGMA NY
   Beacon, NY

8. Victor T. Bucci
   Brookfield, CT

9. Merle L. Johnson
   North Syracuse, NY

10. John E. Sikora
    Adena, OH

11. Ronald Opfer
    Waukon, IA

12. Katherine P. Boucher
    Hilliard, OH

13. Marissa Koziar
    Nutley, NJ

14. Richard M. Brown
    Detroit, MI

15. Christine E. Klepacz &
    The Janusz Klepacz Irrev. Trust
    Bethesda, MD

16. Kathleen M. Kenney
    Carlisle, PA

17. Walter Pius (deceased) &
    Janet Pius
    Erie, PA

18. Catherine J. Furay on behalf of
    Elizabeth Furay (deceased)
    Madison, WI

19. Pamela M. Stratton
    Arlington, VA

20. Donald P. Walters
    Guilford, CT

21. Otho Kinser & Mary Kinser
    Roodhouse, IL

22. Vera K. Orthlieb on behalf of the
    Estate of Mary J. Kemper
    (deceased)
    Wallingford, PA

23. Dominic F. Amorosa & Dominic
    F. Amorosa Esq. Profit Sharing Plan
    Short Hills, NJ

# TIMELY EXCLUSION REQUESTS

24. Beverly Joyce Roy & Donald Authur Roy
    Bradenton, FL

25. Mark Coleman
    Nutley, NJ

26. Richard B. McCarty & Mary Ann McCarty
    Fredericktown, PA

27. Cynthia Patricia Fetterman
    Red Bank, NJ

28. Jean M. Smith
    Cedarburg, WI

29. Ray Larry Burns
    Houston, TX

30. Hannah Roberts
    Leakesville, MS

31. James S. Allen
    El Paso, TX

32. Mary Ellen McNulty
    San Jose, CA

33. Melanie A. Dugan
    Santa Fe, NM

34. Thomas John Little
    Harrisburg, PA

35. Jeffrey W. Connelly
    Schenectady, NY

36. Mark O. Wechsler
    Covina, CA

37. Jeanne Richter
    Jacksonville, FL

38. Gary Nesser
    Yorktown, VA

39. Satoya Clark
    Baltimore, MD

40. Wayne E. Watkins & Shirley O. Watkins
    Durham, NC

41. David J. Laird (deceased) & Mary Lee Laird
    Erie, PA

42. Diana Lee Simmons
    Vernon, CT

43. Ann Houseman on behalf of Evan Kenny Houseman (deceased)
    Hockessin, DE

44. Vincent J. Acampora
    Austin, TX

45. Sherif Robert Hesni
    Washington, DC

46. Timothy A. Fram
    Lowell, MA

# TIMELY EXCLUSION REQUESTS

47. Jac'Queis Andrew Gooch
    Racine, WI

48. John Billington
    Kremmling, CO

49. Peter W. Flagg & Mayra C. Flagg
    Riverview, FL

50. Scott Stephens
    Daly City, CA

51. James Douglas Wilson
    Cheyenne, WY

52. Joan M. Brengelman
    Trussville, AL

53. William S. Erickson
    Clearwater, FL

54. Steven R. Feller
    Fort Collins, CO

55. Michelle L. Feller
    Fort Collins, CO

56. Charles (Chuck) Anthony Piccirillo
    Provincetown, MA

57. Thomas A, Bundros
    Dalton, GA

58. Tonda B. Dunbar
    Middleburgh, NY

59. Antonia C. Shoham, TTEE
    UA DTD 7/13/2013
    Duxbury, MA

60. Robert O. Yantz on behalf of Robert M. Yantz (deceased)
    Millersville, PA

61. Clyde W. Yoder
    Millersburg, OH

62. Raymond Sai
    Sunnyvale, CA

63. Maria Javier Trapani
    Miami, FL

64. Walter A. Meller
    Abilene, TX

65. JC&ME Enterprises, LLC, Lynda Birch, Manager
    Oklahoma City, OK

66. Allene Haskovec on behalf of Ivan Haskovec (deceased)
    Littleton, CO

67. Robert W. Sanders
    Sequim, WA

68. David R. Anderson
    North Ridgeville, OH

69. Helen K. Young
    Bensalem, PA

70. Lois H. Friedrichsen
    Larkspur, CO

71. Yoon Chee Chia (David Chia)
    Singapore

# TIMELY EXCLUSION REQUESTS

72. Patricia W. Hardwick on behalf of Michael Hardwick (deceased)
    Aiken, SC

73. Elizabeth M. Rutherford
    Camano Island, WA

74. Paul T. Newbourne & Laura E. Newbourne
    Signal Mountain, TN

75. Mary K. Fuhrman & Daryl Fuhrman
    Aberdeen, SD

76. Ronald Dong
    Emeryville, CA

77. Marcella Francesse Enos
    Fair Oaks, CA

78. Cornwal K.S. Matsusaka
    Aiea, HI

79. Gerald R. De Groot
    Bainbridge Island, WA

80. Marie J. Fligsten
    Bainbridge Island, WA

81. Michele A. Cannella, TTEE on behalf of the Estate of Jack and Donna Haygood Family Trust
    Davie, FL

82. Marie U. Stoker
    Napa, CA

83. Jean M. Brown
    Paradise, CA

84. Steven M. Brown
    Paradise, CA

85. Candyce D. Morris
    Crestline, CA

86. Judith B. Steinberg on behalf of the Estate of Sylvan J. Steinberg (deceased)
    New Orleans, LA

87. Greg Steven Highfill
    Las Vegas, NV

88. Edward F. Dash
    Highlands Ranch, CO

89. Alexander Blase Tarantino
    Carmel, CA

90. Paula Rose Tarantino
    Carmel, CA

91. Joe Vincent Tarantino
    Carmel, CA

92. Joseph A. Walker
    Summerville, SC

93. Fraser C. Wong
    Las Vegas, NV

94. Barbara J. Dash
    Highlands Ranch, CO

95. Steven M. McBride on behalf of Patricia A. McBride (deceased)
    Jacksonville, FL

# TIMELY EXCLUSION REQUESTS

96. Jane Louise Ballinger Estes
 & Charles A Estes (deceased)
 Salt Lake City, UT

97. Florence M. Evans & Peter &
 Florence Evans Rev Trust
 Ellicott City, MD

98. Carroll Duff
 No Address Provided

99. Cheryll Smith
 Union Gap, WA

100. Joseph R. Ramirez
 Baldwin City, KS

101. Angela C. Paulsen
 Buckeye, AZ

102. Martin L. Paulsen
 Buckeye, AZ

103. Brian Ray Heaps
 Redding, CA

104. Kimberley Ruth Heaps
 Redding, CA

105. Jeff R. Hoerr
 Mapleton, IL

106. Barbara L. Hoerr
 Mapleton, IL

107. Leonard DeStefano
 Drexel Hill, PA

108. Eileen DeStefano
 Drexel Hill, PA

109. Patrick J. Thorn
 Kingwood, WV

110. Patten Stewart
 Marble Falls, TX

111. Elizabeth A. Clark on behalf of
 The Estate of Paul S. Clark
 Glenview, IL

112. Annamaria F. Demiris
 Woodstock, GA

113. Daniel Ray Verhelle
 Linden, MI

114. Gregory Dean Isaac
 Parma, MI

115. Gloria Uzzell
 North Fort Myers, FL

116. John C. Chanas, executor on behalf
 of the Estate of Peter King III
 Greensboro, NC

117. Steven Cohen
 Valley Stream, NY

118. Kathleen M. Bartin
 Chambersburg, PA

119. Jack R. Cox
 Grayville, IL

# TIMELY EXCLUSION REQUESTS

120. Kristin Perchal
 Fort Calhoun, NE

121. Albert J. Peterson &
 Evelyn Arnell Peterson
 Eau Claire, WI

122. Wei Yu
 Philadelphia, PA

123. Randall John Anderson
 Barnum, MN

124. Douglas J. Guillot
 Plattenville, LA

125. Stephen M. Richards
 Bakersfield, CA

126. Virginia L. Verburg
 Richmond, TX

127. Madeline Anes Hagen & Sally Anes (deceased)
 San Antonio, TX

128. Perry H. McGowan
 Forest Lake, MN

129. Emery Wong
 Pomona, CA

130. Michelle Annette Schumacher
 Anaheim, CA

131. Robert J. Woessner
 Apex, NC

132. Roylee Pflughoeft & Jane Plowman on behalf of the Frederick & Roylee Pflughoeft Rev. Liv. Trust dated 11/02/1992
 Wauwatosa, WI

133. James A. Blackledge
 Omak, WA

134. Suzanne Fonda
 Manassas, VA

135. Joseph D. Russo
 New York, NY

136. Wendy Abramowitz
 Glen Cove, NY

137. Diana Rank
 Arma, KS

138. Elisabeth A. Hayden, TTEE on behalf of the
 Elisabeth Auld Hayden Rev Trust
 La Jolla, CA

139. Nancy Bosch & Wim Bosch (deceased)
 Avilla, IN

140. Sharyn L. Nichols
 Lexington, KY

141. Jean Marie Eby
 Seville, OH

142. Brady Gambone
 Lexington, MA

# TIMELY EXCLUSION REQUESTS

143. William E. Boyke & Elaine A. Boyke
 Plymouth, MI

144. Duane Willman & Tina Willman
 The Colony, TX

145. Kathleen D. Anderson on behalf of the Kathleen D. Stiller Rev Liv Trust U/A Dtd. 11/12/1996
 Dallas, OR

146. Jo Jacqulyn Lazzell
 Punta Gorda, FL

147. John M. Gregory
 Sarasota, FL

148. Mary Lou Yindra
 Ivoryton, CT

149. Jennifer M. Lynch
 Mahopac, NY

150. Torry Arnold Olsen
 Mandal, Norway

151. Diana Lejeune
 Centralia, WA

152. Virginia M. Florczyk & Alexander P. Florczyk (deceased)
 Denver, NC

153. James S. Tisch on behalf of the James S. Tisch 1991 Trust
 New York, NY

154. Sandra Tunik & Ira Tuni(deceased)
 Santa Rosa, CA

155. Jane B. Greene TTEE on behalf of the Jay W Greene and Jane B Greene T Tr U/A dtd 10/19/1993
 Muncie, IN

156. Harvey Brower
 Holland, MI

157. Thomas M. Jakub and Elvira J. Jakub
 Vienna, VA

158. Esgardo Acosta
 Schuyler, NE

159. Monica N. Brown
 Lynchburg, VA

160. Jean F. King on behalf of the Walter L. Wetzel Estate
 Phoenix, AZ

161. Judith A. Rowe
 Brookville, IN

162. Tony Khanh Truong
 Houston, TX

163. Nigel Whincup
 Berkshire, United Kingdom

164. Janiece Beinke
 Alabaster, AL

165. Melanie Cox
 East Liverpool, OH

# TIMELY EXCLUSION REQUESTS

166. Patricia E. Collins and T. G. Collins TR
    St. Maries, ID

167. Charles Presley
    Hiltons, VA

168. Kasahara Yoshio
    The Trizon, Singapore

169. Gloria Carruth
    Kingwood, TX

170. Manas Pal
    Sunnyvale, CA

171. Emily M. Clayton
    Bosque Farms, NM

172. Robert David Young
    Springfield, OH

173. Thomas R. Hays & Lori Jean Hays
    Aurora, OR

174. Ronald A. Detert
    Brillion, WI

175. James A. Karlowicz & Connie L. Karlowicz
    Dover, OH

176. Marshall Stephen McKee
    Novato, CA

177. Sonny T. Hoang
    San Jose, CA

178. Sharon Reuter Zigler TTEE on Behalf of the Johnson Family Trust
    Galesburg, IL

179. Brian P. Conley
    Arvada, CO

180. Chunjian Ren
    Irvine, CA

181. Ronald D Anderson
    Sleepy Hollow, IL

182. Philip T. Shaughnessy
    Grass Lake, MI

183. LaVerda Sue Johnson
    Redmond, UT

184. Alan L. Gardner
    Warner Robins, GA

185. Wanda Leone
    Anna, TX

186. Diana K. Stewart
    Hale, MO

187. Dennis M. Egan & Margaret I. Egan
    Oakton, VA

188. William George Valance
    South Setauket, NY

189. Julee Hoang Do
    San Jose, CA

# TIMELY EXCLUSION REQUESTS

190. Resa Wilcox on behalf of Resa Clark Wilcox TOD Tina Jo Briggs, Leslie Franz, Marlee Snow and Resa Clark Wilcox Melody Clark Bondurant, Exec Est of Dorothy S. Clark
Saint Augustine, FL

191. Mary W. Hartman
Albuquerque, NM

192. D. Todd Durham on behalf of Walter M. Overbeck (deceased)
Cincinnati, OH

193. William F. Northcutt
Cincinnati, OH

194. Carol J. Shoulders
Princeton, IN

195. Darlene Decker
Broken Bow, OK

196. Jose Luis Baldor
Larchmont, NY

197. Beau Allen West
Nicholasville, KY

198. John W. Parthum Jr.
Grosse Pointe Woods, MI

199. Barbara F. Roth
Madison, WI

200. Tahir C. Belbez & Ayse M. Belbez
Burlington, ON, Canada

201. Mary Ruth Williams
Fuquay-Varina, NC

202. Richard D. Simmons II
Graham, NC

203. Harvey Schmidt
No Address Provided

204. John Rohrl & Helen Rohrl
Newnan, GA

205. Paul Letkiewicz
Erie, PA

206. Vickie E. Amendola
Valdosta, GA

207. Doris E. Darnall
Savannah, GA

208. John D. Ridenour
Orlando, FL

209. Sarah C. King
Barbourville, KY

210. Sandra K. Johnson
LaGrange, GA

211. Donna Jean Wiskow
Kaukauna, WI

212. Ahmet Tuter
Ankara, Turkey

213. Harald Nissen on behalf of ODIN Forvaltning AS
Oslo, Norway

# TIMELY EXCLUSION REQUESTS

214. Yu S. Kim on behalf of
     Dylan Bomin Kim
     Laguna Woods, CA

215. Yu S. Kim on behalf of
     Travis Gyumin Kim
     Laguna Woods, CA

216. Yu S. Kim & Jin A. Kim
     Laguna Woods, CA

217. Yu S. Kim
     Laguna Woods, CA

218. Mila Ordonez on behalf of
     Felipe A. Ordonez Jr.
     Sugarland, TX

219. Erik Sorensen
     Burnaby, BC, Canada

220. Maryanne T. Harris
     Mashpee, MA

221. Edith Yu on behalf of
     Richard T. Yu (deceased)
     Berkeley, CA

222. Ronald Uptigrove
     Bastrop, LA

223. Patricia Cosimano for
     Bernard Cosimano (deceased)
     Southold, NY

224. Donna Knudsen Joyner
     Deltona, FL

225. Geraldine Rosner
     Hollywood, FL

226. Geraldine Rosner for
     Heather Rosner
     Hollywood, FL

227. Daniel L. Eckert
     Kewaunee, WI

228. Jacoba J. Van Sitteren
     Loosdrecht, Netherlands

229. Linda Dodd Chandler on behalf
     of Anne B. Dodd (deceased)
     Estate
     Angier, NC

230. Susan Hay on behalf of Marie B.
     Kran (deceased)
     Arvada, CO

231. Joshua Mayer
     Colorado Springs, CO

232. Cindy Weinberg Russo
     Trussville, AL

233. Nancy H. Brown
     Sherwood, OR

234. Julia Beth Scheerer
     Rockville, MD

235. James Norman Frame on behalf
     of the Estate of Peter Franklin
     Frame
     Charleston, WV

# TIMELY EXCLUSION REQUESTS

236. Ann Cromptin Tippin Prestney TTEE for the Ross S. and Ruth C. Tippin, Ann C.T. Prestney Trust
New Hope, PA

237. Ann Crompton Tippin Prestney
New Hope, PA

238. Teri L. Giovanine Hodges
Bishop, CA

239. Matthew P. Abell
Woburn, MA

240. William C. Martin
Quitman, TX

241. Ursula C. Pasquerella & Anthonay Pasquerella
Schenectady, NY

242. Linda S. Smith
Torrance, CA

243. Stewart L. Haimson
Las Vegas, NV

244. Mary Belinda Gosson
Bellevue, WA

245. Matthias N. Steinbruechel
Mannedorf, Switzerland

246. Patricia E. Keene
Tucson, AZ

247. Janis (Mahaney) Cole on behalf of the Estate of Carroll Edward Mahaney (deceased)
Vestavia, AL

248. Pamela C. Goddard and Gary W. Goddard
Concord, NH

249. Helen D. Parnell
Winslow, ME

250. William J. Miller
New Berlin, WI

251. Stanley M. Schleusener TTEE on behalf of Stanley M. Schleusener Family Trust U/A DTD 7/28/2014
Tomah, WI

252. Susan Hannigen Butler on behalf of Hattie W. Hannigen Family Trust
Medfield, MA

253. Susan Hannigen Butler on behalf of Robert C. Hannigen Trust DTD 04/30/1992
Medfield, MA

254. Thomas Theodore Saunders
Arlington, WA

255. William S. Miller
New Berlin, WI

256. Juanita M. Andres
Phoenix, AZ

# TIMELY EXCLUSION REQUESTS

257. Carolyn Westbrook Bialik
     Towson, MD

258. Pamela Jo Stillwell
     Dunkirk, MD

259. Christine K. Yonkos
     Washington, MI

260. Michael J. McCarthy
     Canton, CT

261. Patricia Boehm
     Lancaster, VA

262. Troy Officer
     Bloomington, MN

263. Mazen Atwi
     Lafayette, LA

264. Ramona Mielusel
     Lafayette, LA

265. Marjorie Louise Neal
     Jacksonville, OR

266. Paul W. Frattini
     Flat Rock, MI

267. James Dam
     Oneida, NY

268. Andrew Lee Tucker
     Austin, TX

269. Judy Harmon
     Lake Park, IA

270. Kathleen A Perrine
     Bloomsburg, NJ

271. Steve Van Gheem ACF
     James Van Gheem
     Andover, MN

272. Belinda Ang
     Singapore

273. Robert N. Pence
     Vienna, VA

274. Thomas Dale Hire
     Lewisville, NC

275. Mark A. Pipis & Virginia L. Pipis
     Dundee, MI

276. Gina L. Stockmann
     Wright City, MO

277. Nathan Loral Hajduk
     Wyandotte, MI

278. Sandra L. Hoffmann
     Temperance, MI

279. Daniel Ivan Luketic
     Kirtland, OH

280. Inge Olav Waage & Anne
     Karin Waage
     Notodden, Norway

281. Thomas S. Ogata and Jean H.
     Ogata for
     the JWM Rev Liv Trust
     Plano, TX

# TIMELY EXCLUSION REQUESTS

| | |
|---|---|
| 282. Connor Mason<br>Filley, NE | 290. Jennifer Q. Russell, Trustee on behalf of the Kathlyn W. Quig Trust UA 11/19/93 George E. Quig Trust<br>Milton, VT |
| 283. Matthew A. Ubelhor<br>Evansville, IN | |
| 284. Graeme Shirley<br>San Diego, CA | 291. Fu Sheng Wu<br>Belmont, MA |
| 285. June Catherine Simon<br>Saint John, IN | 292. Robert W. McGuire<br>San Francisco, CA |
| 286. Linda E. Derber<br>Hayward, WI | 293. Gerd Enke<br>Wolfsburg, Germany |
| 287. Robert Gagnon<br>Laval, QC, Canada | 294. Monica M. Miszczak<br>Milwaukee, WI |
| 288. Robert Gagnon on behalf of Entreprises Fiscale Taxe R.L. Inc.<br>Laval, QC, Canada | 295. Larry H. Coots<br>Scottsboro, AL |
| | 296. Linda Lafuze<br>Richmond, IN |
| 289. Joachim Brandmaier of Weiler & Eberhardt Depotverwaltung AG on behalf of IP Concept for the following funds: Stuttgarter-Aktien-Fonds, Stuttgarter Dividendenfonds, and Stuttgarter Energiefonds<br>Stuttgart, Germany | 297. Marje-Kai Kirves<br>Peterborough, ON, Canada |
| | 298. Shona Gourlay<br>Calgary, AB, Canada |
| | 299. Adam David Geltz<br>Columbia, PA |
| | 300. Kensuke Koda<br>Tokyo, Japan |

# TIMELY EXCLUSION REQUESTS

| | |
|---|---|
| 301. Doreen Hanna<br>Nanoose Bay, BC, Canada<br><br>302. Sarah Congleton King on behalf of Martha Viall Congleton (deceased) & Curtis D Congleton Sr. (deceased)<br>Barbourville, KY<br><br>303. Chan Yuen Shan<br>N.T. Hong Kong<br><br>304. Benjamin E. Ramp & Kathleen M. Ramp on behalf of the Benjamin E. and Kathleen M. Ramp Living Trust<br>Geneseo, IL<br><br>305. Nicole Thome on behalf of TBF Global Asset Management GmbH<br>Einschreiben, Singen<br><br>306. Patrick J. Flynn<br>Oldsmar, FL | |