# EXHIBIT E

# LATE EXCLUSION REQUESTS

| | |
|---|---|
| 1. Walter Rivetti<br>Italy<br><br>2. Steven S. Fitzgerald of Wollmuth Maher & Deutsch LLP<br>on behalf of<br>Touchstone Strategic Trust, Touchstone Variable Series Trust, The Western and Southern Life Insurance Company, Western-Southern Life Assurance Company, Western & Southern Financial Group, Inc. and Integrity Life Insurance Company<br>New York, NY | 3. Daisuke Kawaguchi<br>No Address Provided<br><br>4. Danielle L. Burza-Smith on behalf of Patricia Kempany as representative for the Estate of Robert Aken |