UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY and JEFFREY S. BORNSTEIN,<br><br>Defendants. | 17 Civ. 8457 (JMF) (GWG)<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Blake T. Denton, dated September 6, 2022, and all exhibits thereto, the separately bound Statement of Material Facts Pursuant to Local Civil Rule 56.1, dated September 6, 2022, and the accompanying Memorandum of Law, dated September 6, 2022, the undersigned will move this Court on behalf of Defendants General Electric Company and Jeffrey S. Bornstein before the Honorable Jesse M. Furman in Courtroom 1105 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York, 10007, for an order granting Defendants' Motion for Summary Judgment with prejudice pursuant to Federal Rule of Civil Procedure 56, and for such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order entered in this action on August 4, 2022 [Dkt. 341], Plaintiffs' opposition papers shall be submitted on or before November 6, 2022, and Defendants' reply papers shall be submitted on or before December 5, 2022.

| | |
|---|---|
| Dated: New York, New York<br>September 6, 2022 | Respectfully submitted,<br><br>LATHAM & WATKINS LLP<br><br>By: /s/ William J. Trach<br>William J. Trach (*pro hac vice*)<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 948-6000<br>william.trach@lw.com<br><br>Sean M. Berkowitz (*pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>(312) 876-7700<br>sean.berkowitz@lw.com<br><br>Blake T. Denton<br>Jooyoung Yeu<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200<br>blake.denton@lw.com<br>jooyoung.yeu@lw.com<br><br>Sarah A. Tomkowiak (*pro hac vice*)<br>555 Eleventh Street NW<br>Washington, D.C. 20004<br>(202) 637-2200<br>sarah.tomkowiak@lw.com<br><br>Colleen C. Smith (*pro hac vice*)<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>(858) 523-5450<br>colleen.smith@lw.com<br><br>*Attorneys for Defendants General Electric Company and Jeffrey S. Bornstein* |