UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SJUNDE AP-FONDEN and THE CLEVELAND BAKERS AND TEAMSTERS PENSION FUND, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>                    Defendants. | Case No. 1:17-cv-8457-JMF<br><br>Hon. Jesse M. Furman |

**OMNIBUS DECLARATION OF SHARAN NIRMUL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. DAVID I. TABAK, PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF S.P. KOTHARI, PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF CHRISTOPHER J. RUSSO, PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DANIEL R. FISCHEL, AND PLAINTIFFS' MOTION TO STRIKE THE EXPERT DECLARATION OF DANIEL R. FISCHEL**

1. I, Sharan Nirmul, am a partner of the law firm Kessler Topaz Meltzer & Check, LLP, court-appointed Lead Counsel for Class Representatives and the Class in the above-referenced action. I am admitted to practice before this Court.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of Dr. David I. Tabak, Plaintiffs' Opposition to Defendants' Motion to Exclude the Testimony of S.P. Kothari, Plaintiffs' Motion to Exclude Certain Testimony of Christopher J. Russo, Plaintiffs' Motion to Exclude the Testimony of Daniel R. Fischel, and Plaintiffs' Motion to Strike the Expert Declaration of Daniel R. Fischel, and have personal knowledge of or information bearing on the facts set forth herein.

1

3. Attached hereto are true and correct copies of the following[1]:

| Plaintiffs' Exhibit ("PX") | Description |
|---|---|
| 1 | Deposition Transcript of Brian Weverman, dated February 4, 2022 |
| 2 | Deposition Ex. 264 |
| 3 | Deposition Ex. 347 |
| 4 | Deposition Ex. 346 |
| 5 | Deposition Ex. 213 |
| 6 | Deposition Ex. 34 |
| 7 | Deposition Transcript of Jeffrey Bornstein, dated February 1, 2022 |
| 8 | GE_SDNY00717953-8044 |
| 9 | Deposition Transcript of Robert Green, dated December 17, 2021 |
| 10 | Deposition Transcript of Stephen Bolze, dated January 13, 2022 |
| 11 | Deposition Ex. 266 |
| 12 | Deposition Ex. 58 |
| 13 | Deposition Ex. 265 |
| 14 | Deposition Ex. 368 |
| 15 | Deposition Ex. 36 |
| 16 | Deposition Ex. 327 |
| 17 | GE Press Release, dated April 10, 2015 |
| 18 | GE Capital Strategy presentation, dated April 10, 2015 |
| 19 | GE Conference Call transcript, dated April 10, 2015 |
| 20 | Deposition Ex. 227 |
| 21 | Deposition Ex. 225 |
| 22 | Deposition Ex. 199 |
| 23 | Deposition Ex. 352 |
| 24 | Deposition Ex. 385 |
| 25 | Excerpts of GE's Form 10-K for 2014, dated February 27, 2015, as filed with the SEC |
| 26 | GE's Form 10-K for 2015, dated February 26, 2016, as filed with the SEC |
| 27 | GE_SDNY00973390-91 |
| 28 | McKinsey-GE_000419-24 |
| 29 | Deposition Ex. 350 |
| 30 | Deposition Ex. 373 |
| 31 | Electrical Products Group Conference transcript, dated May 20, 2015 |

---

[1] Certain PXs contain information designated "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order (ECF No. 227). Accordingly, Plaintiffs are filing those materials under seal, pending the Court's ruling on Plaintiffs' concurrently-filed letter motion pursuant to Rule 7(C) of the Court's Individual Rules and Practices in Civil Cases. In addition, certain PXs have been provided to the Court and Defendants via secure file transfer protocols.

| | |
|---|---|
| 32 | SEC Deposition Transcript of Brian Weverman, dated August 5, 2021 (GE_SDNY00980498-726)[2] |
| 33 | Deposition Ex. 236 |
| 34 | Deposition Ex. 29 |
| 35 | Deposition Ex. 321 |
| 36 | Deposition Ex. 231 |
| 37 | Deposition Ex. 273 |
| 38 | Deposition Transcript of Michael Eshoo, dated October 22, 2021 |
| 39 | Deposition Transcript of Lynn Calpeter, dated January 10, 2022 |
| 40 | Deposition Ex. 107 |
| 41 | Deposition Ex. 371 |
| 42 | Deposition Ex. 81 |
| 43 | Deposition Ex. 4 |
| 44 | Deposition Ex. 109 |
| 45 | GE_SDNY01013914-26 |
| 46 | *Wall Street Journal* article, dated October 13, 2017 |
| 47 | Deposition Ex. 80 |
| 48 | Deposition Transcript of Andrea Williamson, dated December 3, 2021 |
| 49 | Deposition Ex. 31 |
| 50 | Deposition Ex. 348 |
| 51 | Deposition Ex. 17 |
| 52 | Deposition Ex. 84 |
| 53 | Deposition Ex. 110 |
| 54 | SEC Deposition Transcript of Michael Vitanza, dated May 26, 2021 (GE_SDNY00979103-302) |
| 55 | Deposition Transcript of Estela Delgadillo, dated October 22, 2021 |
| 56 | Deposition Ex. 88 |
| 57 | Deposition Ex. 87 |
| 58 | Deposition Ex. 174 |
| 59 | Deposition Ex. 123 |
| 60 | Deposition Ex. 176 |
| 61 | Deposition Ex. 177 |
| 62 | Deposition Ex. 272 |
| 63 | Deposition Ex. 349 |
| 64 | Deposition Ex. 32 |
| 65 | Deposition Ex. 388 |
| 66 | Deposition Ex. 92 |
| 67 | Deposition Ex. 33 |
| 68 | Deposition Ex. 294 |
| 69 | GE_SDNY00043990-4009 |
| 70 | SEC Deposition Transcript of Christopher Gill, dated March 31, 2021 (GE_SDNY00278107-364) |
| 71 | Deposition Ex. 184 |

---

[2] Transcripts of depositions conducted by the SEC do not contain an index.

| | |
|---|---|
| 72 | Deposition Ex. 367 |
| 73 | Deposition Ex. 242 |
| 74 | Deposition Ex. 295 |
| 75 | Deposition Ex. 108 |
| 76 | Deposition Ex. 6 |
| 77 | Deposition Ex. 191 |
| 78 | Deposition Ex. 251 |
| 79 | Deposition Ex. 9 |
| 80 | Deposition Ex. 358 |
| 81 | Deposition Ex. 243 |
| 82 | Deposition Ex. 183 |
| 83 | Deposition Ex. 37 |
| 84 | SEC Deposition Transcript of Timothy Donovan, dated May 14, 2021 (GE_SDNY00980294-497) |
| 85 | Deposition Transcript of Timothy Donovan, dated January 25, 2022 |
| 86 | Deposition Ex. 93 |
| 87 | Deposition Ex. 129 |
| 88 | GE_SDNY00548853-65 |
| 89 | Deposition Ex. 185 |
| 90 | Deposition Ex. 338 |
| 91 | Deposition Transcript of Kevin Weber, dated October 13, 2021 |
| 92 | Deposition Ex. 117 |
| 93 | Deposition Ex. 189 |
| 94 | Deposition Ex. 297 |
| 95 | GE_SDNY00772164-68 |
| 96 | GE_SDNY00115988-89 |
| 97 | GE_SDNY00258040-53 |
| 98 | Deposition Ex. 246 |
| - - | *Intentionally left blank* |
| 100 | Deposition Ex. 43 |
| 101 | Deposition Ex. 41 |
| 102 | GE_SDNY00250989-1020 |
| 103 | GE_SDNY00251021-33 |
| 104 | GE_SDNY00251034-53 |
| 105 | Deposition Ex. 355 |
| 106 | Deposition Ex. 38 |
| 107 | Deposition Ex. 190 |
| 108 | Deposition Ex. 7 |
| 109 | Deposition Ex. 114 |
| 110 | Deposition Ex. 303 |
| 111 | Deposition Ex. 357 |
| 112 | Deposition Ex. 374 |
| 113 | Deposition Ex. 59 |
| 114 | Deposition Ex. 39 |
| 115 | Deposition Ex. 361 |

| | |
|---|---|
| 116 | Deposition Transcript of John Flannery, dated December 9, 2021 |
| 117 | Deposition Ex. 203 |
| 118 | GE's Form 10-Q for the first quarter of 2016, dated May 4, 2016, as filed with the SEC |
| 119 | GE's Form 10-Q for the second quarter of 2016, dated August 1, 2016, as filed with the SEC |
| 120 | GE's Form 10-Q for the third quarter of 2016, dated November 2, 2016, as filed with the SEC |
| 121 | GE's Form 10-Q/A for the third quarter of 2016, dated November 9, 2016, as filed with the SEC. |
| 122 | GE's Form 10-K for 2016, dated February 24, 2017, as filed with the SEC |
| 123 | Deposition Ex. 379 |
| 124 | Deposition Ex. 158 |
| 125 | Deposition Ex. 135 |
| 126 | Deposition Ex. 376 |
| 127 | Deposition Ex. 360 |
| 128 | J.P.Morgan analyst report, dated January 18, 2017 |
| 129 | Deposition Ex. 365 |
| 130 | GE_SDNY00244618-39 |
| 131 | Deposition Ex. 103 |
| 132 | Deposition Ex. 104 |
| 133 | Deposition Ex. 182 |
| 134 | Deposition Ex. 35 |
| 135 | Deposition Ex. 302 |
| 136 | Deposition Ex. 261 |
| 137 | Deposition Ex. 57 |
| 138 | Deposition Ex. 353 |
| 139 | Deposition Ex. 209 |
| 140 | Deposition Ex. 187 |
| 141 | Deposition Ex. 14 |
| 142 | Deposition Ex. 50 |
| 143 | GE_SDNY01013081 |
| 144 | Deposition Ex. 95 |
| 145 | Deposition Ex. 98 |
| 146 | Deposition Ex. 99 |
| 147 | Deposition Ex. 221 |
| 148 | Deposition Ex. 215 |
| 149 | Deposition Ex. 96 |
| 150 | Deposition Ex. 13 |
| 151 | Deposition Ex. 56 |
| 152 | SEC Deposition Transcript of Michael Eshoo, dated May 6, 2021 (GE_SDNY00559695-926) |
| 153 | GE Q3 2017 Earnings Call transcript, dated October 20, 2017 |
| 154 | Deposition Ex. 55 |
| 155 | Deposition Ex. 248 |

| | |
|---|---|
| 156 | Deposition Ex. 210 |
| 157 | GE_SDNY00662596-601 |
| 158 | Deposition Ex. 10 |
| 159 | Deposition Ex. 11 |
| 160 | Deposition Ex. 283 |
| 161 | Deposition Ex. 48 |
| 162 | Deposition Ex. 53 |
| 163 | Deposition Ex. 384 |
| 164 | Deposition Ex. 279 |
| 165 | Deposition Ex. 169 |
| 166 | Deposition Ex. 45 |
| 167 | GE Annual Outlook Investor Meeting transcript, dated December 14, 2016 |
| 168 | SEC Deposition Transcript of Robert Green, dated July 20, 2021 (GE_SDNY00979756-893) |
| 169 | Deposition Transcript of Jeffrey Immelt, dated January 6, 2022 |
| 170 | Deposition Ex. 282 |
| 171 | Deposition Ex. 46 |
| 172 | Deposition Ex. 22 |
| 173 | Deposition Ex. 335 |
| 174 | Deposition Ex. 211 |
| 175 | Deposition Ex. 212 |
| 176 | Deposition Ex. 364 |
| 177 | Deposition Ex. 25 |
| 178 | Deposition Ex. 258 |
| 179 | GE_SDNY00654382-89 |
| 180 | GE Q2 2017 Earnings Call transcript, dated July 21, 2017 |
| 181 | Deposition Ex. 387 |
| 182 | GE_SDNY00704030-70 |
| 183 | GE Press Release, dated October 2, 2017 |
| 184 | GE Press Release, dated July 21, 2017 |
| 185 | GE Press Release, dated October 6, 2017 |
| 186 | Deposition Ex. 137 |
| 187 | Deposition Transcript of Michael Vitanza, dated February 24, 2022 |
| 188 | Deposition Ex. 398 |
| 189 | Deposition Ex. 399 |
| 190 | Deposition Ex. 138 |
| 191 | Deposition Ex. 380 |
| 192 | Deposition Ex. 400 |
| 193 | Deposition Ex. 383 |
| 194 | Deposition Ex. 401 |
| 195 | Deposition Ex. 139 |
| 196 | Deposition Ex. 402 |
| 197 | Deposition Ex. 163 |
| 198 | Deposition Ex. 140 |
| 199 | Deposition Ex. 403 |

| | |
|---|---|
| 200 | Deposition Ex. 381 |
| 201 | GE_SDNY00974580-83 |
| 202 | Deposition Ex. 344 |
| 203 | Deposition Ex. 165 |
| 204 | Deposition Ex. 375 |
| 205 | Deposition Transcript of Puneet Mahajan, dated December 2, 2021 |
| 206 | GE 2016 Proxy Statement |
| 207 | GE 2017 Proxy Statement |
| 208 | GE 2018 Proxy Statement |
| 209 | Deposition Ex. 166 |
| 210 | Deposition Ex. 244 |
| 211 | Deposition Ex. 274 |
| 212 | Deposition Ex. 305 |
| 213 | GE_SDNY00915622-91 |
| 214 | Deposition Transcript of Christopher J. Russo, dated June 24, 2022 |
| 215 | Rule 16 Conference transcript, dated February 25, 2021 |
| 216 | Deposition Ex. 417 |
| 217 | Deposition Transcript of David I. Tabak, Ph.D., dated July 1, 2022 |
| 218 | Deposition Ex. 318 |
| 219 | Deposition Transcript of Daniel R. Fischel, dated August 9, 2021 |
| 220 | Expert Report of David I. Tabak, Ph.D., dated May 21, 2021 |
| 221 | RBC Capital Markets analyst report, dated April 23, 2017 |
| 222 | Deposition Ex. 263 |
| 223 | Deposition Transcript of Daniel R. Fischel, dated July 14, 2022 |
| 224 | Deposition Ex. 278 |
| 225 | Deposition Ex. 280 |
| 226 | *In re Glob. Brokerage f/k/a FXCM Inc. Sec. Litig.*, 17 Cv. 916 (RA) Hearing Transcript, dated August 19, 2022 |
| 227 | GE's Form 10-Q for the first quarter of 2017, dated May 5, 2017, as filed with the SEC |
| 228 | GE's Form 10-Q for the second quarter of 2017, dated July 28, 2017, as filed with the SEC |
| 229 | GE's Form 10-Q for the third quarter of 2017, dated October 30, 2017, as filed with the SEC |
| 230 | GE_SDNY00401573-88 |
| 231 | GE_SDNY00292769-838 |
| 232 | GE_SDNY00436689-95 |
| 233 | GE_SDNY00444894-902 |
| 234 | Defendant General Electric Company's and Jeffrey Bornstein's Responses and Objections to Plaintiffs' Second Set of Interrogatories, dated February 18, 2022 |
| 235 | J.P.Morgan analyst report, dated February 26, 2018 |
| 236 | GE_SDNY00993974-79 |
| 237 | Deposition Transcript of S.P. Kothari, dated July 7, 2022 |
| 238 | GE_SDNY00231626-47 |
| 239 | Deposition Ex. 198 |

| | |
|---|---|
| 240 | Barclays analyst report, dated April 24, 2017 |
| 241 | Deposition Ex. 52 |
| 242 | GE 4Q17 Conference Call Transcript, dated January 24, 2018 |
| 243 | GE's Form 10-K for 2017, dated February 23, 2018, as filed with the SEC |
| 244 | Expert Report of Daniel R. Fischel, dated June 30, 2021 |
| 245 | Deutsche Bank Markets Research analyst report, dated May 16, 2017 |
| 246 | Oppenheimer Equity Research analyst report, dated June 12, 2017 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2022                                 *S/ Sharan Nirmul*
                                                                               Sharan Nirmul