**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SJUNDE AP-FONDEN and THE CLEVELAND
BAKERS AND TEAMSTERS PENSION FUND,
individually and on behalf of all others similarly
situated,

                Plaintiffs,

      v.

GENERAL ELECTRIC COMPANY and
JEFFREY S. BORNSTEIN,

                Defendants.

17 Civ. 08457 (JMF) (GWG)

---

**SUPPLEMENTAL OMNIBUS DECLARATION OF BLAKE T. DENTON IN FURTHER
SUPPORT OF DEFENDANTS' MOTIONS TO EXCLUDE THE TESTIMONY OF S.P.
KOTHARI AND DAVID I. TABAK AND FOR SUMMARY JUDGMENT, AND IN
OPPOSITION TO PLAINTIFFS' MOTIONS TO EXCLUDE THE TESTIMONY OF
CHRISTOPHER J. RUSSO AND DANIEL R. FISCHEL AND TO STRIKE THE
<u>DECLARATION OF DANIEL R. FISCHEL</u>**

I, Blake T. Denton, hereby declare pursuant to 28 U.S.C. § 1746 that:

1.      I am a member of Latham & Watkins LLP, counsel for Defendants General Electric

Company ("<u>GE</u>") and Jeffrey S. Bornstein (together, "<u>Defendants</u>").  I am admitted to practice in

the State of New York and the Southern District of New York.  I submit this Declaration in further

support of Defendants' Motion to Exclude the Testimony of S.P. Kothari, Motion to Exclude the

Testimony of David I. Tabak, and Motion for Summary Judgment, and in opposition to Plaintiffs'

Motion to Exclude the Testimony of Christopher J. Russo, Motion to Exclude the Testimony of

Daniel R. Fischel, and Motion to Strike the Declaration of Daniel R. Fischel.

2.      Attached hereto as Exhibit 124 is a true and correct excerpt[1] of a reference guide by David H. Kaye and David A. Freedman, published in a reference manual dated 2011.

3.      Attached hereto as Exhibit 125 is a true and correct excerpt of a reference guide by Daniel L. Rubinfeld, published in a reference manual dated 2011.

4.      Attached hereto as Exhibit 126 is a true and correct excerpt of a textbook by N. Gregory Mankiw, published in 2016.

5.      Attached hereto as Exhibit 127 is a true and correct excerpt of a report published by Bernstein Research and produced as Bates identifier GE_SDNY00247087, dated December 16, 2016.

6.      Attached hereto as Exhibit 128 is a true and correct excerpt of the transcript of the GE Power & Renewable Energy Investor Meeting, dated March 8, 2017.

7.      Attached hereto as Exhibit 129 is a true and correct excerpt of the deposition transcript taken in this matter of Marc Mascola, dated October 27, 2021.

8.      Attached hereto as Exhibit 130 is a true and correct copy of a "factsheet" published by S&P Global, dated November 30, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 5th day of December, 2022.

_____

Blake T. Denton

---

[1] Pursuant to Rule 5.2 of the Court's Electronic Case Filing Rules & Instructions, Defendants submit excerpts of exhibits but reserve the right to submit the full exhibits (and, of course, are happy to honor any requests from the Court for full exhibits).  Further, pursuant to Rules 1.A. and 4.F.iv. of the Court's Individual Rules and Practices, Defendants have filed text-searchable copies of the transcripts attached to this Declaration; where such documents were not created in a text-searchable format, they have been rendered searchable by optical character recognition protocols.