# EXHIBIT 124

# Reference Manual on Scientific Evidence

*Third Edition*

Committee on the Development of the Third Edition of the
Reference Manual on Scientific Evidence

Committee on Science, Technology, and Law
Policy and Global Affairs

FEDERAL JUDICIAL CENTER

NATIONAL RESEARCH COUNCIL
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Copyright National Academy of Sciences. All rights reserved.

# Summary Table of Contents

A detailed Table of Contents appears at the front of each chapter.

Introduction, 1
  Stephen Breyer

The Admissibility of Expert Testimony, 11
  Margaret A. Berger

How Science Works, 37
  David Goodstein

Reference Guide on Forensic Identification Expertise, 55
  Paul C. Giannelli, Edward J. Imwinkelried, & Joseph L. Peterson

Reference Guide on DNA Identification Evidence, 129
  David H. Kaye & George Sensabaugh

Reference Guide on Statistics, 211
  David H. Kaye & David A. Freedman

Reference Guide on Multiple Regression, 303
  Daniel L. Rubinfeld

Reference Guide on Survey Research, 359
  Shari Seidman Diamond

Reference Guide on Estimation of Economic Damages, 425
  Mark A. Allen, Robert E. Hall, & Victoria A. Lazear

Reference Guide on Exposure Science, 503
  Joseph V. Rodricks

Reference Guide on Epidemiology, 549
  Michael D. Green, D. Michal Freedman, & Leon Gordis

Reference Guide on Toxicology, 633
  Bernard D. Goldstein & Mary Sue Henifin

Reference Guide on Medical Testimony, 687
  John B. Wong, Lawrence O. Gostin, & Oscar A. Cabrera

Reference Guide on Neuroscience, 747
  Henry T. Greely & Anthony D. Wagner

Reference Guide on Mental Health Evidence, 813
  Paul S. Appelbaum

Reference Guide on Engineering, 897
  Channing R. Robertson, John E. Moalli, & David L. Black

Appendix A. Biographical Information of Committee and Staff, 961

Copyright National Academy of Sciences. All rights reserved.

# Reference Guide on Statistics

DAVID H. KAYE AND DAVID A. FREEDMAN

*David H. Kaye, M.A., J.D., is Distinguished Professor of Law and Weiss Family Scholar, The Pennsylvania State University, University Park, and Regents' Professor Emeritus, Arizona State University Sandra Day O'Connor College of Law and School of Life Sciences, Tempe.*

*David A. Freedman, Ph.D., was Professor of Statistics, University of California, Berkeley.*

[Editor's Note: Sadly, Professor Freedman passed away during the production of this manual.]

CONTENTS

I.  Introduction, 213
   A.  Admissibility and Weight of Statistical Studies, 214
   B.  Varieties and Limits of Statistical Expertise, 214
   C.  Procedures That Enhance Statistical Testimony, 215
       1.  Maintaining professional autonomy, 215
       2.  Disclosing other analyses, 216
       3.  Disclosing data and analytical methods before trial, 216
II.  How Have the Data Been Collected? 216
   A.  Is the Study Designed to Investigate Causation? 217
       1.  Types of studies, 217
       2.  Randomized controlled experiments, 220
       3.  Observational studies, 220
       4.  Can the results be generalized? 222
   B.  Descriptive Surveys and Censuses, 223
       1.  What method is used to select the units? 223
       2.  Of the units selected, which are measured? 226
   C.  Individual Measurements, 227
       1.  Is the measurement process reliable? 227
       2.  Is the measurement process valid? 228
       3.  Are the measurements recorded correctly? 229
   D.  What Is Random? 230
III.  How Have the Data Been Presented? 230
   A.  Are Rates or Percentages Properly Interpreted? 230
       1.  Have appropriate benchmarks been provided? 230
       2.  Have the data collection procedures changed? 231
       3.  Are the categories appropriate? 231
       4.  How big is the base of a percentage? 233
       5.  What comparisons are made? 233
   B.  Is an Appropriate Measure of Association Used? 233

*211*

Copyright © National Academy of Sciences. All rights reserved.

*Reference Manual on Scientific Evidence*

C.  Does a Graph Portray Data Fairly? 236
    1.  How are trends displayed? 236
    2.  How are distributions displayed? 236
D.  Is an Appropriate Measure Used for the Center of a Distribution? 238
E.  Is an Appropriate Measure of Variability Used? 239
IV.  What Inferences Can Be Drawn from the Data? 240
  A.  Estimation, 242
    1.  What estimator should be used? 242
    2.  What is the standard error? The confidence interval? 243
    3.  How big should the sample be? 246
    4.  What are the technical difficulties? 247
  B.  Significance Levels and Hypothesis Tests, 249
    1.  What is the *p*-value? 249
    2.  Is a difference statistically significant? 251
    3.  Tests or interval estimates? 252
    4.  Is the sample statistically significant? 253
  C.  Evaluating Hypothesis Tests, 253
    1.  What is the power of the test? 253
    2.  What about small samples? 254
    3.  One tail or two? 255
    4.  How many tests have been done? 256
    5.  What are the rival hypotheses? 257
  D.  Posterior Probabilities, 258
V.  Correlation and Regression, 260
  A.  Scatter Diagrams, 260
  B.  Correlation Coefficients, 261
    1.  Is the association linear? 262
    2.  Do outliers influence the correlation coefficient? 262
    3.  Does a confounding variable influence the coefficient? 262
  C.  Regression Lines, 264
    1.  What are the slope and intercept? 265
    2.  What is the unit of analysis? 266
  D.  Statistical Models, 268
Appendix, 273
  A.  Frequentists and Bayesians, 273
  B.  The Spock Jury: Technical Details, 275
  C.  The Nixon Papers: Technical Details, 278
  D.  A Social Science Example of Regression: Gender Discrimination in Salaries, 279
    1.  The regression model, 279
    2.  Standard errors, *t*-statistics, and statistical significance, 281
Glossary of Terms, 283
References on Statistics, 302

Copyright © National Academy of Sciences. All rights reserved.

*Reference Manual on Scientific Evidence*

Figure 12. Turnout rate for the white candidate plotted against the percentage of registrants who are white. Precinct–level data, 1982 Democratic Primary for Auditor, Lee County, South Carolina.



Source: Data from James W. Loewen & Bernard Grofman, *Recent Developments in Methods Used in Vote Dilution Litigation*, 21 Urb. Law. 589, 591 tbl.1 (1989).

## D. *Statistical Models*

Statistical models are widely used in the social sciences and in litigation. For example, the census suffers an undercount, more severe in certain places than others. If some statistical models are to be believed, the undercount can be corrected—moving seats in Congress and millions of dollars a year in tax funds.[134] Other models purport to lift the veil of secrecy from the ballot box, enabling the experts to determine how minority groups have voted—a crucial step in voting rights litigation (*supra* Section V.C). This section discusses the statistical logic of regression models.

   A regression model attempts to combine the values of certain variables (the independent variables) to get expected values for another variable (the dependent variable). The model can be expressed in the form of a regression equation. A simple regression equation has only one independent variable; a multiple regression equation has several independent variables. Coef cients in the equation will be interpreted as showing the effects of changing the corresponding variables. This is justi ed in some situations, as the next example demonstrates.

tion, but efforts to sustain racially motivated redistricting on this basis have not fared well before the Supreme Court. *See* Abrams v. Johnson, 521 U.S. 74 (1997); Shaw v. Hunt, 517 U.S. 899 (1996); Bush v. Vera, 517 U.S. 952 (1996).

   134. *See* Brown et al., *supra* note 29; *supra* note 89.

268

Copyright © National Academy of Sciences. All rights reserved.

Hooke's law (named after Robert Hooke, England, 1653–1703) describes how a spring stretches in response to a load: Strain is proportional to stress. To verify Hooke's law experimentally, a physicist will make a number of observations on a spring. For each observation, the physicist hangs a weight on the spring and measures its length. A statistician could develop a regression model for these data:

$$\text{length} \quad a \quad b \times \text{weight} \quad . \qquad (1)$$

The error term, denoted by the Greek letter epsilon , is needed because measured length will not be exactly equal to $a$   $b \times$ weight. If nothing else, measurement error must be reckoned with. The model takes   as "random error"—behaving like draws made at random with replacement from a box of tickets. Each ticket shows a potential error, which will be realized if that ticket is drawn. The average of the potential errors in the box is assumed to be zero.

Equation (1) has two parameters, $a$ and $b$. These constants of nature characterize the behavior of the spring: $a$ is length under no load, and $b$ is elasticity (the increase in length per unit increase in weight). By way of numerical illustration, suppose $a$ is 400 and $b$ is 0.05. If the weight is 1, the length of the spring is expected to be

$$400 \quad 0.05 \quad 400.05.$$

If the weight is 3, the expected length is

$$400 \quad 3 \times 0.05 \quad 400 \quad 0.15 \quad 400.15.$$

In either case, the actual length will differ from expected, by a random error  .

In standard statistical terminology, the  's for different observations on the spring are assumed to be independent and identically distributed, with a mean of zero. Take the  's for the  rst two observations. Independence means that the chances for the second   do not depend on outcomes for the  rst. If the errors are like draws made at random with replacement from a box of tickets, as we assumed earlier, that box will not change from one draw to the next—independence. "Identically distributed" means that the chance behavior of the two  's is the same: They are drawn at random from the same box. (*See infra* Appendix for additional discussion.)

The parameters $a$ and $b$ in equation (1) are not directly observable, but they can be estimated by the method of least squares.[135] Statisticians often denote esti-

---

135. It might seem that $a$ is observable; after all, we can measure the length of the spring with no load. However, the measurement is subject to error, so we observe not $a$, but $a +$  . *See* equation (1). The parameters $a$ and $b$ can be estimated, even estimated very well, but they cannot be observed directly. The least squares estimates of $a$ and $b$ are the intercept and slope of the regression

Copyright © National Academy of Sciences. All rights reserved.

mates by hats. Thus, $\hat{a}$ is the estimate for $a$, and $\hat{b}$ is the estimate for $b$. The values of $\hat{a}$ and $\hat{b}$ are chosen to minimize the sum of the squared prediction errors. These errors are also called residuals. They measure the difference between the actual length of the spring and the predicted length, the latter being $\hat{a} + \hat{b} \times$ weight:

$$\text{actual length} = \ + \hat{b} \times \text{weight} + \text{residual.} \tag{2}$$

Of course, no one really imagines there to be a box of tickets hidden in the spring. However, the variability of physical measurements (under many but by no means all circumstances) does seem to be remarkably like the variability in draws from a box.[136] In short, the statistical model corresponds rather closely to the empirical phenomenon.

Equation (1) is a statistical model for the data, with unknown parameters $a$ and $b$. The error term $\varepsilon$ is not observable. The model is a theory—and a good one—about how the data are generated. By contrast, equation (2) is a regression equation that is fitted to the data: The intercept , the slope $\hat{b}$, and the residual can all be computed from the data. The results are useful because is a good estimate for $a$, and $\hat{b}$ is a good estimate for $b$. (Similarly, the residual is a good approximation to $\varepsilon$.) Without the theory, these estimates would be less useful. Is there a theoretical model behind the data processing? Is the model justifiable? These questions can be critical when it comes to making statistical inferences from the data.

In social science applications, statistical models often are invoked without an independent theoretical basis. We give an example involving salary discrimination in the Appendix.[137] The main ideas of such regression modeling can be captured in a hypothetical exchange between a plaintiff seeking to prove salary discrimination and a company denying the allegation. Such a dialog might proceed as follows:

1. Plaintiff argues that the defendant company pays male employees more than females, which establishes a prima facie case of discrimination.
2. The company responds that the men are paid more because they are better educated and have more experience.
3. Plaintiff refutes the company's theory by fitting a regression equation that includes a particular, presupposed relationship between salary (the dependent variable) and some measures of education and experience. Plaintiff's expert reports that even after adjusting for differences in education and

---

line. *See supra* Section V.C.1; Freedman et al., *supra* note 12, at 208–10. The method of least squares was developed by Adrien-Marie Legendre (France, 1752–1833) and Carl Friedrich Gauss (Germany, 1777–1855) to fit astronomical orbits.

136. This is the Gauss model for measurement error. *See* Freedman et al., *supra* note 12, at 450–52.

137. The Reference Guide to Multiple Regression in this manual describes a comparable example.

Copyright © National Academy of Sciences. All rights reserved.

experience in this specific manner, men earn more than women. This remaining difference in pay shows discrimination.
4. The company argues that the difference could be the result of chance, not discrimination.
5. Plaintiff replies that because the coefficient for gender in the model is statistically significant, chance is not a good explanation for the data.[138]

In step 3, the three explanatory variables are education (years of schooling completed), experience (years with the firm), and a dummy variable for gender (1 for men and 0 for women). These are supposed to predict salaries (dollars per year). The equation is a formal analog of Hooke's law (equation 1). According to the model, an employee's salary is determined as if by computing

$$a \quad (b \times \text{education}) \quad (c \times \text{experience}) \quad (d \times \text{gender}), \qquad (3)$$

and then adding an error drawn at random from a box of tickets.[139] The parameters $a$, $b$, $c$, and $d$, are estimated from the data by the method of least squares.

In step 5, the estimated coefficient $d$ for the dummy variable turns out to be positive and statistically significant and is offered as evidence of disparate impact. Men earn more than women, even after adjusting for differences in background factors that might affect productivity. This showing depends on many assumptions built into the model.[140] Hooke's law—equation (1)—is relatively easy to test experimentally. For the salary discrimination model, validation would be difficult. When expert testimony relies on statistical models, the court may well inquire, what are the assumptions behind the model, and why do they apply to the case at hand? It might then be important to distinguish between two situations:

- The nature of the relationship between the variables is known and regression is being used to make quantitative estimates of parameters in that relationship, or
- The nature of the relationship is largely unknown and regression is being used to determine the nature of the relationship—or indeed whether any relationship exists at all.

138. In some cases, the *p*-value has been interpreted as the probability that defendants are innocent of discrimination. However, as noted earlier, such an interpretation is wrong: *p* merely represents the probability of getting a large test statistic, given that the model is correct and the true coefficient for gender is zero (*see supra* Section IV.B, *infra* Appendix, Section D.2). Therefore, even if we grant the model, a *p*-value less than 50% does not demonstrate a preponderance of the evidence against the null hypothesis.

139. Expression (3) is the expected value for salary, given the explanatory variables (education, experience, gender). The error term is needed to account for deviations from expected: Salaries are not going to be predicted very well by linear combinations of variables such as education and experience.

140. *See infra* Appendix.

271

Copyright © National Academy of Sciences. All rights reserved.

*Reference Manual on Scientific Evidence*

Regression was developed to handle situations of the first type, with Hooke's law being an example. The basis for the second type of application is analogical, and the tightness of the analogy is an issue worth exploration.

In employment discrimination cases, and other contexts too, a wide variety of models can be used. This is only to be expected, because the science does not dictate specific equations. In a strongly contested case, each side will have its own model, presented by its own expert. The experts will reach opposite conclusions about discrimination. The dialog might continue with an exchange about which model is better. Although statistical assumptions are challenged in court from time to time, arguments more commonly revolve around the choice of variables. One model may be questioned because it omits variables that should be included—for example, skill levels or prior evaluations.[141] Another model may be challenged because it includes tainted variables reflecting past discriminary behavior by the firm.[142] The court must decide which model—if either—fits the occasion.[143]

The frequency with which regression models are used is no guarantee that they are the best choice for any particular problem. Indeed, from one perspective, a regression or other statistical model may seem to be a marvel of mathematical rigor. From another perspective, the model is a set of assumptions, supported only by the say-so of the testifying expert. Intermediate judgments are also possible.[144]

141. *E.g.*, Bazemore v. Friday, 478 U.S. 385 (1986); *In re* Linerboard Antitrust Litig., 497 F. Supp. 2d 666 (E.D. Pa. 2007).

142. *E.g.*, McLaurin v. Nat'l R.R. Passenger Corp., 311 F. Supp. 2d 61, 65–66 (D.D.C. 2004) (holding that the inclusion of two allegedly tainted variables was reasonable in light of an earlier consent decree).

143. *E.g.*, Chang v. Univ. of R.I., 606 F. Supp. 1161, 1207 (D.R.I. 1985) ("it is plain to the court that [defendant's] model comprises a better, more useful, more reliable tool than [plaintiff's] counterpart."); Presseisen v. Swarthmore College, 442 F. Supp. 593, 619 (E.D. Pa. 1977) ("[E]ach side has done a superior job in challenging the other's regression analysis, but only a mediocre job in supporting their own . . . and the Court is . . . left with nothing."), *aff d*, 582 F.2d 1275 (3d Cir. 1978).

144. *See, e.g.*, David W. Peterson, *Reference Guide on Multiple Regression*, 36 Jurimetrics J. 213, 214–15 (1996) (review essay); *see supra* note 21 for references to a range of academic opinion. More recently, some investigators have turned to graphical models. However, these models have serious weaknesses of their own. *See, e.g.,* David A. Freedman, *On Specifying Graphical Models for Causation, and the Identification Problem*, 26 Evaluation Rev. 267 (2004).

Copyright © National Academy of Sciences. All rights reserved.

$$\$7100 + \$1300 \times 12 + \$2200 \times 10 + \$700 \times 0$$
$$= \$7100 + \$15{,}600 + \$22{,}000 + \$0 = \$44{,}700. \qquad (A17)$$

Notice the impact of the gender variable in the model: $700 is added to equation (A16), but not to equation (A17).

A major step in proving discrimination is showing that the estimated coefficient of the gender variable—$700 in the numerical illustration—is statistically significant. This showing depends on the assumptions built into the model. Thus, each extra year of education is assumed to be worth the same across all levels of experience. Similarly, each extra year of experience is worth the same across all levels of education. Furthermore, the premium paid to men does not depend systematically on education or experience. Omitted variables such as ability, quality of education, or quality of experience do not make any systematic difference to the predictions of the model.[154] These are all assumptions made going into the analysis, rather than conclusions coming out of the data.

Assumptions are also made about the error term—the mysterious $\varepsilon$ at the end of (A13). The errors are assumed to be independent and identically distributed from person to person in the dataset. Such assumptions are critical when computing $p$-values and demonstrating statistical significance. Regression modeling that does not produce statistically significant coefficients will not be good evidence of discrimination, and statistical significance cannot be established unless stylized assumptions are made about unobservable error terms.

The typical regression model, like the one sketched above, therefore involves a host of assumptions. As noted in Section V, Hooke's law—equation (1)—is relatively easy to test experimentally. For the salary discrimination model—equation (A13)—validation would be difficult. That is why we suggested that when expert testimony relies on statistical models, the court may well inquire about the assumptions behind the model and why they apply to the case at hand.

### 2. Standard errors, t-statistics, and statistical significance

Statistical proof of discrimination depends on the significance of the estimated coefficient for the gender variable. Significance is determined by the $t$-test, using the standard error. The standard error measures the likely difference between the estimated value for the coefficient and its true value. The estimated value is $700—the coefficient of the gender variable in equation (A5); the true value $d$ in (A13), remains unknown. According to the model, the difference between the estimated value and the true value is due to the action of the error term $\varepsilon$ in (A3). Without $\varepsilon$, observed values would line up perfectly with expected values,

---

154. Technically, these omitted variables are assumed to be independent of the error term in the equation.

281

Copyright © National Academy of Sciences. All rights reserved.

and estimated values for parameters would be exactly equal to true values. This does not happen.

The *t*-statistic is the estimated value divided by its standard error. For example, in (A15), the estimate for *d* is $700. If the standard error is $325, then *t* is $700/$325 = 2.15. This is significant—that is, hard to explain as the product of random error. Under the null hypothesis that *d* is zero, there is only about a 5% chance that the absolute value of *t* is greater than 2. (We are assuming the sample is large.) Thus, statistical significance is achieved (*supra* Section IV.B.2). Significance would be taken as evidence that *d*—the true parameter in the model (A13)—does not vanish. According to a viewpoint often presented in the social science journals and the courtroom, here is statistical proof that gender matters in determining salaries. On the other hand, if the standard error is $1400, then *t* is $700/$1400 = 0.5. The difference between the estimated value of *d* and zero could easily result from chance. So the true value of *d* could well be zero, in which case gender does not affect salaries.

Of course, the parameter *d* is only a construct in a model. If the model is wrong, the standard error, *t*-statistic, and significance level are rather difficult to interpret. Even if the model is granted, there is a further issue. The 5% is the chance that the absolute value of *t* exceeds 2, given the model and given the null hypothesis that *d* is zero. However, the 5% is often taken to be the chance of the null hypothesis given the data. This misinterpretation is commonplace in the social science literature, and it appears in some opinions describing expert testimony.[155] For a frequentist statistician, the chance that *d* is zero given the data makes no sense: Parameters do not exhibit chance variation. For a Bayesian statistician, the chance that *d* is zero given the data makes good sense, but the computation via the *t*-test could be seriously in error, because the prior probability that *d* is zero has not been taken into account.[156]

The mathematical terminology in the previous paragraph may need to be deciphered: The "absolute value" of *t* is the magnitude, ignoring sign. Thus, the absolute value of both +3 and −3 is 3.

---

155. *See supra* Section IV.B & notes 102 & 116.
156. *See supra* Section IV & *supra* Appendix.

Copyright © National Academy of Sciences. All rights reserved.