# EXHIBIT 125

# Reference Manual on Scientific Evidence

*Third Edition*

Committee on the Development of the Third Edition of the
Reference Manual on Scientific Evidence

Committee on Science, Technology, and Law
Policy and Global Affairs

FEDERAL JUDICIAL CENTER

NATIONAL RESEARCH COUNCIL
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Copyright National Academy of Sciences. All rights reserved.

# Summary Table of Contents

A detailed Table of Contents appears at the front of each chapter.

Introduction, 1
    Stephen Breyer

The Admissibility of Expert Testimony, 11
    Margaret A. Berger

How Science Works, 37
    David Goodstein

Reference Guide on Forensic Identification Expertise, 55
    Paul C. Giannelli, Edward J. Imwinkelried, & Joseph L. Peterson

Reference Guide on DNA Identification Evidence, 129
    David H. Kaye & George Sensabaugh

Reference Guide on Statistics, 211
    David H. Kaye & David A. Freedman

Reference Guide on Multiple Regression, 303
    Daniel L. Rubinfeld

Reference Guide on Survey Research, 359
    Shari Seidman Diamond

Reference Guide on Estimation of Economic Damages, 425
    Mark A. Allen, Robert E. Hall, & Victoria A. Lazear

Reference Guide on Exposure Science, 503
    Joseph V. Rodricks

Reference Guide on Epidemiology, 549
    Michael D. Green, D. Michal Freedman, & Leon Gordis

Reference Guide on Toxicology, 633
    Bernard D. Goldstein & Mary Sue Henifin

Reference Guide on Medical Testimony, 687
    John B. Wong, Lawrence O. Gostin, & Oscar A. Cabrera

Reference Guide on Neuroscience, 747
    Henry T. Greely & Anthony D. Wagner

Reference Guide on Mental Health Evidence, 813
    Paul S. Appelbaum

Reference Guide on Engineering, 897
    Channing R. Robertson, John E. Moalli, & David L. Black

Appendix A. Biographical Information of Committee and Staff, 961

Copyright National Academy of Sciences. All rights reserved.

# Reference Guide on Multiple Regression

DANIEL L. RUBINFELD

*Daniel L. Rubinfeld, Ph.D., is Robert L. Bridges Professor of Law and Professor of Economics Emeritus, University of California, Berkeley, and Visiting Professor of Law at New York University Law School.*

CONTENTS

 I. Introduction and Overview, 305

 II. Research Design: Model Specification, 311
- A. What Is the Specific Question That Is Under Investigation by the Expert? 311
- B. What Model Should Be Used to Evaluate the Question at Issue? 311
  1. Choosing the dependent variable, 312
  2. Choosing the explanatory variable that is relevant to the question at issue, 313
  3. Choosing the additional explanatory variables, 313
  4. Choosing the functional form of the multiple regression model, 316
  5. Choosing multiple regression as a method of analysis, 317

III. Interpreting Multiple Regression Results, 318
- A. What Is the Practical, as Opposed to the Statistical, Significance of Regression Results? 318
  1. When should statistical tests be used? 319
  2. What is the appropriate level of statistical significance? 320
  3. Should statistical tests be one-tailed or two-tailed? 321
- B. Are the Regression Results Robust? 322
  1. What evidence exists that the explanatory variable causes changes in the dependent variable? 322
  2. To what extent are the explanatory variables correlated with each other? 324
  3. To what extent are individual errors in the regression model independent? 325
  4. To what extent are the regression results sensitive to individual data points? 326
  5. To what extent are the data subject to measurement error? 327

Copyright National Academy of Sciences. All rights reserved.

*Reference Manual on Scientific Evidence*

IV. The Expert, 328
    A. Who Should Be Qualified as an Expert? 328
    B. Should the Court Appoint a Neutral Expert? 329
V. Presentation of Statistical Evidence, 330
    A. What Disagreements Exist Regarding Data on Which the Analysis Is
       Based? 330
    B. Which Database Information and Analytical Procedures Will Aid in
       Resolving Disputes over Statistical Studies? 331
Appendix: The Basics of Multiple Regression, 333
    A. Introduction, 333
    B. Linear Regression Model, 336
       1. Specifying the regression model, 337
       2. Regression line, 337
    C. Interpreting Regression Results, 339
    D. Determining the Precision of the Regression Results, 340
       1. Standard errors of the coefficients and *t*-statistics, 340
       2. Goodness-of-fit, 344
       3. Sensitivity of least squares regression results, 345
    E. Reading Multiple Regression Computer Output, 346
    F. Forecasting, 348
    G. A Hypothetical Example, 350
Glossary of Terms, 352
References on Multiple Regression, 357

Copyright National Academy of Sciences. All rights reserved.

$$\hat{Y} = \$14{,}085 + \$2323X_1 + \$1675X_2 - \$36X_3. \tag{9}$$

The importance of including relevant explanatory variables in a regression model is illustrated by the change in the regression results after the $X_3$ and $X_1$ variables are added. The coefficient on the variable $X_2$ measures the difference in the salaries of men and women while controlling for the effect of experience. The differential of \$1675 is substantially lower than the previously measured differential of \$10,979. Clearly, failure to control for job experience in this example leads to an overstatement of the difference in salaries between men and women.

Now consider the interpretation of the explanatory variables for experience, $X_1$ and $X_3$. The positive sign on the $X_1$ coefficient shows that salary increases with experience. The negative sign on the $X_3$ coefficient indicates that the rate of salary increase decreases with experience. To determine the combined effect of the variables $X_1$ and $X_3$, some simple calculations can be made. For example, consider how the average salary of women ($X_2 = 0$) changes with the level of experience. As experience increases from 0 to 1 year, the average salary increases by \$2251, from \$14,085 to \$16,336. However, women with 2 years of experience earn only \$2179 more than women with 1 year of experience, and women with 1 year of experience earn only \$2127 more than women with 2 years. Furthermore, women with 7 years of experience earn \$28,582 per year, which is only \$1855 more than the \$26,727 earned by women with 6 years of experience.[76] Figure 6 illustrates the results: The regression line shown is for women's salaries; the corresponding line for men's salaries would be parallel and \$1675 higher.

## *D. Determining the Precision of the Regression Results*

Least squares regression provides not only parameter estimates that indicate the direction and magnitude of the effect of a change in the explanatory variable on the dependent variable, but also an estimate of the reliability of the parameter estimates and a measure of the overall goodness of fit of the regression model. Each of these factors is considered in turn.

### *1. Standard errors of the coefficients and t-statistics*

Estimates of the true but unknown parameters of a regression model are numbers that depend on the particular sample of observations under study. If a different sample were used, a different estimate would be calculated.[77] If the expert continued to collect more and more samples and generated additional estimates, as might happen when new data became available over time, the estimates of each

---

76. These numbers can be calculated by substituting different values of $X_1$ and $X_3$ in equation (9).
77. The least squares formula that generates the estimates is called the least squares estimator, and its values vary from sample to sample.

Copyright National Academy of Sciences. All rights reserved.

*Reference Guide on Multiple Regression*

Figure 6. Regression slope for women's salaries and men's salaries.



parameter would follow a probability distribution (i.e., the expert could determine the percentage or frequency of the time that each estimate occurs). This probability distribution can be summarized by a mean and a measure of dispersion around the mean, a standard deviation, which usually is referred to as the standard error of the coefficient, or the standard error (SE).[78]

Suppose, for example, that an expert is interested in estimating the average price paid for a gallon of unleaded gasoline by consumers in a particular geographic area of the United States at a particular point in time. The mean price for a sample of 10 gas stations might be $1.25, while the mean for another sample might be $1.29, and the mean for a third, $1.21. On this basis, the expert also could calculate the overall mean price of gasoline to be $1.25 and the standard deviation to be $0.04.

Least squares regression generalizes this result, by calculating means whose values depend on one or more explanatory variables. The standard error of a regression coefficient tells the expert how much parameter estimates are likely to vary from sample to sample. The greater the variation in parameter estimates from sample to sample, the larger the standard error and consequently the less reliable the regression results. Small standard errors imply results that are likely to

78. *See* David H. Kaye & David A. Freedman, Reference Guide on Statistics, Section IV.A, in this manual.

Copyright National Academy of Sciences. All rights reserved.

*Reference Manual on Scientific Evidence*

be similar from sample to sample, whereas results with large standard errors show more variability.

Under appropriate assumptions, the least squares estimators provide "best" determinations of the true underlying parameters.[79] In fact, least squares has several desirable properties. First, least squares estimators are unbiased. Intuitively, this means that if the regression were calculated repeatedly with different samples, the average of the many estimates obtained for each coefficient would be the true parameter. Second, least squares estimators are consistent; if the sample were very large, the estimates obtained would come close to the true parameters. Third, least squares is efficient, in that its estimators have the smallest variance among all (linear) unbiased estimators.

If the further assumption is made that the probability distribution of each of the error terms is known, statistical statements can be made about the precision of the coefficient estimates. For relatively large samples (often, thirty or more data points will be sufficient for regressions with a small number of explanatory variables), the probability that the estimate of a parameter lies within an interval of 2 standard errors around the true parameter is approximately .95, or 95%. A frequent, although not always appropriate, assumption in statistical work is that the error term follows a normal distribution, from which it follows that the estimated parameters are normally distributed. The normal distribution has the property that the area within 1.96 standard errors of the mean is equal to 95% of the total area. Note that the normality assumption is not necessary for least squares to be used, because most of the properties of least squares apply regardless of normality.

In general, for any parameter estimate $b$, the expert can construct an interval around $b$ such that there is a 95% probability that the interval covers the true parameter. This 95% confidence interval[80] is given by[81]

$$b \pm 1.96 \ (\text{SE of } b). \tag{10}$$

The expert can test the hypothesis that a parameter is actually equal to 0 (often stated as testing the null hypothesis) by looking at its $t$-statistic, which is defined as

$$t = \frac{b}{\text{SE}(b)}. \tag{11}$$

79. The necessary assumptions of the regression model include (a) the model is specified correctly, (b) errors associated with each observation are drawn randomly from the same probability distribution and are independent of each other, (c) errors associated with each observation are independent of the corresponding observations for each of the explanatory variables in the model, and (d) no explanatory variable is correlated perfectly with a combination of other variables.

80. Confidence intervals are used commonly in statistical analyses because the expert can never be certain that a parameter estimate is equal to the true population parameter.

81. If the number of data points in the sample is small, the standard error must be multiplied by a number larger than 1.96.

Copyright National Academy of Sciences. All rights reserved.

*Reference Guide on Multiple Regression*

If the $t$-statistic is less than 1.96 in magnitude, the 95% confidence interval around $b$ must include 0.[82] Because this means that the expert cannot reject the hypothesis that $\beta$ equals 0, the estimate, whatever it may be, is said to be not statistically significant. Conversely, if the $t$-statistic is greater than 1.96 in absolute value, the expert concludes that the true value of $\beta$ is unlikely to be 0 (intuitively, $b$ is "too far" from 0 to be consistent with the true value of $\beta$ being 0). In this case, the expert rejects the hypothesis that $\beta$ equals 0 and calls the estimate statistically significant. If the null hypothesis $\beta$ equals 0 is true, using a 95% confidence level will cause the expert to falsely reject the null hypothesis 5% of the time. Consequently, results often are said to be significant at the 5% level.[83]

As an example, consider a more complete set of regression results associated with the salary regression described in equation (9):

$$\hat{Y} = \$14,085 + \$2323X_1 + \$1675X_2 - \$36X_3$$
$$\phantom{\hat{Y} =} (1577) \quad (140) \quad (1435) \quad (3.4)$$
$$t = \phantom{(15}8.9 \quad\phantom{77)} 16.5 \quad\phantom{(14}1.2 \quad -10.8. \quad\quad (12)$$

The standard error of each estimated parameter is given in parentheses directly below the parameter, and the corresponding $t$-statistics appear below the standard error values.

Consider the coefficient on the dummy variable $X_2$. It indicates that \$1675 is the best estimate of the mean salary difference between men and women. However, the standard error of \$1435 is large in relation to its coefficient \$1675. Because the standard error is relatively large, the range of possible values for measuring the true salary difference, the true parameter, is great. In fact, a 95% confidence interval is given by

$$\$1675 \pm \$1435 \cdot 1.96 = \$1675 \pm \$2813. \quad\quad (13)$$

In other words, the expert can have 95% confidence that the true value of the coefficient lies between −\$1138 and \$4488. Because this range includes 0, the effect of sex on salary is said to be insignificantly different from 0 at the 5% level. The $t$ value of 1.2 is equal to \$1675 divided by \$1435. Because this $t$-statistic is less than 1.96 in magnitude (a condition equivalent to the inclusion of a 0 in the above confidence interval), the sex variable again is said to be an insignificant determinant of salary at the 5% level of significance.

82. The $t$-statistic applies to any sample size. As the sample gets large, the underlying distribution, which is the source of the $t$-statistic (Student's $t$-distribution), approximates the normal distribution.

83. A $t$-statistic of 2.57 in magnitude or greater is associated with a 99% confidence level, or a 1% level of significance, that includes a band of 2.57 standard deviations on either side of the estimated coefficient.

343

Copyright National Academy of Sciences. All rights reserved.

Note also that experience is a highly significant determinant of salary, because both the $X_1$ and the $X_3$ variables have *t*-statistics substantially greater than 1.96 in magnitude. More experience has a significant positive effect on salary, but the size of this effect diminishes significantly with experience.

## 2. Goodness of fit

Reported regression results usually contain not only the point estimates of the parameters and their standard errors or *t*-statistics, but also other information that tells how closely the regression line fits the data. One statistic, the standard error of the regression (SER), is an estimate of the overall size of the regression residuals.[84] An SER of 0 would occur only when all data points lie exactly on the regression line—an extremely unlikely possibility. Other things being equal, the larger the SER, the poorer the fit of the data to the model.

For a normally distributed error term, the expert would expect approximately 95% of the data points to lie within 2 SERs of the estimated regression line, as shown in Figure 7 (in Figure 7, the SER is approximately $5000).

Figure 7. Standard error of the regression.



Experience (X₁)

<hr />

84. More specifically, it is a measure of the standard deviation of the regression error ε. It sometimes is called the root mean squared error of the regression line.

Copyright National Academy of Sciences. All rights reserved.

*R*-squared ($R^2$) is a statistic that measures the percentage of variation in the dependent variable that is accounted for by all the explanatory variables.[85] Thus, $R^2$ provides a measure of the overall goodness of fit of the multiple regression equation. Its value ranges from 0 to 1. An $R^2$ of 0 means that the explanatory variables explain none of the variation of the dependent variable; an $R^2$ of 1 means that the explanatory variables explain all of the variation. The $R^2$ associated with equation (12) is .56. This implies that the three explanatory variables explain 56% of the variation in salaries.

What level of $R^2$, if any, should lead to a conclusion that the model is satisfactory? Unfortunately, there is no clear-cut answer to this question, because the magnitude of $R^2$ depends on the characteristics of the data being studied and, in particular, whether the data vary over time or over individuals. Typically, an $R^2$ is low in cross-sectional studies in which differences in individual behavior are explained. It is likely that these individual differences are caused by many factors that cannot be measured. As a result, the expert cannot hope to explain most of the variation. In time-series studies, in contrast, the expert is explaining the movement of aggregates over time. Because most aggregate time series have substantial growth, or trend, in common, it will not be difficult to "explain" one time series using another time series, simply because both are moving together. It follows as a corollary that a high $R^2$ does not by itself mean that the variables included in the model are the appropriate ones.

As a general rule, courts should be reluctant to rely solely on a statistic such as $R^2$ to choose one model over another. Alternative procedures and tests are available.[86]

### 3. Sensitivity of least squares regression results

The least squares regression line can be sensitive to extreme data points. This sensitivity can be seen most easily in Figure 8. Assume initially that there are only three data points, A, B, and C, relating information about $X_1$ to the variable *Y*. The least squares line describing the best-fitting relationship between Points A, B, and C is represented by Line 1. Point D is called an *outlier* because it lies far from the regression line that fits the remaining points. When a new, best-fitting least squares line is reestimated to include Point D, Line 2 is obtained. Figure 8 shows that the outlier Point D is an *influential* data point, because it has a dominant effect on the slope and intercept of the least squares line. Because least squares attempts to minimize the sum of squared deviations, the sensitivity of the line to individual points sometimes can be substantial.[87]

---

85. The variation is the square of the difference between each *Y* value and the average *Y* value, summed over all the *Y* values.

86. These include *F*-tests and specification error tests. *See* Pindyck & Rubinfeld, *supra* note 23, at 88–95, 128–36, 194–98.

87. This sensitivity is not always undesirable. In some instances it may be much more important to predict Point D when a big change occurs than to measure the effects of small changes accurately.

Copyright National Academy of Sciences. All rights reserved.

Figure 8. Least squares regression.



What makes the influential data problem even more difficult is that the effect of an outlier may not be seen readily if deviations are measured from the final regression line. The reason is that the influence of Point D on Line 2 is so sub-stantial that its deviation from the regression line is not necessarily larger than the deviation of any of the remaining points from the regression line.[88] Although they are not as popular as least squares, alternative estimation techniques that are less sensitive to outliers, such as robust estimation, are available.

## E. Reading Multiple Regression Computer Output

Statistical computer packages that report multiple regression analyses vary to some extent in the information they provide and the form that the information takes. Table 1 contains a sample of the basic computer output that is associated with equation (9).

---

88. The importance of an outlier also depends on its location in the dataset. Outliers associated with relatively extreme values of explanatory variables are likely to be especially influential. *See, e.g.*, Fisher v. Vassar College, 70 F.3d 1420, 1436 (2d Cir. 1995) (court required to include assessment of "service in academic community," because concept was too amorphous and not a significant factor in tenure review), *rev'd on other grounds*, 114 F.3d 1332 (2d Cir. 1997) (en banc).

Copyright National Academy of Sciences. All rights reserved.