# EXHIBIT 127

For the exclusive use of MATTHEW CRIBBINS at GENERAL ELECTRIC CO on 16-Dec-2016

 **BERNSTEIN**

16 December 2016
Rating Change

**U.S. Multi Industry & Electrical Equipment**

## General Electric Co

**Rating**

# Outperform (Market-Perform *OLD*)

**Target Price**

⌵ **GE**　　　　**40.00 USD** (33.00 *OLD*)

**Steven E. Winoker**
+1-212-756-4294
steven.winoker@bernstein.com

**Peter Lennox-King**
+1-212-756-4333
peter.lennox-king@bernstein.com

**George Zhao**
+1-212-969-2308
george.zhao@bernstein.com

# GE: Getting set for the next move up - more profitable growth, simpler portfolio, better culture, lower risk. Upgrade: OP, TP $40

**We are once again upgrading GE to Outperform and raising our 12 month target price to $40,** or 20x 2018 EPS of $2 which excludes net upside from tax reform and capital deployment partially offset by slight accounting change headwinds. Recall our prior long term outperform thesis for GE was predicated on portfolio transformation, simplification and cultural change (in addition to making the numbers) but we downgraded as we felt the stock had moved ahead quickly and the risk/reward was out of balance. YTD, the stock has underperformed the S&P by more than 10% and many of our names by even more. We interpret some of that as catch-up following a rapid rise in the prior year and post-election pro-cyclical mean reversion trade.

As we now look forward, our view of earnings growth has remained consistent, the portfolio has changed even more for the better (with BHI, Appliances, Water, Industrial Solutions, Capital etc.), and our concerns about risk for Alstom restructuring in Europe have mitigated. Moreover, industrial profit growth and cash flow conversion now look set to improve markedly by low-teens and 10 points respectively on Power/Aviation/Healthcare strength, incremental cost out actions plus working capital management and we now have a new set of catalysts in the form of potential tax reform, regulatory relief and other factors that should lift GE's businesses beyond 2018. Compensation incentives are also aligned. We are constructive on digitization and automation, but see a larger impact slightly longer term as it scales internally and with customers - accelerating through 2017/18. Our concerns near term relate to O&G, FX headwinds, Topic 606 accounting, mix impact as engines scale, and w/c execution.

### Investment Implications

Yes GE is often unloved, but the changes are big and they have come fast and furious in the last 3 years. GE Capital, (and NBCU before that), Appliances, Baker Hughes, etc. Our discussions with GE leadership across the segments give us increased confidence in their ability to execute from here, including on earnings and cash. We rate GE Outperform, TP $40.

| | |
|---|---|
| Close Date | 15-Dec-2016 |
| GE Close Price (USD) | 31.26 |
| Target Price (USD) | 40.00 |
| Upside/(Downside) | 28% |
| 52-Week Low | 27.10 |
| 52-Week High | 33.00 |
| SPX | 2,262.03 |
| FYE | Dec |
| Indicated Div Yield | 3.1% |
| Market Cap (USD) (M) | 276,538 |
| EV (USD) (M) | 355,037 |

| Performance | YTD | 1M | 6M | 12M |
|---|---|---|---|---|
| Absolute (%) | 0.4 | 1.7 | 2.2 | 3.1 |
| SPX (%) | 10.7 | 3.7 | 9.2 | 10.7 |
| Relative (%) | (10.3) | (2.1) | (7.0) | (7.6) |

👤 Analyst Page　　🁢 Bernstein Events

🖼 Company Page

| EPS Reported | F15A | F16E | F17E |
|---|---|---|---|
| GE (USD) | 1.31 | 1.50 | **1.65** |
| *OLD* | | | 1.67 |
| SPX | 115.51 | 117.06 | 130.34 |

| Financials | F15A | F16E | F17E | CAGR |
|---|---|---|---|---|
| FCF/Sh | 1.35 | 2.99 | 2.05 | 23.3% |
| Gross Margin (%) | 29.55 | 29.24 | 28.22 | |
| Operating Margin (%) | 9.92 | 12.03 | 13.34 | |
| ROIC (%) | 7.53 | 9.56 | 11.08 | |
| Organic Sales Grwth (%) | 2.60 | 0.89 | 3.97 | |
| Net Debt/EBITDA (x) | 6.46 | 3.10 | 3.08 (31.0)% |

| Valuation Metrics | F15A | F16E | F17E |
|---|---|---|---|
| P/E Reported (x) | 23.86 | 20.91 | 19.00 |
| PEG Reported (x) | 1.39 | 1.46 | 1.91 |
| EV/EBITDA (x) | 21.52 | 17.95 | 16.06 |
| Div Yield (%) | 2.94 | 2.98 | 3.10 |
| FCF Yield (%) | 4.31 | 9.55 | 6.56 |

**See Disclosure Appendix of this report for important disclosures and analyst certifications**　　 www.bernsteinresearch.com

Published 16-Dec-2016 04:00 UTC

GE_SDNY00247087

For the exclusive use of MATTHEW CRIBBINS at GENERAL ELECTRIC CO on 16-Dec-2016

Steven E. Winoker  +1-212-756-4294  steven.winoker@bernstein.com                                      16 December 2016

EXHIBIT 15: Synergy expectations as outlined during the December 2015 Alstom update – now look conservative. On an EPS basis, 2016 came in at 5 cents (ex FX), 2017 now expected at 9 to 10 cents and 2018 at 18 to 20 cents.



Source: Company reports, Bernstein analysis

In addition for Power, it's worth noting that **Plenty of AGP growth opportunities are still ahead.** Consistent with commentary during 3Q earnings, GE expects to deliver 135-150 AGP units this year (vs. 119 in 2015). More importantly, the penetration of AGP on 7F and 9F turbines is only expected to be 33% and 9%, respectively next year. Recall that AGPs involve the modification of hot gas path components (e.g. buckets, blades, shrouds, and nozzles) as an upgrade solution to enhance the efficiency of the gas turbines for the customers. Historically, AGPs have been able to add 1-1.5 point of efficiency, but are now targeting 3-4 points on the whole plant. Total upgrades, which in addition to AGPs also include combustion upgrades and soon will include boilers and generators, are expected to increase from 275 in 2015 to 500+ in 2016, with an expectation for strong double-digit growth in 2017.

On the **Baker** front, the transaction completes another large pillar in GE's go-forward industrial portfolio (and one that could also standalone need be) without requiring a full cash outlay. The deal also provides faster upside to an oil price recovery via BHI's land-based footprint than GE would have been able to realize on its own. We believe the combined entity has the potential to challenge Schlumberger but it's a long-term game that extends beyond the obvious integration of GE technology and digital platform[4].

As a reminder, BHI and GE O&G are combining assets into a 37.5%/62.5% operating partnership to create the second largest oil field service company (Exhibit 16). The new NYSE-listed company will hold a 100% economic interest in the partnership, the public float of which will represent BHI shareholders interest. BHI shares will be exchanged 1:1 and a special dividend of $17.50/sh will be paid to BHI shareholders upon deal completion, expected mid-2017. The special dividend is funded from a $7.4bn cash contribution from GE. The new venture on completion will assume BHI debt but no additional net debt. It is expected to attract a debt rating of A+ from S&P and A3 from Moody's, as compared with BHI's current rating of A with S&P and Baa1 with Moody's.

---

[4] **_GE: Sweet business deal and sound industrial logic for GE shareholders - that's the big picture despite the complexity_**

GE_SDNY00247098