# EXHIBIT 128

Client Id: 77

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## GE - GE Power & Renewable Energy Investor Meeting

## EVENT DATE/TIME: MARCH 08, 2017 / 1:30PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



plants of around 33% to 35%, this is really big. We will further increase this efficiency by introducing the advanced ultra supercritical technology by another 1.5% points.

In addition to that with our digital applications we can further improve the efficiency and specifically also the reliability. So this is how we differentiate in the market and how we win in the market.

In addition to that of course these projects are complex, they are big. Hassyan multibillion-dollar investment. You have to be excellent in project execution. I am personally coming from project execution; I am now 30 years in the business always in project execution.

So we have, I have to say, really state-of-the-art world-class execution to handle those big projects and last year we could win two awards, international awards, one for the Tanjung Bin project. This was or is a project 1,000 megawatts ultra supercritical. We did this turnkey in Malaysia, we did this in time, in budget, achieving all the guarantees. So big success. And for that we got an international award.

And other awards in a megaproject in South Africa called Medupi. This is 6 times 800 megawatts which we do also EPC for Eskom. And also for the project we just received from the International Project Excellence Award Committee an award and this shows that we can execute.

By the way, in the last years we always could improve the backlog, also last year -- we did this last year. And we have also this year a quite big target to further improve the backlog margin and as such improving the profitability of our business. So with this I hand over to Paul.

**Paul McElhinney** - *General Electric Company - SVP, GE and President & CEO, Power Services*

Thank you, Andreas. Good morning, everyone. My name is Paul McElhinney, I lead the power services business. Steve talked earlier about the fact that the combination of the GE and Alstom services business has now created a $15 billion service franchise inside the Power business.

And we see this business continuing to grow into 2017 both in terms of top-line growth and also in terms of backlog. So a real strategic focus of this team is to continue to build backlog across the service franchise. $61 billion at the end of 2016 and we see that with a real path to strong growth again in 2017.

In terms of the overall market, I would say similar to what Steve talked about earlier. This is a difficult environment. I would say I see a softer market for services in 2017 than I did in 2016. Lots of puts and takes. On the plus side low gas prices in North America are clearly fueling utilization of the turbines in North America. That is a tailwind for our business. A lot of regulatory in this space.

Coming out of the Paris Accord COP21, a lot of countries around the world have put new legislation on the books mandating tougher emissions targets for power plant producers in their countries. All of that creates demand for the upgrades that our business can supply.

Then on the negative side, no surprise, Europe continues to be a challenging market. The good news is that the comparables are becoming easier. So I would say as we look into 2018 we see that flattening rather than continuing to decline. But it is clearly an issue for the business in that part of the world right now.

And then renewables, Steve talked about it earlier. Good news for Jerome and Pete, obviously has an impact on some of our customers. And there are some changing dynamics. I will talk specifically in the 7F world about changing application particularly in North America about some of those turbines.

So a combination, we clearly made a bigger business, bigger is not always better. But I can tell you that the combination of the Alstom and the GE services teams -- really has created a better service franchise. It would have taken us 50 years to organically grow the installed base that we achieved in one day when we closed the Alstom deal. Big deal in terms of installed base growth.

We service and our team services about 40% of the world's power generation equipment around the world. And we have moved beyond the gas turbine. Joe talked a little about this in terms of his business. On the services side we now have capability across the entire power island. And in

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



addition to that we have moved into the non-GE equipment space, which is a new start-up. Like Steve talked about the power business, this is a new start-up inside the services business. I will give you an update on how that is going.

So the imperatives for growth, I would say similar to what you have heard all morning. Alstom we have just got to continue, I will give you an update on the next page to how that is going inside services. We have got to continue to invest to create growth through technology, particularly in the upgrade space, which we talked about before.

We have new growth areas I will talk about. And then finally, a consistent theme this morning, we have a serious focus on cost and competitiveness, working capital that I will give you an update on.

So let's start with Alstom, great deal. From a services perspective the combination of these two businesses is a really positive thing for GE and its shareholders and for customers. So on the left-hand side, $4 billion of revenue in 2016; we see that continuing to grow into 2017.

Synergies, Steve talked about the fact that we are overachieving on synergies. From my perspective what is really interesting is if you dissect synergies into cost and growth we are seeing a lot more growth synergies than we expected in the first year and that is a very positive tailwind for our business. We exceeded the deal model in profit and cash. Cash conversion, which is a topic you are all very interested in, very strong cash conversion in the first year in the Alstom portfolio.

We had -- Jeff Immelt, when we talked about putting these businesses together, said that he saw an opportunity to increase the Alstom service margin by 10 points through 2020. We have already achieved over half of that, I would say, and a real strong path to see the rest of that closing.

Product cost, consistent with what you have heard from every presenter this morning, a real focus on product cost at 10% out in 2016. A combination of things: footprint retionalization; field services, we have over 8,000 field service resources. We took those two pools of field service resources together. We have crossed trained but pool, we are getting a lot more efficient use and optimization from the combined pool.

And then sourcing, as you would expect taking the Alstom buy into the bigger GE buy has created some savings that we have seen realized in 2016.

And then CSAs and digital, which, as you know, are an important part of our business model in GE and have been for a decade. We are now introducing those into every commercial offering we make on the Alstom portfolio. So going great, a very good time to bring these businesses together, a very positive reaction from customers who are very happy about the way the integration is proceeding.

Second topic, investing in technology to deliver outcomes that help our customers become more profitable. We talk a lot about AGP upgrades, the left-hand side. AGPs are actually a relatively small part of the overall upgrade story in Power Services, at least in terms of unit count. So you will see the numbers in terms of AGP growth and what we expect in 2017. We have already flagged that to you.

More importantly, we see overall upgrade unit count doubling in 2017 and we have real clear line of sight to how we can achieve that. These are upgrades across the entire power island. So think of AGPs obviously being the gas focused upgrade, but think of the steam turbine in terms of upgrades, think of the boiler in terms of upgrades, think about the generator in terms of upgrades.

So this is a broad-based portfolio of upgrades all of which are targeted to deliver things that customers badly need and customers will value. So whether that is output, efficiency, flexibility. We are continuing to invest smartly in this space. We see it expanding beyond gas. And as you would expect, the dollars per upgrade as you move beyond the gas turbine, that mix changes. I would say there are lower dollars per upgrade outside the gas turbine.

The good news is that every part of this upgrade business is accretive to Steve's business in terms of margins and accretive to the overall GE Company in terms of margins. So very attractive space that we see continued growth in.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MARCH 08, 2017 / 1:30PM, GE - GE Power & Renewable Energy Investor Meeting

I'll just take a minute on the right-hand side to walk you through some of these from a customer's perspective, what do they buy when they buy these upgrades. So on the gas side, clearly on the GE portfolio we have done this for a long time. Whole new space for us on the Alstom portfolio.

So we have taken the GE business model and we are now deploying that across the Alstom installed base. 2 points of efficiency, which customers really value, and extended life, which lowers the overall maintenance lifecycle cost of the asset.

On the steam side it is exactly the opposite. So on the steam side Alstom had deployed upgrades across their installed steam base, GE less so. So we are now taking the Alstom business model in terms of steam upgrades and deploying that across the GE installed base. Again, you can achieve 2 points of efficiency and beyond in the steam space.

And then when you look at the overall capability for the business you have got now broad power island based capability: generators, boilers, steam turbines as well as gas turbines. You can effectively double the output that a customer can see from the pure hardware we have talked about in the top of the right-hand side of this chart.

So think of those 2 points of efficiency, think of that as being 4 points of efficiency when you look at a total plant basis. And a customer is more interested in having a conversation with us on total plant, because that is obviously what they operate in their business, rather than just individual pieces of equipment on the power island.

And then I would say Digital, Ganesh will tell you in detail about this shortly. But think of Digital adding another full point of efficiency on top of the efficiency gains that we have talked about on the right-hand side. So a clear focus to continue to invest smartly and upgrades the customers badly need and that provides continued growth for GE and its shareholders.

A moment on AGP just because this is something that we track and we discuss every time we get together. You see the numbers on the left-hand side. I thought I would add two additional metrics to give you a flavor for where we are in terms of the overall life of the AGP program.

So penetration you will see based on total pool of available assets that can be upgraded. And then just how big a part of this business it is within services. So it is a relatively small part of our business. Important but less than 10% in terms of revenue of the overall business.

On the right-hand side some interesting dynamics in the North American market in terms of 7F units going from full baseload to mid merit peaker type applications. That has driven us to develop new solutions for customers. Last year when I talked to you we had basically one 7F AGP offering. Today we have over five offerings that we offer customers, each of which is tailored to the specific application of the unit in the customers power plant and each of which delivers value.

I wanted to introduce a new concept to you which is upgrade the upgrades. We haven't talked about this before. So last year was the first year that we upgraded a 7F unit that had already been upgraded with an AGP five years ago. So think of every time these motors are opened, every time it goes through an outage, (inaudible) that is every four or five years.

That gives us an opportunity to have a conversation with a customer about what a new technology upgrade can deliver in terms of benefits to customers. We saw that start in 2016. We will probably do 15 more of those in 2017. So a new source of growth for us as we continue to invest in the 7F space.

9F, relatively early in the program here. We started this in 2015. This will grow significantly in 2017 and beyond.

Joe talked about the H turbine. So the H turbine is really designed for continuous upgrade. So as Joe and John Lammas sell new units with the latest technology incorporated in those units, think of that as an opportunity for our business on the services side to take that new technology and retrofit it in earlier delivered H turbines. So continuous cycle of upgrades that will allow us to deliver more value to customers and grow from the GE side.

23

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

