# EXHIBIT 130

# S&P Dow Jones Indices

A Division of S&P Global

## Description

The S&P 500® Industrials comprises those companies included in the S&P 500 that are classified as members of the GICS® industrials sector.

## Index Attributes

Created in 1957, the S&P 500 was the first U.S. market-cap-weighted stock market index. Today, it's the basis of many listed and over-the-counter investment instruments. This world-renowned index includes 500 of the top companies in leading industries of the U.S. economy.

The S&P 500 is part of a series of S&P Dow Jones U.S. equity indices that can be used as mutually exclusive building blocks; the index does not overlap holdings with the S&P MidCap 400® or S&P SmallCap 600®. Together, they constitute the S&P Composite 1500®.

## Methodology Construction

The following methodology summary is provided for convenience purposes only. For complete details, please view the methodology document at https://www.spglobal.com/spdji/en/documents/methodologies/methodology-sp-us-indices.pdf.

This index is a subindex of the S&P 500. The methodology snapshot that follows applies to the S&P 500.

- Universe. All constituents must be U.S. companies.

- Eligibility Market Cap. To be included, companies must have an unadjusted market cap of USD 14.6 billion or greater, and must have a float-adjusted market cap that is at least 50% of the unadjusted minimum market cap threshold.

- Public Float. Companies must have an investable weight factor (IWF) of at least 0.10.

- Financial Viability. Companies must have positive as-reported earnings over the most recent quarter, as well as over the most recent four quarters (summed together).

- Adequate Liquidity and Reasonable Price. Using composite pricing and volume, the ratio of annual dollar value traded (defined as average closing price over the period multiplied by historical volume) to float-adjusted market capitalization should be at least 1.00, and the stock should trade a minimum of 250,000 shares in each of the six months leading up to the evaluation date.

- Sector Representation. Sector balance, as measured by a comparison of each GICS sector's weight in an index with its weight in the S&P Total Market Index, in the relevant market capitalization range, is also considered in the selection of companies for the indices.

- Company Type. All eligible U.S. common equities listed on eligible U.S. exchanges can be included. REITs are also eligible for inclusion. Closed-end funds, ETFs, ADRs, ADS, and certain other types of securities are ineligible for inclusion.

AS OF NOVEMBER 30, 2022
FOR USE WITH INSTITUTIONS ONLY, NOT FOR USE WITH RETAIL INVESTORS.

www.spglobal.com/spdji/en  |  index_services@spglobal.com

# S&P Dow Jones Indices

A Division of S&P Global

**Equity**
**S&P 500® INDUSTRIALS (SECTOR)**

**AS OF NOVEMBER 30, 2022**

## Quick Facts

| | |
|---|---|
| **WEIGHTING METHOD** | Float-adjusted market cap weighted |
| **REBALANCING FREQUENCY** | Quarterly in March, June, September, and December |
| **CALCULATION FREQUENCY** | Real time |
| **CALCULATION CURRENCIES** | USD |
| **LAUNCH DATE** | June 28, 1996 |
| **FIRST VALUE DATE** | September 11, 1989 |
| **REGULATORY AUTHORIZATION** | European Union |

For more information, view the methodology document at https://www.spglobal.com/spdji/en/documents/methodologies/methodology-sp-us-indices.pdf.

All information for an index prior to its Launch Date is hypothetical back-tested, not actual performance, based on the index methodology in effect on the Launch Date. Back tested performance reflects application of an index methodology and selection of index constituents with the benefit of hindsight and knowledge of factors that may have positively affected its performance, cannot account for all financial risk that may affect results and may be considered to reflect survivor/look ahead bias. Actual returns may differ significantly from, and be lower than, back-tested returns. Past performance is not an indication or guarantee of future results. This back-tested data may have been created using a "Backward Data Assumption". For more information on "Backward Data Assumption" and back-testing in general, please see the Performance Disclosure at the end of this material.

## Historical Performance

Depending on index launch date, all charts below may include back-tested data.

* Data has been re-based at 100



S&P 500 Industrials (Sector) (TR)          S&P 500 (TR)

# S&P Dow Jones Indices

A Division of S&P Global

**Equity**
## S&P 500® INDUSTRIALS (SECTOR)

**AS OF NOVEMBER 30, 2022**

## Performance

| INDEX LEVEL | RETURNS | | | ANNUALIZED RETURNS | | | |
|---|---|---|---|---|---|---|---|
| | 1 MO | 3 MOS | YTD | 1 YR | 3 YRS | 5 YRS | 10 YRS |
| Total Return | | | | | | | |
| 1,491.53 | 7.85% | 10% | -2.59% | 2.81% | 9.41% | 8.42% | 12.58% |
| Price Return | | | | | | | |
| 858.06 | 7.57% | 9.54% | -4.12% | 0.88% | 7.6% | 6.49% | 10.31% |
| Net Total Return | | | | | | | |
| 526.85 | 7.77% | 9.86% | -3.05% | 2.09% | 8.86% | 7.83% | 11.88% |
| BENCHMARK* Total Return | | | | | | | |
| 8,678 | 5.59% | 3.63% | -13.1% | -9.21% | 10.91% | 10.98% | 13.34% |
| BENCHMARK* Price Return | | | | | | | |
| 4,080.11 | 5.38% | 3.16% | -14.39% | -10.66% | 9.11% | 9.03% | 11.16% |
| BENCHMARK* Net Total Return | | | | | | | |
| 7,578.48 | 5.52% | 3.49% | -13.49% | -9.65% | 10.36% | 10.39% | 12.68% |

* The index benchmark is the S&P 500

## Calendar Year Performance

| | 2021 | 2020 | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Return | | | | | | | | | | |
| | 21.12% | 11.06% | 29.37% | -13.29% | 21.03% | 18.86% | -2.53% | 9.83% | 40.68% | 15.35% |
| Price Return | | | | | | | | | | |
| | 19.4% | 9.01% | 26.83% | -15% | 18.54% | 16.08% | -4.72% | 7.52% | 37.63% | 12.46% |
| Net Total Return | | | | | | | | | | |
| | 20.6% | 10.44% | 28.6% | -13.81% | 20.28% | 18.02% | -3.19% | 9.13% | 39.76% | 14.48% |
| BENCHMARK* Total Return | | | | | | | | | | |
| | 28.71% | 18.4% | 31.49% | -4.38% | 21.83% | 11.96% | 1.38% | 13.69% | 32.39% | 16% |
| BENCHMARK* Price Return | | | | | | | | | | |
| | 26.89% | 16.26% | 28.88% | -6.24% | 19.42% | 9.54% | -0.73% | 11.39% | 29.6% | 13.41% |
| BENCHMARK* Net Total Return | | | | | | | | | | |
| | 28.16% | 17.75% | 30.7% | -4.94% | 21.1% | 11.23% | 0.75% | 12.99% | 31.55% | 15.22% |

* The index benchmark is the S&P 500

AS OF NOVEMBER 30, 2022
FOR USE WITH INSTITUTIONS ONLY, NOT FOR USE WITH RETAIL INVESTORS.

www.spglobal.com/spdji/en  |  index_services@spglobal.com

# S&P Dow Jones Indices
A Division of S&P Global

**Equity**
## S&P 500® INDUSTRIALS (SECTOR)

**AS OF NOVEMBER 30, 2022**

## Risk

| | ANNUALIZED RISK | | | ANNUALIZED RISK-ADJUSTED RETURNS | | |
|---|---|---|---|---|---|---|
| | 3 YRS | 5 YRS | 10 YRS | 3 YRS | 5 YRS | 10 YRS |
| Total Return | | | | | | |
| | 24.79% | 22.63% | 17.82% | 0.38 | 0.37 | 0.7 |
| Price Return | | | | | | |
| | 24.72% | 22.59% | 17.76% | 0.31 | 0.29 | 0.58 |
| Net Total Return | | | | | | |
| | 24.77% | 22.61% | 17.8% | 0.36 | 0.35 | 0.67 |
| BENCHMARK* Total Return | | | | | | |
| | 20.84% | 18.44% | 14.61% | 0.52 | 0.6 | 0.91 |
| BENCHMARK* Price Return | | | | | | |
| | 20.82% | 18.43% | 14.6% | 0.44 | 0.49 | 0.76 |
| BENCHMARK* Net Total Return | | | | | | |
| | 20.83% | 18.44% | 14.61% | 0.5 | 0.56 | 0.87 |

Risk is defined as standard deviation calculated based on total returns using monthly values.

* The index benchmark is the S&P 500

## Fundamentals

| P/E (TRAILING) | P/E (PROJECTED) | P/B | INDICATED DIV YIELD | P/SALES | P/CASH FLOW |
|---|---|---|---|---|---|
| 23.51 | 17.64 | 4.67 | 1.75% | 1.84 | 19.32 |

P/E (Projected) and Dividend Yield are as of October 31, 2022; P/E (Trailing), P/B, P/Sales, and P/Cash Flow are as of June 30, 2022. Fundamentals are updated on approximately the fifth business day of each month.

## Index Characteristics

| | |
|---|---|
| NUMBER OF CONSTITUENTS | 71 |
| CONSTITUENT MARKET [USD MILLION] | |
| MEAN TOTAL MARKET CAP | 42,441.13 |
| LARGEST TOTAL MARKET CAP | 147,909.08 |
| SMALLEST TOTAL MARKET CAP | 6,013.73 |
| MEDIAN TOTAL MARKET CAP | 30,500.24 |
| WEIGHT LARGEST CONSTITUENT [%] | 5.1 |
| WEIGHT TOP 10 CONSTITUENTS [%] | 41.5 |

# S&P Dow Jones Indices

A Division of S&P Global

**Equity**
**S&P 500® INDUSTRIALS (SECTOR)**

AS OF NOVEMBER 30, 2022

## ESG Carbon Characteristics

| | |
|---|---|
| CARBON TO VALUE INVESTED (METRIC TONS $CO_2e$/$1M INVESTED)* | 66.75 |
| CARBON TO REVENUE (METRIC TONS $CO_2e$/$1M REVENUES)* | 206.98 |
| WEIGHTED AVERAGE CARBON INTENSITY (METRIC TONS $CO_2e$/$1M REVENUES)* | 240.9 |

*Operational and first-tier supply chain greenhouse gas emissions.
For more information, please visit: www.spglobal.com/spdji/en/esg-metrics.

## Top 10 Constituents By Index Weight

| CONSTITUENT | SYMBOL | SECTOR* |
|---|---|---|
| Honeywell Intl Inc | HON | Industrials |
| Raytheon Technologies Corp | RTX | Industrials |
| United Parcel Service Inc B | UPS | Industrials |
| Union Pacific Corp | UNP | Industrials |
| Caterpillar Inc | CAT | Industrials |
| Deere & Co | DE | Industrials |
| Lockheed Martin | LMT | Industrials |
| Boeing Co | BA | Industrials |
| General Electric Co | GE | Industrials |
| Northrop Grumman Corp | NOC | Industrials |

*Based on GICS® sectors

## Sector* Breakdown



Industrials 100%

100%

*Based on GICS® sectors

The weightings for each sector of the index are rounded to the nearest tenth of a percent; therefore, the aggregate weights for the index may not equal 100%.

AS OF NOVEMBER 30, 2022
FOR USE WITH INSTITUTIONS ONLY, NOT FOR USE WITH RETAIL INVESTORS.

www.spglobal.com/spdji/en   |   index_services@spglobal.com

# S&P Dow Jones Indices

A Division of S&P Global

**Equity**
**S&P 500® INDUSTRIALS (SECTOR)**

AS OF NOVEMBER 30, 2022

## Country/Region Breakdown

| COUNTRY/REGION | NUMBER OF CONSTITUENTS | TOTAL MARKET CAP [USD MILLION] | INDEX WEIGHT [%] |
|---|---|---|---|
| United States | 71 | 3,013,320.27 | 100 |

Based on index constituents' country of domicile.

## Tickers

| | TICKER | REUTERS |
|---|---|---|
| Price Return | S5INDU | .SPLRCI |
| Total Return | SPTRINDU | .TRINXI |
| Net Total Return | SP5NINDU | .NTRGSPI |

AS OF NOVEMBER 30, 2022
FOR USE WITH INSTITUTIONS ONLY, NOT FOR USE WITH RETAIL INVESTORS.

www.spglobal.com/spdji/en    |    index_services@spglobal.com

# S&P Dow Jones Indices

A Division of S&P Global

## CONTACT US

www.spglobal.com/spdji/en
index_services@spglobal.com

**S&P Dow Jones Custom Indices**
customindices@spglobal.com

| | | |
|---|---|---|
| **New York** | **Dubai** | **Hong Kong** |
| 1 212 438 7354 | 971 (0)4371 7131 | 852 2532 8000 |
| 1 877 325 5415 | | |
| **Mexico City** | **Mumbai** | **Tokyo** |
| 52 (55) 1037 5290 | 91-22-2272-5312 | 81 3 4550 8564 |
| **London** | **Beijing** | **Sydney** |
| 44 207 176 8888 | 86.10.6569.2770 | 61 2 9255 9802 |

AS OF NOVEMBER 30, 2022
FOR USE WITH INSTITUTIONS ONLY, NOT FOR USE WITH RETAIL INVESTORS.

www.spglobal.com/spdji/en  |  index_services@spglobal.com

# S&P Dow Jones Indices

A Division of S&P Global

**Equity**
## S&P 500® INDUSTRIALS (SECTOR)

**AS OF NOVEMBER 30, 2022**

## PERFORMANCE DISCLOSURE

Source: S&P Dow Jones Indices LLC.

The launch date of the S&P 500 Industrials (Sector) was June 28, 1998. The launch date of the S&P 500 was March 4, 1957.

All information presented prior to en index's Launch Date is hypothetical (back tested), not actual performance, end is based on the index methodology in effect on the index launch date. However, when creating back-tested history for periods of market anomalies or other periods that do not reflect the general current market environment, index methodology rules may be relaxed to capture a large enough universe of securities to simulate the target market the index is designed to measure or strategy the index is designed to capture. For example, market capitalization and liquidity thresholds may be reduced. In addition, forks have not been factored into the back-test data with respect to the S&P Cryptocurrency Indices. For the S&P Cryptocurrency Top 5 & 10 Equal Weight Indices, the custody element of the methodology was not considered; the beck-test history is based on the index constituents that meet the custody element es of the Launch Date. Complete index methodology details are available at www.spdji.com. Back-tested performance reflects application of an index methodology and selection of index constituents with the benefit of hindsight end knowledge of factors that may have positively affected its performance, cannot account for all financial risk that may affect results and may be considered to reflect survivor/look ahead bias. Actual returns may differ significantly from, and be lower than, back-tested returns. Past performance is not an indication or guarantee of future results.

Please refer to the methodology for the Index for more details about the index, including the manner in which it is rebalanced, the timing of such rebalancing, criteria for additions and deletions, as well as all index calculations. Back-tested performance is for use with institutions only; not for use with retail investors.

S&P Dow Jones Indices defines various dates to assist our clients in providing transparency. The First Value Date is the first day for which there is a calculated value (either live or back-tested) for a given index. The Base Date is the date at which the index is set to a fixed value for calculation purposes. The Launch Date designates the date when the values of an index are first considered live; index values provided for any date or time period prior to the index's Launch Date are considered back-tested. S&P Dow Jones Indices defines the Launch Date as the date by which the values of an index are known to have been released to the public, for example via the company's public website or its data feed to external parties. For Dow Jones-branded indices introduced prior to May 31, 2013, the Launch Date (which prior to May 31, 2013, was termed "Date of introduction") is set at a date upon which no further changes were permitted to be made to the index methodology, but that may have been prior to the Index's public release date.

Typically, when S&P DJI creates back tested index data, S&P DJI uses actual historical constituent-level data (e.g., historical price, market capitalization, and corporate action data) in its calculations. As ESG investing is still in early stages of development, certain datapoints used to calculate S&P DJI's ESG indices may not be available for the entire desired period of back tested history. The same data availability issue could be true for other indices es well. In cases when actual date is not available for all relevant historical periods, S&P DJI may employ a process of using "Backward Date Assumption" (or pulling back) of ESG data for the calculation of back-tested historical performance. "Backward Data Assumption" is a process that applies the earliest actual live data point available for an index constituent company to all prior historical instances in the index performance. For example, Backward Data Assumption inherently assumes that companies currently not involved in a specific business activity (also known as "product involvement") were never involved historically and similarly also assumes that companies currently involved in a specific business activity were involved historically too. The Backward Data Assumption allows the hypothetical back-test to be extended over more historical years than would be feasible using only actual data. For more information on "Backward Data Assumption" please refer to the FAQ https://www.spglobal.com/spdji/en/education/article/faq-esg-back-testing-backward-data-assumption-overview/. The methodology and factsheets of any index that employs backward assumption in the back-tested history will explicitly state so. The methodology will include an Appendix with a table setting forth the specific data points and relevant time period for which backward projected data was used.

Index returns shown do not represent the results of actual trading of investable assets/securities. S&P Dow Jones Indices maintains the index and calculates the index levels and performance shown or discussed but does not manage actual assets. Index returns do not reflect payment of any sales charges or fees an investor may pay to purchase the securities underlying the Index or investment funds that are intended to track the performance of the Index. The imposition of these fees and charges would cause actual and back tested performance of the securities/fund to be lower than the Index performance shown. As a simple example, if an index returned 10% on a US $100,000 investment for a 12-month period (or US $10,000) and an actual asset-based fee of 1.5% was imposed at the end of the period on the investment plus accrued interest (or US $1,650), the net return would be 8.35% (or US $8,350) for the year. Over a three-year period, an annual 1.5% fee taken at year end with an assumed 10% return per year would result in a cumulative gross return of 33.10%, a total fee of US $5,375, and a cumulative net return of 27.2% (or US $27,200).

## GENERAL DISCLAIMER

© 2022 S&P Dow Jones Indices. All rights reserved. Redistribution or reproduction in whole or in part is prohibited without written permission. S&P, S&P 500, US 500, The 500, iBoxx, CDX, iTraxx are trademarks of S&P Global, Inc. or its affiliates; DOW JONES is a registered trademark of Dow Jones Trademark Holdings LLC; and these trademarks have been licensed to S&P Dow Jones Indices. S&P Dow Jones Indices LLC, Dow Jones, S&P and their respective affiliates ("S&P Dow Jones Indices") and third party licensors makes no representation or warranty, express or implied, as to the ability of any index to accurately represent the asset class or market sector that it purports to represent and S&P Dow Jones Indices and its third party licensors shall have no liability for any errors, omissions, or interruptions of any index or the data included therein. Past performance of an index is not en indication or guarantee of future results. This document does not constitute an offer of any services. Except for certain custom index calculation services, all information provided by S&P Dow Jones Indices is general in nature end not tailored to the needs of any person, entity or group of persons. S&P Dow Jones Indices receives compensation in connection with licensing its indices to third parties end providing custom calculation services. It is not possible to invest directly in en index. Exposure to an asset class represented by an index may be available through investable instruments offered by third parties that are based on that index. S&P Dow Jones Indices does not sponsor, endorse, sell, promote or manage any investment fund or other investment product or vehicle that seeks to provide an investment return based on the performance of any Index. S&P Dow Jones Indices LLC is not an investment or tax advisor. S&P Dow Jones Indices makes no representation regarding the advisability of investing in any such investment fund or other investment product or vehicle. A tax advisor should be consulted to evaluate the impact of any tax-exempt securities on portfolios and the tax consequences of making any particular investment decision. Credit-related information and other analyses, including ratings, are generally provided by licensors and/or affiliates of S&P Dow Jones Indices. Any credit-related information and other related analyses and statements are opinions as of the date they are expressed and are not statements of fact. S&P Dow Jones Indices LLC is analytically separate and independent from any other analytical department. For more information on any of our indices please visit www.spglobal.com/spdji.

AS OF NOVEMBER 30, 2022
FOR USE WITH INSTITUTIONS ONLY, NOT FOR USE WITH RETAIL INVESTORS.

www.spglobal.com/spdji/en  |  index_services@spglobal.com