

Writer's Direct Dial: (484) 270-1465
E-Mail: snirmul@ktmc.com
*Please reply to the Radnor Office*

January 11, 2024

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Sjunde AP-Fonden, et al. v. Gen. Elec. Co., et al.*, **Case No. 17-cv-8457 (JMF)**

Dear Judge Furman:

      Pursuant to Rule 7(C) of Your Honor's Individual Rules and Practices in Civil Cases, Class Representatives Sjunde AP-Fonden and The Cleveland Bakers & Teamsters Pension Fund ("Plaintiffs") respectfully seek leave to: (i) publicly file Plaintiffs' memorandum of law in opposition to Defendants' motions *in limine* in redacted form; (ii) file the unredacted form of Plaintiffs' memorandum of law in opposition under seal; and (iii) file the unredacted form of the exhibits attached to the Declaration of Richard A. Russo, Jr. in support of Plaintiffs' memorandum of law in opposition under seal. Each of the aforementioned filed materials contain references to and descriptions of materials designated by the parties as "Confidential" pursuant to the Stipulated Protected Order (ECF No. 227).

      Respectfully Submitted,

      Sharan Nirmul

cc: All counsel of record (via ECF)

The motion to seal is granted temporarily.  The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motions.  The Clerk of Court is directed to terminate ECF No. 442.  SO ORDERED.

January 12, 2024

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM