

Writer's Direct Dial: 484-270-1465
E-Mail: snirmul@ktmc.com
*Please reply to the Radnor Office*

May 1, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re: *Sjunde AP-Fonden v. Gen. Elec. Co.*, No. 1:17-cv-8457 (JMF)

Dear Judge Furman:

Pursuant to Rule 7(C) of Your Honor's Individual Rules and Practices in Civil Cases, Class Representatives Sjunde AP-Fonden and The Cleveland Bakers & Teamsters Pension Fund ("Plaintiffs") respectfully seek leave to file under seal Exhibit 1 (Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories) in support of Plaintiffs' Letter Response pursuant to the Court's April 15, 2024 Order (ECF No. 457). The aforementioned exhibit contains references to information derived from materials designated by Defendants as "Confidential" pursuant to the Stipulated Protected Order (ECF No. 227).

Respectfully submitted,

Sharan Nirmul

cc: All counsel of record (via ECF)

The motion to seal is granted temporarily. The Court will assess whether to keep the materials at issue sealed or redacted when deciding the underlying motion. The Clerk of Court is directed to terminate ECF No. 460.

SO ORDERED.

May 2, 2024

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
KTMC.COM