UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
SJUNDE AP-FONDEN et al.,          :
          :
          Plaintiffs,     :
          :     17-CV-8457 (JMF)
     -v-     :
          :     <u>ORDER</u>
GENERAL ELECTRIC COMPANY et al.,          :
          :
          Defendants.     :
          :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In its May 10, 2024 Order, the Court noted that it was "inclined to unseal" Exhibit 1 to Plaintiffs' Letter (their responses to Defendants' Interrogatories) "in its entirety" in light of the strong presumption in favor of public access to judicial documents. *See* ECF No. 464, at 3. The Court ordered any party that "believes that the Exhibit should remain sealed or should be publicly filed with redactions" to file a letter brief no later than May 16, 2024, and noted that if no letter brief was filed by that date, the Exhibit would be unsealed. *Id.* No letter was filed by the deadline. Accordingly, the Exhibit (docketed at ECF No. 462-1) must be and is unsealed in its entirely.

      The Clerk of Court is directed to unseal ECF No. 462 (including ECF No. 462-1) and convert these filings to public view.

      SO ORDERED.

Dated: May 17, 2024
      New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge