UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SJUNDE AP-FONDEN et al.,                                          :
                                                                  :
                                Plaintiffs,                       :
                                                                  :          17-CV-8457 (JMF)
                -v-                                               :
                                                                  :          ORDER
GENERAL ELECTRIC COMPANY et al.,                                  :
                                                                  :
                                Defendants.                       :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon reflection, the Court concludes that there is no need for a pretrial conference prior to the final pretrial conference. Accordingly, the pretrial conference scheduled for October 15, 2024 is ADJOURNED to **November 6, 2024**, at **10:00 a.m.**

      SO ORDERED.

Dated: October 10, 2024
       New York, New York

                                                                    JESSE M. FURMAN
                                                              United States District Judge