

**KESSLER**TOPAZ
**MELTZER**CHECK LLP
A T T O R N E Y S   A T   L A W

Writer's Direct Dial:  484-270-1465
E-Mail: snirmul@ktmc.com
*Please reply to the Radnor Office*

October 23, 2024

Application GRANTED.  Plaintiffs shall file a motion for
preliminary approval no later than **November 18, 2024.**  The
Clerk of Court is directed to terminate ECF No. 470.

<u>VIA ECF</u>
The Honorable Jesse M. Furman
United States District Court           SO ORDERED.
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007                                    October 23, 2024

Re:    *Sjunde AP-Fonden v. Gen. Elec. Co., et al.*, No. 1:17-cv-8457 (JMF)

Dear Judge Furman:

I write jointly on behalf of Plaintiffs Sjunde AP-Fonden and the Cleveland Bakers and
Teamsters Pension Fund and Defendants General Electric Company and Jeffrey S. Bornstein
(collectively, the "Parties"), to respectfully inform the Court that the Parties entered into a binding
agreement to settle the above-captioned case and respectfully request that the Court adjourn the
trial and all trial-related deadlines.

As the Court is aware, there is currently a final pre-trial conference scheduled for
November 6, 2024, and trial is scheduled to begin on November 11, 2024. *See* ECF Nos. 467, 469.
On October 17, 2024, the parties entered into a binding agreement to settle the case. The Parties
are preparing the settlement papers and Plaintiffs anticipate filing a motion for preliminary
approval of the settlement on or before November 17, 2024. Therefore, the Parties respectfully
request that the Court suspend the trial and all trial-related deadlines.

Thank you for your consideration.

Respectfully submitted,

Sharan Nirmul

cc: All counsel of record (via ECF)

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
**KTMC.COM**