

Writer's Direct Dial: 484-270-1465
E-Mail: snirmul@ktmc.com
*Please reply to the Radnor Office*

November 15, 2024

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Application GRANTED. The deadline for Plaintiffs to file a motion for preliminary approval is hereby EXTENDED to **November 25, 2024**. The Clerk of Court is directed to terminate ECF No. 472.

SO ORDERED.

November 18, 2024

**Re:** <u>*Sjunde AP-Fonden, et al. v. Gen. Elec. Co., et al.*</u>, Case No. 17-cv-8457 (JMF)

Dear Judge Furman:

Pursuant to Rule 2(D) of Your Honor's Individual Rules and Practices in Civil Cases, I write jointly on behalf of Plaintiffs Sjunde AP-Fonden and the Cleveland Bakers and Teamsters Pension Fund and Defendants General Electric Company and Jeffrey S. Bornstein (collectively, the "Parties") to request a one-week extension to the deadline for Plaintiffs to file a motion for preliminary approval of the Parties' settlement.

Pursuant to the Court's October 23, 2024 Order, Plaintiffs' deadline to file a motion for preliminary approval is November 18, 2024. *See* ECF No. 471. Over the past several weeks, the Parties have worked diligently to draft and negotiate a settlement agreement and related exhibits. One issue currently remains outstanding, and while the Parties are close to resolving the issue, they would benefit from one extra week. Accordingly, the Parties respectfully request that the Court extend the filing deadline for Plaintiffs' preliminary approval motion to Monday, November 25, 2024. The Parties have not previously requested an extension to this deadline.

We are available at the Court's convenience to discuss this request. Thank you for your consideration.

Respectfully submitted,

Sharan Nirmul

cc: All counsel of record (via ECF)

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
**KTMC.COM**