**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SJUNDE AP-FONDEN and THE
CLEVELAND BAKERS AND
TEAMSTERS PENSION FUND,
individually and on behalf of all others
similarly situated,

               Plaintiffs,

   v.

GENERAL ELECTRIC COMPANY, et al.,

               Defendants.

Case No. 1:17-cv-8457-JMF

Hon. Jesse M. Furman

**[PROPOSED] JUDGMENT APPROVING CLASS ACTION SETTLEMENT**

WHEREAS, a consolidated securities class action is pending in this Court entitled *Sjunde AP-Fonden, et al. v. General Electric Company, et al.*, Case No. 1:17-cv-8457-JMF ("Action");

WHEREAS, by Opinion and Order dated April 11, 2022 (ECF No. 314), this Court certified the Action to proceed as a class action on behalf of all persons and entities that purchased or acquired General Electric Company ("GE") common stock between February 29, 2016 and January 23, 2018, inclusive ("Class Period") and were damaged thereby ("Class");[1]

WHEREAS, pursuant to the Court's Order dated May 27, 2022 (ECF No. 336), notice was disseminated to potential members of the Class to notify them of, among other things: (i) the

---

[1]     Excluded from the Class are: (a) Defendants; (b) GE's subsidiaries and affiliates; (c) any officer, director, or controlling person of GE, and members of the Immediate Families of such persons; (d) any entity in which any Defendant has a controlling interest; (e) Defendants' directors' and officers' liability insurance carriers, and any affiliates or subsidiaries thereof; and (f) the legal representatives, heirs, successors, and assigns of any such excluded party. Also excluded from the Class are any persons and entities that submitted a request for exclusion in connection with Class Notice (defined below) as set forth on Appendix 1 to the Stipulation that do not opt back into the Class in connection with the Settlement.

Action pending against GE and Jeffrey S. Bornstein (together, "Defendants"); (ii) the Court's certification of the Action to proceed as a class action on behalf of the Class; and (iii) their right to request to be excluded from the Class, the effect of remaining in the Class or requesting exclusion, and the requirements for requesting exclusion ("Class Notice");

WHEREAS, Court-appointed Class Representatives Sjunde AP-Fonden and The Cleveland Bakers and Teamsters Pension Fund (together, "Class Representatives"), on behalf of themselves and the other members of the Court-certified Class, and Defendants (together with Class Representatives, the "Parties") have determined to settle all claims asserted against Defendants in the Action with prejudice on the terms and conditions set forth in the Stipulation and Agreement of Settlement dated November 22, 2024 ("Stipulation"), subject to the approval of this Court ("Settlement");

WHEREAS, unless otherwise defined in this Judgment, the capitalized terms herein shall have the same meaning as they have in the Stipulation;

WHEREAS, by Order dated January 14, 2025 ("Preliminary Approval Order"), this Court: (a) found, pursuant to Rule 23(e)(1)(B) of the Federal Rules of Civil Procedure, that it would likely be able to approve the Settlement as fair, reasonable, and adequate under Rule 23(e)(2); (b) ordered that notice of the proposed Settlement be provided to potential Class Members; (c) provided Class Members with the opportunity to opt back into the Class if they previously excluded themselves from the Class in connection with Class Notice or to object to the proposed Settlement; and (d) scheduled a hearing regarding final approval of the Settlement;

WHEREAS, due and adequate notice has been given to the Class;

WHEREAS, the Court conducted a hearing on April 24, 2025 ("Settlement Hearing") to consider, among other things: (a) whether the terms and conditions of the Settlement are fair,

reasonable, and adequate to the Class, and should therefore be approved; and (b) whether a judgment should be entered dismissing the Action with prejudice as against Defendants; and

WHEREAS, the Court having reviewed and considered the Stipulation, all papers filed and proceedings held herein in connection with the Settlement, all oral and written comments received regarding the Settlement, and the record in the Action, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. **Jurisdiction** – The Court has jurisdiction over the subject matter of the Action, and all matters relating to the Settlement, as well as personal jurisdiction over all of the Parties and each of the Class Members.

2. **Incorporation of Settlement Documents** – This Judgment incorporates and makes a part hereof: (a) the Stipulation filed with the Court on November 25, 2024; and (b) the Postcard Notice, Notice, and Summary Notice, all of which were filed with the Court on March 20, 2025.

3. **Notice** – The Court finds that the dissemination and posting of the Postcard Notice and Notice and the publication of the Summary Notice: (a) were implemented in accordance with the Preliminary Approval Order; (b) constituted the best notice practicable under the circumstances; (c) constituted notice that was reasonably calculated, under the circumstances, to apprise Class Members of (i) the effect of the proposed Settlement (including the Releases to be provided thereunder); (ii) Class Counsel's motion for attorneys' fees and Litigation Expenses; (iii) their right to object to any aspect of the Settlement, the Plan of Allocation, and/or Class Counsel's motion for attorneys' fees and Litigation Expenses; (iv) their right to opt back into the Class if they previously excluded themselves from the Class in connection with Class Notice; and (v) their right to appear at the Settlement Hearing; (d) constituted due, adequate, and sufficient notice to all persons and entities entitled to receive notice of the proposed Settlement; and (e) satisfied the

requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, as amended, and all other applicable law and rules.

4. **CAFA Notice -** The Court finds that the notice requirements set forth in the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, *et seq.*, to the extent applicable to the Action, have been satisfied.

5. **Objections** - The Court has considered the objection to the Settlement submitted pursuant to Rule 23(e)(5) of the Federal Rules of Civil Procedure. The Court finds and concludes that the objection is without merit, and is hereby overruled.

6. **Final Settlement Approval and Dismissal of Claims** – Pursuant to, and in accordance with, Rule 23(e)(2) of the Federal Rules of Civil Procedure, this Court hereby fully and finally approves the Settlement set forth in the Stipulation in all respects (including, without limitation:  the amount of the Settlement; the Releases provided for therein; and the dismissal with prejudice of the claims asserted against Defendants in the Action), and finds that the Settlement is, in all respects, fair, reasonable, and adequate to the Class. Specifically, the Court finds that: (a) Class Representatives and Class Counsel have adequately represented the Class; (b) the Settlement was negotiated by the Parties at arm's length; (c) the relief provided for the Class under the Settlement is adequate taking into account the costs, risks, and delay of trial and appeal; the proposed means of distributing the Settlement Fund to the Class; and the proposed attorneys' fee award; and (d) the Settlement treats members of the Class equitably relative to each other. The Parties are directed to implement, perform, and consummate the Settlement in accordance with the terms and provisions contained in the Stipulation.

7.      The Action and all of the claims asserted against Defendants in the Action by Class Representatives and the other Class Members are hereby dismissed with prejudice. The Parties shall bear their own costs and expenses, except as otherwise expressly provided in the Stipulation.

8.      **Binding Effect** – The terms of the Stipulation and of this Judgment shall be forever binding on Defendants, Class Representatives, and all other Class Members (regardless of whether or not any individual Class Member submits a Claim Form or seeks or obtains a distribution from the Net Settlement Fund), as well as their respective successors and assigns. The persons and entities listed on Exhibit 1 hereto are excluded from the Class pursuant to request and are not bound by the terms of the Stipulation or this Judgment.

9.      **Releases** – The Releases set forth in paragraphs 5 and 6 of the Stipulation, together with the definitions contained in paragraph 1 of the Stipulation relating thereto, are expressly incorporated herein in all respects. The Releases are effective as of the Effective Date. Accordingly, this Court orders that:

(a)      Without further action by anyone, upon the Effective Date of the Settlement, Class Representatives and each of the other Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, assigns, representatives, attorneys, and agents, in their capacities as such, shall be deemed to have, and by operation of law and of this Judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Plaintiffs' Claims (including, without limitation, Unknown Claims) against Defendants and the other Defendants' Releasees, and shall forever be barred and enjoined from prosecuting any and all of the Released Plaintiffs' Claims directly or indirectly against any of the Defendants and the other Defendants' Releasees.

(b)     Without further action by anyone, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, assigns, representatives, attorneys, and agents, in their capacities as such, shall be deemed to have, and by operation of law and of this Judgment shall have, fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Defendants' Claim (including, without limitation, Unknown Claims) against Class Representatives and the other Plaintiffs' Releasees, and shall forever be barred and enjoined from prosecuting any and all of the Released Defendants' Claims directly or indirectly against any of the Plaintiffs' Releasees. This release shall not apply to any person or entity listed on Exhibit 1.

10.     Notwithstanding paragraphs 9(a) – (b) above, nothing in this Judgment shall bar any action by any of the Parties to enforce or effectuate the terms of the Stipulation or this Judgment.

11.     **Bar Order** – Upon the Effective Date of the Settlement, the Court hereby permanently bars, extinguishes, and discharges to the fullest extent permitted by the PSLRA any and all claims for contribution or indemnification (or any other claim or claim-over, however denominated on whatsoever theory, for which the injury claimed is that person's or entity's alleged liability to Class Representatives or any Class Member) among and against Defendants' Releasees arising out of the Action and the claims that were asserted or could have been asserted therein, *provided however*, that nothing in this Bar Order shall preclude either (i) Defendants' Releasees from seeking to enforce any rights they may have under any applicable insurance policies or (ii) any right of indemnification or contribution that Defendants' Releasees may have under contract or otherwise.

12.    **Judgment Reduction** – Any final verdict or judgment obtained by or on behalf of the Class or a Class Member against any person or entity subject to the Bar Order (as set forth in ¶ 11 above) based upon, arising out of, relating to, or in connection with in any way in part or in whole any Released Plaintiffs' Claim shall be reduced by the greater of: (a) an amount that corresponds to the percentage of responsibility of Defendants for common damages; or (b) the amount paid by or on behalf of Defendants to the Class or Class Member for common damages.

13.    **Rule 11 Findings** – The Court finds and concludes that the Parties and their respective counsel have complied in all respects with the requirements of Rule 11 of the Federal Rules of Civil Procedure in connection with the institution, prosecution, defense, and settlement of the Action.

14.    **No Admissions** – Neither this Judgment, the Term Sheet, the Stipulation (whether or not consummated), including the exhibits thereto and the Plan of Allocation contained therein (or any other plan of allocation that may be approved by the Court), the Parties' mediations and subsequent Settlement, the communications and/or discussions leading to the execution of the Term Sheet and the Stipulation, nor any proceedings taken pursuant to or in connection with the Term Sheet, the Stipulation, and/or approval of the Settlement (including any arguments proffered in connection therewith):

(a)    shall be offered against any of the Defendants' Releasees as evidence of, or construed as, or deemed to be evidence of any presumption, concession, or admission by any of the Defendants' Releasees with respect to the truth of any fact alleged by Class Representatives or the validity or infirmity of any claim that was or could have been asserted or the deficiency of any defense that has been or could have been asserted in this Action or in any other litigation, or of any liability, negligence, fault, or other wrongdoing of any kind of any of the Defendants'

Releasees or in any way referred to for any other reason as against any of the Defendants' Releasees, in any arbitration proceeding or other civil, criminal, or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the provisions of the Stipulation;

(b)      shall be offered against any of the Plaintiffs' Releasees as evidence of, or construed as, or deemed to be evidence of any presumption, concession, or admission by any of the Plaintiffs' Releasees that any of their claims are without merit, that any of the Defendants' Releasees had meritorious defenses, or that damages recoverable under the Complaint would not have exceeded the Settlement Amount or with respect to any liability, negligence, fault, or wrongdoing of any kind, or in any way referred to for any other reason as against any of the Plaintiffs' Releasees, in any arbitration proceeding or other civil, criminal, or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the provisions of the Stipulation; or

(c)      shall be construed against any of the Releasees as an admission, concession, or presumption that the consideration to be given under the Settlement represents the amount which could be or would have been recovered after trial; *provided, however*, that the Parties and the Releasees and their respective counsel may refer to this Judgment and the Stipulation to effectuate the protections from liability granted hereunder and thereunder or otherwise to enforce the terms of the Settlement.

15.      **Retention of Jurisdiction** – Without affecting the finality of this Judgment in any way, this Court retains continuing and exclusive jurisdiction over:  (a) the Parties for purposes of the administration, interpretation, implementation, and enforcement of the Settlement; (b) the disposition of the Settlement Fund; (c) any motion for attorneys' fees and/or Litigation Expenses

in the Action that will be paid from the Settlement Fund; (d) any motion to approve the Plan of Allocation; (e) any motion to approve the Class Distribution Order; and (f) the Class Members for all matters relating to the Action.

16.     Separate orders shall be entered regarding approval of a plan of allocation and the motion of Class Counsel for attorneys' fees and Litigation Expenses. Such orders shall in no way affect or delay the finality of this Judgment and shall not affect or delay the Effective Date of the Settlement.

17.     **<u>Modification of the Agreement of Settlement</u>** – Without further approval from the Court, Class Representatives and Defendants are hereby authorized to agree to and adopt such amendments or modifications of the Stipulation or any exhibits attached thereto to effectuate the Settlement that: (a) are not materially inconsistent with this Judgment; and (b) do not materially limit the rights of Class Members in connection with the Settlement. Without further order of the Court, Class Representatives and Defendants may agree to reasonable extensions of time to carry out any provisions of the Settlement.

18.     **<u>Termination of Settlement</u>** – If the Settlement is terminated as provided in the Stipulation or the Effective Date of the Settlement otherwise fails to occur, this Judgment shall be vacated and rendered null and void, and shall be of no further force and effect, except as otherwise provided by the Stipulation, and this Judgment shall be without prejudice to the rights of Class Representatives, the other Class Members, and Defendants, and Class Representatives and Defendants shall revert to their respective positions in the Action as of immediately prior to the execution of the Term Sheet on October 16, 2024, as provided in the Stipulation.

19.    **<u>Entry of Final Judgment</u>** – There is no just reason to delay the entry of this Judgment as a final judgment in this Action. Accordingly, the Clerk of the Court is expressly directed to immediately enter this final judgment in this Action.

SO ORDERED this ____24th____ day of _____April_____, 2025.

The Clerk of Court is also directed to
terminate ECF Nos. 489 and 490 and
to close the case.

_____
The Honorable Jesse M. Furman
United States District Judge

**Exhibit 1**

List of Persons and Entities Excluded from
the Class Pursuant to Request

| | |
|---|---|
| 1. Deborah Ann Vennett<br>Schenectady, NY | 13. Marissa Koziar<br>Nutley, NJ |
| 2. Phillip H. Vennett Sr. (deceased)<br>Schenectady, NY | 14. Richard M. Brown<br>Detroit, MI |
| 3. Linda M. Kapsa<br>Schaumburg, IL | 15. Christine E. Klepacz &<br>The Janusz Klepacz Irrev. Trust<br>Bethesda, MD |
| 4. Dana Perry<br>Cumberland, RI | 16. Kathleen M. Kenney<br>Carlisle, PA |
| 5. Leyla Akinli, Custodian for<br>Aydin James Akinli<br>Durham, NC | 17. Walter Pius (deceased) &<br>Janet Pius<br>Erie, PA |
| 6. Susan D. Connelly<br>Schenectady, NY | 18. Catherine J. Furay on behalf of<br>Elizabeth Furay (deceased)<br>Madison, WI |
| 7. Leticia G. Flynn, Custodian for<br>Thomas F. Flynn, UGMA NY<br>Beacon, NY | 19. Pamela M. Stratton<br>Arlington, VA |
| 8. Victor T. Bucci<br>Brookfield, CT | 20. Donald P. Walters<br>Guilford, CT |
| 9. Merle L. Johnson<br>North Syracuse, NY | 21. Otho Kinser & Mary Kinser<br>Roodhouse, IL |
| 10. John E. Sikora<br>Adena, OH | 22. Vera K. Orthlieb on behalf of the<br>Estate of Mary J. Kemper<br>(deceased)<br>Wallingford, PA |
| 11. Ronald Opfer<br>Waukon, IA | 23. Dominic F. Amorosa & Dominic<br>F. Amorosa Esq. Profit Sharing Plan<br>Short Hills, NJ |
| 12. Katherine P. Boucher<br>Hilliard, OH | |

| | | | |
|---|---|---|---|
| 24. | Beverly Joyce Roy & Donald Authur Roy<br>Bradenton, FL | 36. | Mark O. Wechsler<br>Covina, CA |
| 25. | Mark Coleman<br>Nutley, NJ | 37. | Jeanne Richter<br>Jacksonville, FL |
| 26. | Richard B. McCarty & Mary Ann McCarty<br>Fredericktown, PA | 38. | Gary Nesser<br>Yorktown, VA |
| 27. | Cynthia Patricia Fetterman<br>Red Bank, NJ | 39. | Satoya Clark<br>Baltimore, MD |
| 28. | Jean M. Smith<br>Cedarburg, WI | 40. | Wayne E. Watkins & Shirley O. Watkins<br>Durham, NC |
| 29. | Ray Larry Burns<br>Houston, TX | 41. | David J. Laird (deceased) & Mary Lee Laird<br>Erie, PA |
| 30. | Hannah Roberts<br>Leakesville, MS | 42. | Diana Lee Simmons<br>Vernon, CT |
| 31. | James S. Allen<br>El Paso, TX | 43. | Ann Houseman on behalf of Evan Kenny Houseman (deceased)<br>Hockessin, DE |
| 32. | Mary Ellen McNulty<br>San Jose, CA | 44. | Vincent J. Acampora<br>Austin, TX |
| 33. | Melanie A. Dugan<br>Santa Fe, NM | 45. | Sherif Robert Hesni<br>Washington, DC |
| 34. | Thomas John Little<br>Harrisburg, PA | 46. | Timothy A. Fram<br>Lowell, MA |
| 35. | Jeffrey W. Connelly<br>Schenectady, NY | | |

47. Jac'Queis Andrew Gooch
Racine, WI

48. John Billington
Kremmling, CO

49. Peter W. Flagg & Mayra C. Flagg
Riverview, FL

50. Scott Stephens
Daly City, CA

51. James Douglas Wilson
Cheyenne, WY

52. Joan M. Brengelman
Trussville, AL

53. William S. Erickson
Clearwater, FL

54. Steven R. Feller
Fort Collins, CO

55. Michelle L. Feller
Fort Collins, CO

56. Charles (Chuck) Anthony
Piccirillo
Provincetown, MA

57. Thomas A, Bundros
Dalton, GA

58. Tonda B. Dunbar
Middleburgh, NY

59. Antonia C. Shoham, TTEE
UA DTD 7/13/2013
Duxbury, MA

60. Robert O. Yantz on behalf of
Robert M. Yantz (deceased)
Millersville, PA

61. Clyde W. Yoder
Millersburg, OH

62. Raymond Sai
Sunnyvale, CA

63. Maria Javier Trapani
Miami, FL

64. Walter A. Meller
Abilene, TX

65. JC&ME
Enterprises, LLC, Lynda Birch,
Manager
Oklahoma City, OK

66. Allene Haskovec on behalf of
Ivan Haskovec (deceased)
Littleton, CO

67. Robert W. Sanders
Sequim, WA

68. David R. Anderson
North Ridgeville, OH

69. Helen K. Young
Bensalem, PA

70. Lois H. Friedrichsen
Larkspur, CO

71. Yoon Chee Chia (David Chia)
Singapore

72. Patricia W. Hardwick on behalf of
Michael Hardwick (deceased)
Aiken, SC

73. Elizabeth M. Rutherford
Camano Island, WA

74. Paul T. Newbourne & Laura E.
Newbourne
Signal Mountain, TN

75. Mary K. Fuhrman &
Daryl Fuhrman
Aberdeen, SD

76. Ronald Dong
Emeryville, CA

77. Marcella Francesse Enos
Fair Oaks, CA

78. Cornwal K.S. Matsusaka
Aiea, HI

79. Gerald R. De Groot
Bainbridge Island, WA

80. Marie J. Fligsten
Bainbridge Island, WA

81. Michele A. Cannella, TTEE on
behalf of the Estate of Jack and
Donna Haygood Family Trust
Davie, FL

82. Marie U. Stoker
Napa, CA

83. Jean M. Brown
Paradise, CA

84. Steven M. Brown
Paradise, CA

85. Candyce D. Morris
Crestline, CA

86. Judith B. Steinberg on behalf of the
Estate of Sylvan J.
Steinberg (deceased)
New Orleans, LA

87. Greg Steven Highfill
Las Vegas, NV

88. Edward F. Dash
Highlands Ranch, CO

89. Alexander Blase Tarantino
Carmel, CA

90. Paula Rose Tarantino
Carmel, CA

91. Joe Vincent Tarantino
Carmel, CA

92. Joseph A. Walker
Summerville, SC

93. Fraser C. Wong
Las Vegas, NV

94. Barbara J. Dash
Highlands Ranch, CO

95. Steven M. McBride on behalf of
Patricia A. McBride (deceased)
Jacksonville, FL

96. Jane Louise Ballinger Estes
& Charles A Estes (deceased)
Salt Lake City, UT

97. Florence M. Evans & Peter &
Florence Evans Rev Trust
Ellicott City, MD

98. Carroll Duff
No Address Provided

99. Cheryll Smith
Union Gap, WA

100. Joseph R. Ramirez
Baldwin City, KS

101. Angela C. Paulsen
Buckeye, AZ

102. Martin L. Paulsen
Buckeye, AZ

103. Brian Ray Heaps
Redding, CA

104. Kimberley Ruth Heaps
Redding, CA

105. Jeff R. Hoerr
Mapleton, IL

106. Barbara L. Hoerr
Mapleton, IL

107. Leonard DeStefano
Drexel Hill, PA

108. Eileen DeStefano
Drexel Hill, PA

109. Patrick J. Thorn
Kingwood, WV

110. Patten Stewart
Marble Falls, TX

111. Elizabeth A. Clark on behalf of
The Estate of Paul S. Clark
Glenview, IL

112. Annamaria F. Demiris
Woodstock, GA

113. Daniel Ray Verhelle
Linden, MI

114. Gregory Dean Isaac
Parma, MI

115. Gloria Uzzell
North Fort Myers, FL

116. John C. Chanas, executor on behalf
of the Estate of Peter King III
Greensboro, NC

117. Steven Cohen
Valley Stream, NY

118. Kathleen M. Bartin
Chambersburg, PA

119. Jack R. Cox
Grayville, IL

120. Kristin Perchal
Fort Calhoun, NE

121. Albert J. Peterson &
Evelyn Arnell Peterson
Eau Claire, WI

122. Wei Yu
Philadelphia, PA

123. Randall John Anderson
Barnum, MN

124. Douglas J. Guillot
Plattenville, LA

125. Stephen M. Richards
Bakersfield, CA

126. Virginia L. Verburg
Richmond, TX

127. Madeline Anes Hagen & Sally
Anes (deceased)
San Antonio, TX

128. Perry H. McGowan
Forest Lake, MN

129. Emery Wong
Pomona, CA

130. Michelle Annette Schumacher
Anaheim, CA

131. Robert J. Woessner
Apex, NC

132. Roylee Pflughoeft & Jane
Plowman on behalf of the
Frederick & Roylee Pflughoeft
Rev. Liv. Trust dated 11/02/1992
Wauwatosa, WI

133. James A. Blackledge
Omak, WA

134. Suzanne Fonda
Manassas, VA

135. Joseph D. Russo
New York, NY

136. Wendy Abramowitz
Glen Cove, NY

137. Diana Rank
Arma, KS

138. Elisabeth A. Hayden, TTEE on
behalf of the
Elisabeth Auld Hayden Rev Trust
La Jolla, CA

139. Nancy Bosch & Wim Bosch
(deceased)
Avilla, IN

140. Sharyn L. Nichols
Lexington, KY

141. Jean Marie Eby
Seville, OH

142. Brady Gambone
Lexington, MA

| | | | | |
|---|---|---|---|---|
| 143. | William E. Boyke & Elaine A. Boyke<br>Plymouth, MI | | 154. | Sandra Tunik & Ira Tuni(deceased)<br>Santa Rosa, CA |
| 144. | Duane Willman & Tina Willman<br>The Colony, TX | | 155. | Jane B. Greene TTEE on behalf of the Jay W Greene and Jane B Greene T Tr U/A dtd 10/19/1993<br>Muncie, IN |
| 145. | Kathleen D. Anderson on behalf of the Kathleen D. Stiller Rev Liv Trust U/A Dtd. 11/12/1996<br>Dallas, OR | | 156. | Harvey Brower<br>Holland, MI |
| 146. | Jo Jacqulyn Lazzell<br>Punta Gorda, FL | | 157. | Thomas M. Jakub and Elvira J. Jakub<br>Vienna, VA |
| 147. | John M. Gregory<br>Sarasota, FL | | 158. | Esgardo Acosta<br>Schuyler, NE |
| 148. | Mary Lou Yindra<br>Ivoryton, CT | | 159. | Monica N. Brown<br>Lynchburg, VA |
| 149. | Jennifer M. Lynch<br>Mahopac, NY | | 160. | Jean F. King on behalf of the Walter L. Wetzel Estate<br>Phoenix, AZ |
| 150. | Torry Arnold Olsen<br>Mandal, Norway | | 161. | Judith A. Rowe<br>Brookville, IN |
| 151. | Diana Lejeune<br>Centralia, WA | | 162. | Tony Khanh Truong<br>Houston, TX |
| 152. | Virginia M. Florczyk & Alexander P. Florczyk (deceased)<br>Denver, NC | | 163. | Nigel Whincup<br>Berkshire, United Kingdom |
| 153. | James S. Tisch on behalf of the James S. Tisch 1991 Trust<br>New York, NY | | 164. | Janiece Beinke<br>Alabaster, AL |
| | | | 165. | Melanie Cox<br>East Liverpool, OH |

166. Patricia E. Collins and T. G.
Collins TR
St. Maries, ID

167. Charles Presley
Hiltons, VA

168. Kasahara Yoshio
The Trizon, Singapore

169. Gloria Carruth
Kingwood, TX

170. Manas Pal
Sunnyvale, CA

171. Emily M. Clayton
Bosque Farms, NM

172. Robert David Young
Springfield, OH

173. Thomas R. Hays &
Lori Jean Hays
Aurora, OR

174. Ronald A. Detert
Brillion, WI

175. James A. Karlowicz &
Connie L. Karlowicz
Dover, OH

176. Marshall Stephen McKee
Novato, CA

177. Sonny T. Hoang
San Jose, CA

178. Sharon Reuter Zigler TTEE on
Behalf of the Johnson Family Trust
Galesburg, IL

179. Brian P. Conley
Arvada, CO

180. Chunjian Ren
Irvine, CA

181. Ronald D Anderson
Sleepy Hollow, IL

182. Philip T. Shaughnessy
Grass Lake, MI

183. LaVerda Sue Johnson
Redmond, UT

184. Alan L. Gardner
Warner Robins, GA

185. Wanda Leone
Anna, TX

186. Diana K. Stewart
Hale, MO

187. Dennis M. Egan &
Margaret I. Egan
Oakton, VA

188. William George Valance
South Setauket, NY

189. Julee Hoang Do
San Jose, CA

190. Resa Wilcox on behalf of Resa Clark Wilcox TOD Tina Jo Briggs, Leslie Franz, Marlee Snow and Resa Clark Wilcox Melody Clark Bondurant, Exec Est of Dorothy S. Clark
Saint Augustine, FL

191. Mary W. Hartman
Albuquerque, NM

192. D. Todd Durham on behalf of Walter M. Overbeck (deceased)
Cincinnati, OH

193. William F. Northcutt
Cincinnati, OH

194. Carol J. Shoulders
Princeton, IN

195. Darlene Decker
Broken Bow, OK

196. Jose Luis Baldor
Larchmont, NY

197. Beau Allen West
Nicholasville, KY

198. John W. Parthum Jr.
Grosse Pointe Woods, MI

199. Barbara F. Roth
Madison, WI

200. Tahir C. Belbez & Ayse M. Belbez
Burlington, ON, Canada

201. Mary Ruth Williams
Fuquay-Varina, NC

202. Richard D. Simmons II
Graham, NC

203. Harvey Schmidt
No Address Provided

204. John Rohrl & Helen Rohrl
Newnan, GA

205. Paul Letkiewicz
Erie, PA

206. Vickie E. Amendola
Valdosta, GA

207. Doris E. Darnall
Savannah, GA

208. John D. Ridenour
Orlando, FL

209. Sarah C. King
Barbourville, KY

210. Sandra K. Johnson
LaGrange, GA

211. Donna Jean Wiskow
Kaukauna, WI

212. Ahmet Tuter
Ankara, Turkey

213. Harald Nissen on behalf of ODIN Forvaltning AS
Oslo, Norway

214. Yu S. Kim on behalf of
Dylan Bomin Kim
Laguna Woods, CA

215. Yu S. Kim on behalf of
Travis Gyumin Kim
Laguna Woods, CA

216. Yu S. Kim & Jin A. Kim
Laguna Woods, CA

217. Yu S. Kim
Laguna Woods, CA

218. Mila Ordonez on behalf of
Felipe A. Ordonez Jr.
Sugarland, TX

219. Erik Sorensen
Burnaby, BC, Canada

220. Maryanne T. Harris
Mashpee, MA

221. Edith Yu on behalf of
Richard T. Yu (deceased)
Berkeley, CA

222. Ronald Uptigrove
Bastrop, LA

223. Patricia Cosimano for
Bernard Cosimano (deceased)
Southold, NY

224. Donna Knudsen Joyner
Deltona, FL

225. Geraldine Rosner
Hollywood, FL

226. Geraldine Rosner for
Heather Rosner
Hollywood, FL

227. Daniel L. Eckert
Kewaunee, WI

228. Jacoba J. Van Sitteren
Loosdrecht, Netherlands

229. Linda Dodd Chandler on behalf
of Anne B. Dodd (deceased)
Estate
Angier, NC

230. Susan Hay on behalf of Marie B.
Kran (deceased)
Arvada, CO

231. Joshua Mayer
Colorado Springs, CO

232. Cindy Weinberg Russo
Trussville, AL

233. Nancy H. Brown
Sherwood, OR

234. Julia Beth Scheerer
Rockville, MD

235. James Norman Frame on behalf
of the Estate of Peter Franklin
Frame
Charleston, WV

236.  Ann Cromptin Tippin Prestney
      TTEE for the Ross S. and
      Ruth C. Tippin, Ann C.T.
      Prestney Trust
      New Hope, PA

237.  Ann Crompton Tippin Prestney
      New Hope, PA

238.  Teri L. Giovanine Hodges
      Bishop, CA

239.  Matthew P. Abell
      Woburn, MA

240.  William C. Martin
      Quitman, TX

241.  Ursula C. Pasquerella &
      Anthonay Pasquerella
      Schenectady, NY

242.  Linda S. Smith
      Torrance, CA

243.  Stewart L. Haimson
      Las Vegas, NV

244.  Mary Belinda Gosson
      Bellevue, WA

245.  Matthias N. Steinbruechel
      Mannedorf, Switzerland

246.  Patricia E. Keene
      Tucson, AZ

247.  Janis (Mahaney) Cole on behalf
      of the Estate of Carroll Edward
      Mahaney (deceased)
      Vestavia, AL

248.  Pamela C. Goddard and Gary W.
      Goddard
      Concord, NH

249.  Helen D. Parnell
      Winslow, ME

250.  William J. Miller
      New Berlin, WI

251.  Stanley M. Schleusener TTEE on
      behalf of Stanley M. Schleusener
      Family Trust U/A DTD 7/28/2014
      Tomah, WI

252.  Susan Hannigen Butler on behalf
      of Hattie W. Hannigen Family
      Trust
      Medfield, MA

253.  Susan Hannigen Butler on
      behalf of Robert C. Hannigen Trust
      DTD 04/30/1992
      Medfield, MA

254.  Thomas Theodore Saunders
      Arlington, WA

255.  William S. Miller
      New Berlin, WI

256.  Juanita M. Andres
      Phoenix, AZ

257. Carolyn Westbrook Bialik
Towson, MD

258. Pamela Jo Stillwell
Dunkirk, MD

259. Christine K. Yonkos
Washington, MI

260. Michael J. McCarthy
Canton, CT

261. Patricia Boehm
Lancaster, VA

262. Troy Officer
Bloomington, MN

263. Mazen Atwi
Lafayette, LA

264. Ramona Mielusel
Lafayette, LA

265. Marjorie Louise Neal
Jacksonville, OR

266. Paul W. Frattini
Flat Rock, MI

267. James Dam
Oneida, NY

268. Andrew Lee Tucker
Austin, TX

269. Judy Harmon
Lake Park, IA

270. Kathleen A Perrine
Bloomsburg, NJ

271. Steve Van Gheem ACF
James Van Gheem
Andover, MN

272. Belinda Ang
Singapore

273. Robert N. Pence
Vienna, VA

274. Thomas Dale Hire
Lewisville, NC

275. Mark A. Pipis & Virginia L. Pipis
Dundee, MI

276. Gina L. Stockmann
Wright City, MO

277. Nathan Loral Hajduk
Wyandotte, MI

278. Sandra L. Hoffmann
Temperance, MI

279. Daniel Ivan Luketic
Kirtland, OH

280. Inge Olav Waage & Anne
Karin Waage
Notodden, Norway

281. Thomas S. Ogata and Jean H.
Ogata for
the JWM Rev Liv Trust
Plano, TX

282.    Connor Mason
        Filley, NE

283.    Matthew A. Ubelhor
        Evansville, IN

284.    Graeme Shirley
        San Diego, CA

285.    June Catherine Simon
        Saint John, IN

286.    Linda E. Derber
        Hayward, WI

287.    Robert Gagnon
        Laval, QC, Canada

288.    Robert Gagnon on behalf of
        Entreprises Fiscale Taxe R.L.
        Inc.
        Laval, QC, Canada

289.    Joachim Brandmaier of Weiler &
        Eberhardt Depotverwaltung AG
        on behalf of IP Concept for the
        following funds: Stuttgarter-
        Aktien-Fonds, Stuttgarter
        Dividendenfonds, and Stuttgarter
        Energiefonds
        Stuttgart, Germany

290.    Jennifer Q. Russell, Trustee
        on behalf of the Kathlyn W. Quig
        Trust UA 11/19/93
        George E. Quig Trust
        Milton, VT

291.    Fu Sheng Wu
        Belmont, MA

292.    Robert W. McGuire
        San Francisco, CA

293.    Gerd Enke
        Wolfsburg, Germany

294.    Monica M. Miszczak
        Milwaukee, WI

295.    Larry H. Coots
        Scottsboro, AL

296.    Linda Lafuze
        Richmond, IN

297.    Marje-Kai Kirves
        Peterborough, ON, Canada

298.    Shona Gourlay
        Calgary, AB, Canada

299.    Adam David Geltz
        Columbia, PA

300.    Kensuke Koda
        Tokyo, Japan

301.    Doreen Hanna
        Nanoose Bay, BC, Canada

302.    Sarah Congleton King on behalf
        of Martha Viall Congleton
        (deceased) & Curtis D
        Congleton Sr. (deceased)
        Barbourville, KY

303.    Chan Yuen Shan
        N.T. Hong Kong

304.    Benjamin E. Ramp & Kathleen
        M. Ramp on
        behalf of the Benjamin E. and
        Kathleen M. Ramp Living Trust
        Geneseo, IL

305.    Nicole Thome on behalf of
        TBF Global Asset Management
        GmbH
        Einschreiben, Singen

306.    Patrick J. Flynn
        Oldsmar, FL

307.    Myriam Takla
        Paris France

308.    Walter Rivetti
        Italy

309.    Daisuke Kawaguchi
        No Address Provided

310.    Danielle L. Burza-Smith
        On behalf of Patricia Kempany
        as representative for the Estate of
        Robert Aken

311.    HSBC House on behalf of San
        Franchesco LTD (liquidated)
        Esplandada
        St. Helier, Jersey

312.    Nancy Honeycutt Jolly
        Statesville, NC

313.    Peter Joseph Bensko-Tarsitano
        San-Marcos, TX

314.    Bridgitte Mahlo
        Louveciennes, France

315.    Bernice M. Feltz
        Plainfield, IL

316.    Susan E. Ryan
        Buzzards Bay, MA

317.    Anna Elisabeth Pape
        Toronto, ON Canada