UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

SJUNDE AP-FONDEN et al.,                     :

                            :

                Plaintiffs,          :

                            :          17-CV-8457 (JMF)

        -v-                    :

                            :          ORDER

GENERAL ELECTRIC COMPANY et al,    :

                            :

                Defendants.     :

                            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 30, 2026, the Court received an email, attached below, from Robert L. Hunt concerning a notice of claim deficiency.  The Court's staff promptly emailed Class Counsel, requesting that counsel review this matter and, if it appeared that no resolution was possible before the deadline expired, to advise Chambers no later than February 6, 2026.  To date, and surprisingly, the Court has not received any communication.  Accordingly, Lead Counsel is hereby ORDERED to contact Mr. Hunt promptly and, **no later than February 17, 2026**, to file a report on ECF.  In the interim, any applicable deadline is extended until that date.  Failure to comply with this Order may result in sanctions.

      SO ORDERED.

Dated: February 11, 2026
      New York, New York              _____
                                   JESSE M. FURMAN
                              United States District Judge

| | |
|---|---|
| **From:** | Rob Hunt |
| **To:** | info@generalelectricsecuritieslitigation.com; Furman NYSD Chambers |
| **Subject:** | Re: Claim deficiency |
| **Date:** | Friday, January 30, 2026 1:39:56 PM |

**CAUTION - EXTERNAL:**

Hello - I am speaking with a settlement representative (Rebecca) on the phone, and she mentioned I should request the submitted claim form and supporting documentation that I submitted in writing to this email as they cannot help me over the phone.  I need this information to resolve the reported deficiency.  Please respond promptly so that I have at least a full week to collect my documentation and resolve the deficiency.

Dear Judge Furman,

I am attempting to resolve a reported deficiency in my claim form for the General Electric Securities Litigation, and I only have until February 11th to resolve the deficiency, however I am being told by the settlement administrator that there is no time frame for a response to my request, which is necessary for me to resolve the reported deficiency.  I respectfully request that the deadline be extended so that the settlment admistirator has time to respond to my request, and so that I have time to provide the information that is being requested to resolve the reported deficiency.  It is not possible for me to resolve the reported deficiency without a response to my request for the original claim submission and supporting documentation.

Thank you,

Robert L Hunt

On Fri, Jan 30, 2026 at 10:13 AM Rob Hunt <robhuntiii@gmail.com> wrote:
> Hello - just wanted to follow up on this request given the limited amount of time I have to address the notice I received.
>
> Best,
>
> Rob
>
> On Wed, Jan 28, 2026 at 3:46 PM Rob Hunt <robhuntiii@gmail.com> wrote:
>> Hello,
>>
>> My claim number is PA7DL34ZQ5.
>>
>> I received a notice of deficient claim. I believe it is because I transacted in both full common chairs as well as stock option derivatives of underlying shares during the eligibility period. I supplied information in my claim for for both the full shares that I purchased as well as the stock options that I purchased.
>>
>> I have two questions for you.
>>
>> 1). I understand that the stock options are not eligible under this securities litigation. Please confirm that the full value share information I provided is eligible and that I will

receive consideration under the settlement agreement for those full value shares.

2). Because stock options were excluded from eligibility, please confirm that I still retain my rights to sue General Electric for the same reasons under this lawsuit for the securities that were not eligible under this litigation

Thank you

Rob Hunt

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.